United States District Court
Southern District of Texas
**ENTERED**
November 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NO. 4:22-CR-440 |
| vs. | § |
| | § |
| (1) SOHIL USMANGANI VAHORA, | § |
| AKA SAM AKA BAPU, | § |
| (2) ZAHEEN RAFIKBHAI MALVI, | § |
| AKA ZAHEEN GANCHI AKA ZAK, AND | § |
| (3) AMIRSINH DIWAN | § |
| AKA HASAN AKA HASSAN, | § |
| | § |
| Defendants. | § |

## ORDER

The Court has considered the Unopposed Joint Motion to Continue Scheduling Order filed by Defendants Sohil Usmangani Vahora, Zaheen Rafikbhai Malvi, and Amirsinh Diwan ("Defendants"). The Court hereby **GRANTS** the motion and **ORDERS** that a period of excludable delay shall commence on November 1, 2022 pursuant to Title 18 U.S.C. § 3161(h)(7)(A) and (7)(B).

In accordance with Title 18 U.S.C. § 3161(h)(7)(A), the basis for continuance is the finding that the ends of justice served by taking this action outweigh the best interest of the public, as well as the Defendants, to a speedy trial, and is contained in a written motion filed jointly by the Defendants.

The Court finds that pursuant to Title 18, U.S.C. § 3161(h)(7)(B):

[X]   Failure to grant a continuance would stop further proceedings or result in a miscarriage of justice.

[X]   The case is unusual or complex.

[X]   Continuance is granted in order to allow reasonable time for trial preparation.

The period of excludable delay shall end at commencement of trial or disposition of charges.

1. MOTIONS will be filed by         March 31, 2023
2. RESPONSES will be filed by:      April 14, 2023
3. PRETRIAL CONFERENCE is set for:  April 26, 2023
4. JURY selection and TRIAL set for: May 1, 2023

Signed on ___November 1___, 2022.

Andrew S. Hanen
United States District Judge