IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS | § § § | CRIMINAL ACTION NO. H-22-440-1 |
| SOHIL USMANGANI VAHORA | § | |

## ORDER

Pending before the Court is the Sealed Motion to Withdraw as Attorney of Record (Doc. No. 46) filed by R. Christopher Goldsmith. After considering the motion and previous information provided by Mr. Goldsmith, the Court is of the opinion that Mr. Goldsmith should be released from further representation of Defendant. Therefore, it is

**ORDERED** that the Sealed Motion to Withdraw as Attorney of Record (Doc. No. 46) is **GRANTED**. Attorney Goldsmith shall be terminated from this case. It is further

**ORDERED** that attorney Anthony Troiani is hereby appointed as counsel for Defendant in this matter.

SIGNED at Houston, Texas, this ___5th___ day of May 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE