UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                Case Number: 4:22−cr−00440

Sohil Usmangani Vahora

# NOTICE OF RESETTING

**A proceeding has been set in this case as to Sohil Usmangani Vahora as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/25/2024

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Sentencing

Date: February 13, 2024                                                Nathan Ochsner, Clerk