SOHIL VAHORA
REG# 22873-510
P.O BOX 526255
HOUSTON TX 77052

United States Courts
Southern District of Texas
FILED

DEC 04 2024

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE# 4:22-CR-440-1 |
| PLAINTIFF ) | |
| ) | NOTICE OF APPEAL |
| V. ) | |
| ) | |
| SOHIL VAHORA, ) | |
| ) | |
| DEFENDANT, ) | |
| ) | |

COMES NOW the Defendant, Sohil Vahora, pro-se, and hereby gives notice of appeal from the judgement and sentence imposed by this court on November 25, 2024.

Respectfully Submitted

_____

Sohil Vahora

Date 12/01/24

Copy mailed this 2nd day of
December, 2024 to each of
the following:

U.S ATTORNEY
STEPHANIE COON BAUMAN
FOR THE SOUTHERN DISTRICT
OF TEXAS, HOUSTON DIVISION
1000 LOUISIANA, SUITE 2300
HOUSTON, TX 77002

U.S CLERK OF COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
NATHAN OCHSNER
P.O BOX 61010
HOUSTON TX, 77208

SOHIL VAHORA 22873-510
Federal Detention Center Houston
P.O. Box - 526 55
HOUSTON TX, 77052

Legal Mail

United States Courts
Southern District of Texas
FILED
DEC 04 2024
Nathan Ochsner, Clerk of Court

U.S. CLERK OF COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
P.O. BOX 61010
HOUSTON TX, 77208

77208-101010