SOHIL VAHORA
REG# 22873-510
P.O BOX 526255
HOUSTON TX 77052

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE# 4:22-CR-440-1 |
| PLAINTIFF ) | |
| ) | NOTICE OF APPEAL |
| V. ) | |
| ) | |
| SOHIL VAHORA, ) | |
| ) | |
| DEFENDANT, ) | |

United States Courts
Southern District of Texas
FILED

DEC 09, 2024

Nathan Ochsner, Clerk of Court

    COMES NOW the Defendant, Sohil Vahora, pro-se, and hereby gives notice of appeal from the judgement and sentence imposed by this court on November 25, 2024.

Respectfully Submitted

_Sohil Vahora_ (signature)

Sohil Vahora

Date 12/04/24

Copy mailed this 4th day of December, 2024 to each of the following:

U.S ATTORNEY
STEPHANIE COON BAUMAN
FOR THE SOUTHERN DISTRICT
OF TEXAS, HOUSTON DIVISION
1000 LOUISIANA, SUITE 2300
HOUSTON, TX 77002

U.S CLERK OF COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
NATHAN OCHSNER
P.O BOX 61010
HOUSTON TX, 77208



SOHIL VAHORA 22673-510
Federal Detention Center Houston
P.O. Box - 526255
HOUSTON TX, 77052

United States Courts
Southern District of Texas
FILED
DEC 09 2024
Nathan Ochsner, Clerk of Court

Legal Mail
5 DEC 2024
Notice of Appeal

U.S. CLERK OF COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
P.O BOX 61010
HOUSTON TX, 77208