1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
2                    HOUSTON DIVISION

3    **************************************************************

4    UNITED STATES OF AMERICA     4:22-cr-00440-1

5
    VS.                    HOUSTON, TEXAS
6

7    SOHIL USMANGANI VAHORA      NOVEMBER 25, 2024

8
    **************************************************************

9
             TRANSCRIPT OF SENTENCING PROCEEDINGS
10      HEARD BEFORE THE HONORABLE ANDREW S. HANEN
           UNITED STATES DISTRICT JUDGE
11
    **************************************************************
12

13    <u>APPEARANCES:</u>

14    FOR THE GOVERNMENT:       Ms. Stephanie Bauman
                      U.S. Attorney's Office
                      1000 Louisiana Street
15                      Suite 2300
                      Houston, Texas 77002
16

17    FOR THE DEFENDANT:        Mr. Anthony Troiani
                      Law Office of Anthony Troiani,
18                        P.C.
                      5020 Montrose Blvd, Suite 700
19                      Houston, Texas 77006

20
    Official Court Reporter:     David S. Smith, CSR, RPR, CRR
21                      Official Court Reporter
                      United States District Court
22                      Southern District of Texas
                      515 Rusk Street, Room 8004
23                      Houston, Texas 77002

24
          Proceedings recorded by mechanical stenography,
25    transcript produced via computer.

1                                    **INDEX**

2                                                           PAGE

3    **GARI DICKENS**

4          Direct Examination by Ms. Bauman.............   3

5          Cross-examination by Mr. Troiani.............  51

6          Redirect Examination by Ms. Bauman...........  66

7    **JUDGMENT OF THE COURT**.............................  86

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      P R O C E E D I N G S
 2            THE MARSHAL:  All rise.
 3            THE COURT:  You may be seated.
 4                 4:22-cr-440-1, United States of America versus
 5       Sohil Usmangani Vahora.
 6            MS. BAUMAN:  Good morning, Your Honor.
 7       Stephanie Bauman for the United States.
 8            MR. TROIANI:  Good morning, Your Honor, Anthony Troiani
 9       on behalf of Mr. Vahora.
10            THE COURT:  Why don't we swear the interpreter in
11       first.
12                      (The oath was administered.)
13            THE INTERPRETER:  Your Honor, Mr. Sohil has informed me
14       that he does speak English and he does not need an interpreter;
15       but since I'm called, I'll be here on standby.
16            THE COURT:  That's fine.  Anytime he feels the need to
17       consult you, he can.  Obviously he can with Mr. Troiiani's
18       permission.
19            COURTROOM MANAGER:  Raise your right hand, please.
20                      (The oath was administered.)
21            THE COURT:  All right, Mr. Vahora, did you go over the
22       presentence investigation report with Mr. Troiani?
23            THE DEFENDANT:  Yes.
24            THE COURT:  Mr. Troiani, do you have any objections?  I
25       know the answer to that is "yes."
```

1        MR. TROIANI:  We do, Your Honor.

2        THE COURT:  All right.  Why don't we just take them

3    one-by-one.

4        MS. BAUMAN:  Your Honor, if I may, the government does

5    have a witness to put on regarding Mr. Troiiani's objections

6    for purposes of the record.

7        THE COURT:  With regard to which objection?

8        MS. BAUMAN:  To the loss amount, so the first objection

9    that the Court's about to address.

10        MR. TROIANI:  Do you want to do the other ones, Your

11    Honor?

12        THE COURT:  All right.  Why don't we go ahead and hear

13    the objection and then we'll consider the witness and then --

14    actually let's save that one for last.  Let's go to the other

15    objections.

16        MR. TROIANI:  Go to the other ones, Your Honor?

17        THE COURT:  Yes.

18        MR. TROIANI:  Your Honor, then we would go down to our

19    objection to two 2B1.1(b)(9), which is regarding Mr. Vahora's

20    representations that he stated that he was part of a

21    governmental entity or that that was used.  While we concede

22    that there were calls -- let me back up, Your Honor, just for

23    some context.

24            Mr. Vahora was a coordinator for a group of

25    individuals who were involved in a conspiracy to defraud.  The

1    call center would make calls, they would contact Mr. Vahora,

2    Mr. Vahora would then arrange for runners to pick up money for

3    cards which would then be transferred and then shipped after --

4    were going to be shipped back to India and this was a crime

5    that went from about 2017 or '18 until 2019 or '20, at which

6    time Mr. Vahora extracted himself from the conspiracy and was

7    not involved in the conspiracy at the time of his arrest in

8    2022.  One of the enhancements for the PSR is that the

9    conspiracy as a whole made representations that they were

10    acting on behalf of possibly governmental entities.  There were

11    calls that were made regarding seizures or vehicles that had

12    been used -- that had been used for nefarious purposes and that

13    the individual needed to send money to this address and then at

14    that point there was a transfer and sometimes that would work,

15    sometimes that would not work.  Now, Mr. Vahora was involved in

16    only coordination.  When we look at the guideline, normally

17    this is a situation where you have a politician who is running

18    for reelection and he would possibly say that he's going to do

19    a fundraiser and instead of using the money for reelection

20    purposes, he would then pocket the money; and so people are

21    defrauded based on the fact that, one, he's doing this for the

22    governmental entity and, two, the money is going for another

23    purpose, which would be his own use.

24            But in this case Mr. Vahora was not the one

25    making the calls.  Mr. Vahora was simply coordinating the

1    runners to go pick up and this ties into another issue, which

2    is his understanding of what the scope of the conspiracy was;

3    and when we roll into the next issue, which is going to be a

4    large issue in this, it is the vulnerable victim issue.

5             But before that, his task was designated to

6    coordinate the receipt and pickup of cash.  That was his role.

7    That was what he was supposed to do.  The payments were then

8    forwarded on, and he did not communicate directly with the

9    victims.

10            So in this case, Your Honor, we're arguing that

11   Mr. Vahora should not be assessed this enhancement because the

12   enhancement is already attributed or the punishment is already

13   attributed in the loss guideline.  He's already pled to fraud,

14   and this is another enhancement or another attempt to increase

15   his punishment.  But at this point he's not involved in the

16   communications, nor is he making these representations.  He's

17   simply picking up gift cards and transmitting those gift cards

18   back to India.

19            For that reason, Your Honor, we ask that the

20   Court deny the enhancement under 2B1.9 regarding his claimed

21   representations that he worked for a governmental entity.

22            Additionally, Your Honor, if you look at the case

23   notes, one of -- a lot of the representations were that it was

24   an overpayment on a software package or it was an overpayment

25   on some other debt.  It wasn't necessarily -- a lot of these

7

1   calls weren't necessarily that they were governmental agents or

2   that they were acting on behalf of the government, but it was

3   simply fraudulent inducements.

4        MS. BAUMAN:  Yes, Your Honor.

5             The thing that we did not hear one time in the

6   argument that was just made is relevant conduct.  There were

7   conspirators in this conspiracy in India making phone calls,

8   misrepresenting themselves to be agents of the FBI, of DEA, of

9   Social Security.  It is all over this case.  There are many

10  victims who fell prey to these schemes.

11            The question under 1B1.3 as to whether Mr. Vahora

12  can be held responsible for that conduct, which is an

13  additional increase under the guidelines for a good reason and

14  we'll hear about it from Agent Dickens, but it was hard to

15  interview victims in this case because they didn't know who was

16  the real government.  It is a more reprehensible crime to

17  commit this type of fraud as opposed to other types of fraud.

18  So there is an enhancement for that specific reason.  It is

19  relevant in Mr. Vahora's case even though he did not make any

20  of these calls because the standard is whether it was taken in

21  the scope of jointly-undertaken criminal activity, whether it

22  was in furtherance of the criminal activity and if it was

23  reasonably foreseeable to Mr. Vahora.  It was not just

24  foreseeable.  It was known.  Multiple witnesses talked to the

25  government and to agents about Mr. Vahora.  Individuals inside

1    of his own money laundering cell, his runners, openly talked

2    about the facts that there were government impersonation

3    schemes.  It was well known within his organization.

4         In addition to that, we have very specific

5    concrete evidence that Mr. Vahora mentioned an article written

6    here in Houston about one of his runners that was seen picking

7    up the victim package and that article talked about it being a

8    government impersonation scheme and that exhibit, if there is

9    a -- it's marked as an exhibit for this hearing, Exhibit B.  It

10   was also submitted to the Court with the government's

11   sentencing memo.  That article talked about the fact that it

12   was a government impersonation scheme.  Mr. Vahora mentioned

13   that article to two of his runners, and we see one of his

14   runners, a person in the article, searching it up on his phone

15   after Mr. Vahora mentioned it to him.

16        It was not just foreseeable.  It was foreseen.

17        The victim that reported the loss and caused that

18   article to issue is here in this courtroom.  Her name is

19   Carla Moore and thanks to her willingness to report it, we know

20   that Mr. Vahora not just generally understood what schemes were

21   being perpetrated in the crime that he willingly participated

22   in, but he knew; and he mentioned it to two of his runners.

23   The last runner he mentioned it to as advice to not be dumb and

24   to not go to the same store twice.  The standard under 1B1.3

25   is was it foreseeable.  And it was not just foreseeable.  It

1    was known.

2         THE COURT:  I'm overruling that objection.

3              What's the next objection, Mr. Troiani?

4         MR. TROIANI:  Your Honor, the next objection is our

5    objection to 2B1.1(b)(10)(B).  This is regarding the conduct

6    occurring or being -- a portion of it being outside the United

7    States.  Mr. Vahora was physically present within the United

8    States during the entire time of this his activity or his

9    connection with this organization; and, Your Honor, I

10   understand and -- I understand that there were call centers in

11   India.  I understand the money went back to India.  I'm going

12   to use an example.  On our southern border we have the nation

13   of Mexico and south of Mexico we have countries that grow coca

14   and we have methamphetamine that is supposedly coming from

15   Mexico.  If you use the analogy of a drug trafficking

16   conspiracy, the money is -- the product is all presented from

17   Mexico or South America.  It enters into the United States.  It

18   is put into the stream of commerce.  There are individuals who

19   are then arrested in the United States.  They have direct

20   contacts with cartels and other international organizations.

21   These assessments are not being applied to those individuals.

22   This is very similar in that you have individuals who are in

23   the United States.  They are acting within the course and scope

24   in the United States and they do not leave the country, they do

25   not do anything outside of the country.  Yes, proceeds may flow

1   back to another country; but this enhancement is, in our

2   position, unnecessary because that again is being considered

3   with the loss, it's being considered with the fraud and it

4   is -- in this sense it's overbroad.

5        MS. BAUMAN:  Again, the standard here is

6   foreseeability; and it's not even a close call.  Mr. Vahora

7   knew he was dealing with the call centers in India.  He knew it

8   for years.  He was the contact.  In his money laundering cell

9   he was the contact with the source in India that was sending

10  what they called "com work," the package work, the gift card

11  work.  He was receiving those messages from India and funneling

12  it out to his runners so his runners could go out and launder

13  the victims' funds.

14            The predominant activity in this case took place

15  in India, and Mr. Vahora knew it.  He fed the call center

16  industry for years, and this enhancement is amply warranted.

17       THE COURT:  I'm going to overrule the objection.  While

18  I appreciate the attempt at the analogy, I don't think it

19  applies to economic offenses.

20            All right.  Next objection, Mr. Troiani?

21       MR. TROIANI:  Your Honor, the next objection is

22  3A1.1(b)(1) and (b)(2), Your Honor.

23       MS. BAUMAN:  I'm sorry.  Agent Dickens' testimony will

24  also cover some of the arguments that are in this objection.

25       THE COURT:  Let's go down, then, to role, I guess,

1  would be the next one, I think, Mr. Troiani.

2        MS. BAUMAN:  Agent Dickens' testimony will also cover

3  role as well.

4        THE COURT:  Okay.

5        MS. BAUMAN:  Sorry.  There were a lot of objections and

6  a lot of factual statements that were not true, so the

7  government --

8        THE COURT:  Obstruction?

9        MS. BAUMAN:  Obstruction I think we can handle.

10        THE COURT:  Do you want to jump to obstruction and

11  we'll come back to the others?

12        MR. TROIANI:  Yes, Your Honor.

13              Your Honor on 3C1.1 the government would hold

14  Mr. Vahora responsible for attempting to relocate his offense

15  location.  They would attempt to say that he had somehow by --

16  the statements that they're trying to use were not given under

17  oath.  The statements that they're trying to use are statements

18  that other applications -- and if we look at the note,

19  Application Notes 5A through D, providing a false -- A through

20  C -- providing a false name or identification document at

21  arrest except where such conduct actually results in a

22  significant hindrance to the investigation or prosecution of

23  the instant offense is not necessarily something that would get

24  you obstruction.  Making false statements not under oath to law

25  enforcement officers unless -- is also something that would not

1   necessarily get you obstruction of justice, Your Honor.  The

2   fact that these individuals relocated their activity to

3   different areas would not necessarily get him obstruction.  He

4   has come forward.  It was many years since this offense

5   occurred that he came forward and he has pled guilty.  He has

6   accepted responsibility for his actions; and it appears that

7   the government is attempting to say that, you know, he should

8   have simply offered himself up years ago when the very nature

9   of the offense was to be clandestine, that they were attempting

10  to avoid detection and that is inherent in the charge in and of

11  itself.  The allegations that he would have coerced or

12  attempted to threaten other individuals -- he left the

13  conspiracy, he disassociated himself with those individuals and

14  they continued to operate.  Your Honor, I -- I think -- it's

15  our position that these exceptions from Note 5 would apply in

16  this circumstance due to Mr. Vahora's -- just the nature of --

17  the inherent human nature of not wanting to get caught.

18          MS. BAUMAN:  So the problem with the analogies that

19  Mr. Troiani is trying to draw here is that they all have to do

20  with what a particular defendant does with his own conduct,

21  what his response to questioning is, what his response to being

22  arrested is.  The basis of this enhancement is what Mr. Vahora

23  did time and time again with other people.  He told witnesses

24  to lie to the police and to agents.  He gave that instruction.

25  He gave it in 2017 to his driver, Rayhan Syed, when Mr. Syed

1    was approached by Chicago police and the federal agency TIGTA.

2    He told Rayhan Syed to play dumb.  He did it again in 2018 when

3    TIGTA wanted to interview his runner, Zaheem Malvi.  He told

4    Mr. Malvi to go find out what the agents knew; and then once

5    Mr. Malvi met with the agents and saw that he'd been caught on

6    a Target surveillance camera and they even had his name because

7    he bought a coffee, a Starbucks, when he left that interview,

8    Mr. Vahora helped Mr. Malvi flee Chicago.  It wasn't that

9    Mr. Vahora himself fled authorities.  It's that he got his

10   runner out of harm's way so that that runner could not testify

11   against him.  That's the issue with what Mr. Vahora did time

12   and time again.

13            He had Waseem Maknojiya, another runner, take

14   Mr. Malvi at midnight in the middle of the night, withdrew all

15   of the money out of Mr. Malvi's accounts, closed Mr. Malvi's

16   accounts at Mr. Vahora's suggestion and drove Mr. Malvi to a

17   hotel in a remote area of Arkansas and that's where Mr. Malvi

18   remained until he was arrested in this case in 2022 and the

19   agents that interviewed him in 2018 had no idea that he had

20   gone to Arkansas.  It's true that Mr. Malvi continued this

21   activity in Arkansas, but that's not the basis of why this is

22   obstruction.  He was removed from the playing field

23   essentially.  Mr. Vahora did the same thing when his runner,

24   Amirsinh Diwan, was confronted by Social Security in November

25   of 2019.  They let a victim package be picked up by Mr. Diwan

1    and then they went and talked to him and asked him who he

2    worked for and he did not give them any information.  They let

3    him go; and as soon as Mr. Vahora confirmed that that package

4    was not stolen, but was actually intercepted by law

5    enforcement, he got Mr. Diwan a new job in Indiana.  He told

6    Mr. Diwan to change his phone number, and Mr. Diwan disappeared

7    from Chicago for years.  Same exact playbook as with Mr. Malvi.

8            In that occasion there's no indication, no

9    evidence that Mr. Diwan continued the scheme in Indiana.  He

10   simply left, and Mr. Vahora's role in that is what is

11   obstruction in this case.

12           Mr. Vahora --

13           MR. TROIANI:  Your Honor --

14           MS. BAUMAN:  Sorry.  I have more examples.

15           MR. TROIANI:  Okay.

16           MS. BAUMAN:  Mr. Vahora also told Ammar Sunasara, who

17   was a driver and a runner here in the Houston area -- when the

18   FBI was trying to talk to Ammar Sunasara about the runner, he

19   told Ammar Sunasara to play dumb and to say he didn't know

20   anything, same thing he did with Rayhan Syed.

21           And then finally Moin Pinjara, when he was

22   arrested in Kenosha, Wisconsin, in August of 2020 he was on the

23   phone with both of his handlers, Mr. Malvi and Mr. Vahora,

24   because he knew something was wrong at the store.  They could

25   hear the police officers reading Miranda to Mr. Pinjara; and

1    Mr. Vahora's advice to Mr. Pinjara was to run.

2              Mr. Pinjara did not run, but that was

3    Mr. Vahora's advice.

4              There are so many examples of when Mr. Vahora has

5    told his people to lie, to play dumb and then he has not only

6    done that, he has gone out of his way to make sure they

7    disappeared and the agents no longer knew where they were.

8    This case is an example of why he would do that.

9              Agent Dickens will explain how all of the runners

10   arrested in this case ended up talking to the government; and

11   once that happened, all the pieces fell into place, their

12   information was corroborated and Mr. Vahora could no longer

13   hide in the shadows where he prefers to be.  The obstruction

14   here was taking witnesses away from the government and moving

15   them other places around the board so that he could continue in

16   his illegal activity.

17        THE COURT:  Mr. Troiani, did you ever something you

18   wanted to add?

19        MR. TROIANI:  I did, Your Honor.

20              Mr. Vahora exited the conspiracy in 2020.  These

21   other individuals were arrested before him.  The comments that

22   they make regarding his statements are hearsay.  They're also

23   self-serving.  Mr. Vahora did attempt to avoid detection, as do

24   all criminals.  The other individuals also attempted to avoid

25   detection.  Mr. Malvi continued on with this offense after

1    Mr. Vahora extracted himself.  The other individuals that were

2    at the hotel in Arkansas also continued on with this offense

3    after Mr. Vahora extracted himself from this situation.

4              The actions that the government is seeking to

5    enhance or to augment the offense level are the actions that in

6    the normal course of operating a criminal offense, people

7    attempt to avoid detection.  They tell their co-conspirators to

8    lawyer up.  They do these things on a normal, daily basis.  It

9    appears as though the government wants to be punitive because

10   Mr. Vahora eluded detection and actually extracted himself, as

11   did potentially Mr. Diwan.  I'm not sure what his situation is,

12   but obviously the government doesn't have any information

13   regarding his continuing activity.

14             THE COURT:  I'm going to overrule the objection.

15             The next objection I think the government

16   actually agreed with was acceptance.

17             MR. TROIANI:  Yes.

18             MS. BAUMAN:  The government has no opposition to that.

19             THE COURT:  All right.  I'm awarding acceptance.

20             MS. BAUMAN:  The government will call Gari Dickens.

21             THE COURT:  By my count what we have left are

22   objections to intended loss, the vulnerable victim objection

23   and the objection to role.

24             MS. BAUMAN:  Correct.

25             THE COURT:  Am I --

1      MR. TROIANI:  Yes, sir.

2      THE COURT:  Do you think your witness is going to

3  impact all three of those?

4      MS. BAUMAN:  I do, Your Honor.

5      THE COURT:  Mr. Troiani, why don't you and your client

6  and the interpreter grab a chair.  There is no reason for you

7  to have to stand while we have a witness.

8      MS. BAUMAN:  The government will call Gari Dickens.

9      THE COURT:  Go ahead and be seated, sir.

10     MS. BAUMAN:  I'm going to refer to some exhibits during

11  the presentation.  Is it possible to have the monitors turned

12  on?

13     THE COURT:  Only if you're nice to Ms. Hawkins.

14     MS. BAUMAN:  I always try to be nice to Ms. Hawkins.

15                        **GARI DICKENS**,

16  having been first duly sworn, testified as follows, to wit:

17                   **DIRECT EXAMINATION**

18  BY MS. BAUMAN:

19  Q.   Please introduce yourself to the Court.

20  A.   My name is Gari Dickens.

21  Q.   Where do you work?

22  A.   I'm a special agent with the Social Security

23  Administration's Office of the Inspector General.

24  Q.   What's your role there?

25  A.   I'm currently assigned to the agency's Major Case Division

1    where we investigate matters that strategically impact the

2    programs and mission of Social Security.

3    Q.    Does this case involve phone scams that originate from

4    India and are targeting people in the United States?

5    A.    Yes.

6    Q.    Do you have particular training and experience specific to

7    that type of case?

8    A.    Yes, I do.

9    Q.    Can you sort of go into that a little bit?

10   A.    I have over 24 years with Social Security OIG.  During

11   that time we deal with a lot of elderly victims, a lot of

12   confidence schemes.  So I've investigated a number of these.  I

13   have training in money laundering, trans-national organized

14   crime and how those -- how that criminal activity takes place.

15   Q.    Are you familiar with the defendant being sentenced today,

16   Sohil Vahora?

17   A.    Yes.

18   Q.    Were you personally involved in the investigation into the

19   defendant?

20   A.    Yes.

21   Q.    Did Sohil Vahora run a domestic money laundering cell?

22   A.    Yes.

23   Q.    And did that cell launder victim funds on behalf of call

24   centers in India making scam calls to people in the United

25   States?

1    A.    Yes, it did.

2    Q.    Approximately when did your investigation again?

3    A.    My investigation involving Mr. Vahora started in 2019, the

4    fall of 2019, and specifically with respect to one of his

5    runners, Waseem Maknojiya.

6    Q.    And over the years have other agencies worked with you on

7    the investigation into this conspiracy?

8    A.    Many agencies.  FBI; U.S. Postal Inspection Service;

9    Treasury's Inspector General for Tax Administration; TIGTA, you

10   mentioned them earlier; Homeland Security investigations and

11   then many state and locals.

12        MS. BAUMAN:  If we could, display Exhibit G.

13   **BY MS. BAUMAN:**

14   Q.    Has your investigation encompassed the individuals that

15   are depicted on Government Exhibit G?

16   A.    Yes.

17   Q.    Does this exhibit depict the portion of the conspiracy in

18   which members of the money laundering cell received packages

19   mailed by victims?

20   A.    Yes, it does.

21   Q.    What was inside those a packages?

22   A.    Cash.

23   Q.    How did members of the conspiracy receive the packages?

24   A.    The runners identified at the bottom of your screen, or

25   the chart, would use fraudulent identification documents to

```
1   receive the packages mailed by the victims that were mailed by
2   commercial carriers, predominantly FedEx and UPS in this case.
3   Q.   And where would the runners pick up the packages that were
4   mailed through those commercial carriers?
5   A.   A variety of stores, but the majority of the FedEx
6   packages were picked up at Walgreens stores and the UPS
7   packages, they have an affiliation with CVS.  So those UPS
8   packages, a lot of them were picked up at UPS stores or at CVS.
9   Q.   Approximately what time frame were the runners picking up
10  packages at the stores that you mentioned?
11  A.   2019 through 2020.
12  Q.   And before that were there packages that were received a
13  different way, not at the stores that you mentioned?
14  A.   Yes.  We did identify some packages mailed to the Chicago
15  area to addresses, and the packages would be dropped at
16  addresses and then picked up without the use of IDs.
17  Q.   And what about in the hotel that was in Arkansas?
18  A.   Yes.  There were also packages that were mailed under
19  alias names to a hotel in Arkansas, the hotel that was
20  mentioned earlier where Mr. Malvi resided for some time along
21  with the runner, Moin Pinjara.
22  Q.   You mentioned that your investigation started specifically
23  with the runner Waseem Maknojiya?
24  A.   Yes.
25  Q.   At the time you were investigating him, was he actively
```

1  picking up packages?

2  A.    Yes, he was.

3  Q.    And where and when approximately was he picking up

4  packages?

5  A.    Waseem was living in the Houston area from April through

6  October of 2019, so he was picking up -- the vast majority of

7  his packages were picked up here in the Houston area from

8  Houston metro, Sugar Land, Houston.

9  Q.    Did you also investigate the two individuals on the right

10 bottom part of this scene, Moin Pinjara and Rayhan Syed?

11 A.    Yes.

12 Q.    Were they actively picking up packages while you were

13 investigating them?

14 A.    Yes, they were.

15 Q.    And where and when were they active?

16 A.    Moin Pinjara and Burhan Syed -- I believe Moin Pinjara

17 started December 2019 picking up packages until the time of his

18 arrest in August 2020.

19      Burhan Syed, he started later.  He was June or July 2020,

20 but prior to his arrest in August 2020; so he was involved a

21 short period of time.

22 Q.    And where were they getting packages?

23 A.    Well, Moin and Burhan Syed -- Moin Pinjara and

24 Burhan Syed, they were -- they were very mobile.  Unlike

25 Waseem, who picked up the vast majority of his packages in the

1    Houston area, Moin Pinjara and Burhan Syed picked up packages

2    all the way between Houston, Texas, and Kenosha, Wisconsin.

3    Q.    Can you describe when you did get a report that a victim

4    had sent cash in a package how you would investigate that to

5    find out who picked up the package?

6    A.    Well, we worked a lot with FedEx corporate security,

7    Walgreens corporate security, along with CVS to obtain video

8    surveillance footage of the package that was delivered and then

9    we would contact -- we'd also have contact with the victims to

10   determine how and why they sent the packages that they sent.

11   Q.    Okay.  When you -- so you went to the store where the

12   package was picked up and you got footage, if it was available,

13   of the package being picked up, correct?

14   A.    Yes, when available.

15   Q.    And then what did you do regarding -- if you learned the

16   alias that that package was mailed to, what would you do with

17   that information to further your investigation?

18   A.    Right.  That's when we would issue legal process to FedEx

19   or UPS, you know, asking for any other packages delivered with

20   that alias name and then any type of IP data that would come

21   along with the tracking of those packages.

22   Q.    So one victim report of mailing cash could generate --

23   could produce through legal process a number of different boxes

24   that had been mailed to that alias?

25   A.    Correct.

1    Q.    And you mentioned that you would then talk to the victims

2    or the shippers of these packages to find out what was

3    happening from their perspective, correct?

4    A.    Correct.

5    Q.    Was there anything about the nature of the fraud in this

6    case that made it hard for you to reach victims or interview

7    victims?

8    A.    Sure.  Of course this is going on -- a majority of the

9    cases were going on in 2020 during the pandemic, but contacting

10   the victims was tough because, like you said, many times they

11   were in the process or they were on the phone still with the

12   scammers in India.  They questioned -- you know, they were

13   already confused, but questioned further "Are you really the

14   real FBI" or "Are you really federal law enforcement?"

15         In some cases we sent uniformed law enforcement and

16   federal agents to the houses and were still unable to convince

17   some of the victims that we were the real police.

18   Q.    If we go back here to Government Exhibit G, was

19   Amirsinh Diwan active at the time he became a target of this

20   investigation?  Was he actively picking up packages when you

21   started investigating him?

22   A.    Not to my knowledge.

23   Q.    So when and where was he active in picking up packages?

24   A.    He was active in the Chicago area.  As far as the packages

25   that I'm aware of, he was active, you know, in the Chicago area

1    picking up packages in 2019 and then prior to that.

2    Q.    And you may have heard me mention him, but was

3    Amirsinh Diwan at one point questioned by law enforcement?

4    A.    Yes, he was.

5    Q.    And was that in November of 2019?

6    A.    Correct.

7    Q.    Are there any known packages that Amirsinh Diwan picked up

8    after he was questioned by law enforcement in November of 2019?

9    A.    No.

10   Q.    Did you attempt to subpoena FedEx or UPS for packages that

11   were mailed to one or more of Diwan's known aliases years after

12   the fact that he used that alias?

13   A.    We did; however, FedEx no longer retained the records.

14   When you tried to subpoena the records by an alias name, they

15   no longer had the ability to go back that far.

16   Q.    So you were -- some evidence just naturally was no longer

17   available to you by the time that you tried to get it from

18   FedEx; is that correct?

19   A.    Correct.

20   Q.    Regarding Diwan specifically?

21   A.    Yes.

22   Q.    All right.  So their arrest dates here, we see Maknojiya

23   in November of 2019 and Moin Pinjara and Burhan Syed both in

24   August of 2020.  Are those dates accurate?

25   A.    Yes.

1    Q.    Were all three of these men charged in the Southern

2    District of Texas with mail fraud and money laundering?

3    A.    They were.

4    Q.    Were they all charged in different case numbers?

5    A.    Yes.

6    Q.    What years were those cases brought?

7    A.    Waseem was charged via complaint in 2019, and then

8    Moin Pinjara and Burhan Syed were later indicted in 2020.

9    Q.    Which of the runners depicted on the slide have you

10   personally interviewed?

11   A.    I've interviewed all of the runners on this slide.

12   Q.    Have you also interviewed Zaheem Malvi?

13   A.    Yes.

14   Q.    Have you interviewed some of these individuals multiple

15   times?

16   A.    Yes.

17   Q.    In your estimation have they provided reliable information

18   to you that was useful in your investigation?

19   A.    They did.

20   Q.    How were you able to judge the reliability of information

21   that was provided by these individuals?

22   A.    Via bank records, call detail records, their phone

23   records, cell site data that we obtained for Mr. Vahora and

24   some of their phones, bank records and then just the comments,

25   the common stories as far as time and places and how the events

1    transpired when talking to the conspirators.

2    Q.    So if we could show Exhibit B, is this an example of a

3    common story that you got from multiple individuals, this

4    article regarding Waseem Maknojiya?

5    A.    Oh, with respect to --

6         MR. TROIANI:  Your Honor, I'm going to object just for

7    the record on the article as to hearsay and it is not part of

8    the investigation and it's ancillary and the information was

9    not vetted.

10         THE COURT:  Okay.  I'll sustain the -- I'm going to

11    allow questioning on it just as an example.

12         MS. BAUMAN:  Okay.

13    BY MR. BAUMAN:

14    Q.    So this article, did you hear about it from multiple

15    people?

16    A.    Yes.

17    Q.    And where did they know the article from?

18    A.    They learned of the article from Mr. Vahora.

19    Q.    So tell us about who you heard it from.

20    A.    Originally we heard it from Waseem Maknojiya, because we

21    located the article in his cell phone; and when questioned

22    about it, he told us, you know, what had transpired and how he

23    became aware of it, which, according to Mr. Maknojiya, it was

24    from Mr. Vahora.

25    Q.    After he was released from custody?

A.    Correct.  Waseem Maknojiya was actually arrested by local
authorities in New Jersey attempting to pick up a victim's
package.  After that time, Mr. Vahora, you know, traveled to
New Jersey, was looking for Mr. Maknojiya, wasn't able to find
him and found this article when looking for him, according to
Mr. Maknojiya.

Q.    And you mentioned someone else also was shown this article
or told about this article by Mr. Vahora?

A.    Yes.  Moin Pinjara said he was shown this article by and
discussed this article with Mr. Vahora.

Q.    What was the purpose of Mr. Vahora talking to Moin Pinjara
about this article?

A.    I think you mentioned it earlier, but he told Mr. Pinjara
"Go don't go back to the same store.  Don't be dumb like this
guy.  This is how you're going to get caught."

Q.    So it was after Mr. Maknojiya had been arrested?

A.    Correct.

Q.    If we could go back to Government Exhibit G, can you
explain what the arrows on this exhibit are intended to
represent?

A.    Well, I guess the exhibit is the hierarchy of the
conspiracy.  The arrows are showing, you know, who reported to
whom in this case or who had dealings with whom.

Q.    Why are there two arrows pointing to Waseem Maknojiya?

A.    Waseem worked for both Hardik Patel -- or worked with both

1    Hardik Patel and Sohil Vahora.

2    Q.    Pajay Patel at the upper left corner, he's not mentioned

3    in the PSR.  Can you briefly explain who that is?

4    A.    Pajay Patel was living here in the United States, was

5    arrested, I believe, by Bloomingdale up in Illinois in

6    possession of fake IDs that were reportedly used in liquidating

7    proceeds of call center fraud.  He was subsequently deported.

8    He was -- and then at the time he goes back to India, he

9    started working as a broker or for a call center and relaying

10   that information to Mr. Vahora and Mr. Hardik Patel.

11   Q.    Based on your investigation, are the arrows on this

12   exhibit accurately placed?

13   A.    Yes.

14   Q.    On the -- so Ammar Sunasara is at the bottom left on here.

15   He received most of his information or directions from

16   Waseem Maknojiya; is that correct?

17   A.    That's correct.

18   Q.    Did he ever have any interaction with Mr. Vahora directly?

19   A.    He did.  He travelled to Chicago to meet with Mr. Vahora.

20   Q.    And did Mr. Sunasara say anything about talking -- did

21   Mr. Vahora attempt to recruit Mr. Sunasara into the conspiracy

22   to become a runner?

23   A.    According to Mr. Sunasara, you know, he had concerns over

24   going in and picking up the packages, although we have evidence

25   that he did it here in Houston; and when he asked Mr. Vahora,

1    you know, what would happen if he got caught, Mr. Vahora's

2    response was "You'll just get deported."

3    Q.    Can you explain on the right part of this chart how the

4    package instructions or word was filtered down to the runners

5    at the bottom, Mr. Pinjara and Mr. Syed?

6    A.    Sure.  Mr. Pinjara and Mr. Syed were working for

7    Mr. Vahora through Zaheem Malvi.

8    Q.    Their primary contact was with Mr. Malvi.  Is that

9    accurate?

10   A.    With Burhan Syed for sure.  Moin Pinjara had contact with

11   both, but yes.

12   Q.    Did Mr. Malvi play that intermediary role with the runner,

13   Mr. Diwan?

14   A.    He did not, not with respect to these packages.

15   Q.    And did he play that intermediary role for the runner,

16   Mr. Maknojiya?

17   A.    He did not.

18   Q.    When were victim packages -- I think we've already talked

19   about that.  At some point in your investigation did you

20   realize that Mr. Vahora, Mr. Malvi and Mr. Diwan had been

21   investigated by TIGTA in the Chicago area previously?

22   A.    Yes.  Early on there was a victim here in Houston.  It was

23   that was an FBI victim that walked into the FBI offices in

24   Houston.  Her name was Jennifer Robinson.  She fell victim to a

25   government impersonation scheme, and she provided the alias

1    name to whom she mailed a package to in the Chicago area.  When

2    we get the FedEx records back from that and the surveillance

3    video from Walgreens, we had identified -- we had a picture of

4    Mr. Diwan only to learn from TIGTA that they had previously

5    investigated Mr. Diwan, Zaheem Malvi and Mr. Vahora as part of

6    a gift card liquidation scheme specifically relating to Indian

7    call centers calling in and impersonating the IRS.

8    Q.    We can see exhibit --

9          THE COURT:  You learned from whom?

10         THE WITNESS:  Treasury's inspector general for tax

11   administration.  Sorry.  I'm using their acronym there of

12   "TIGTA."

13   BY MR. BAUMAN:

14   Q.    If we can take a look at Government's Exhibit F, the first

15   page of this exhibit, are those the individuals that you just

16   discussed?  Were those the individuals that were under

17   investigation in that TIGTA investigation regarding gift card

18   liquidation?

19   A.    Yes.

20   Q.    These individuals, what were they investigated for doing?

21   A.    Again, it was the -- the evolution of the scheme,

22   specifically 2016 to 2018, was IRS imposter fraud, call and

23   impersonate the IRS, threaten victims with arrest if they don't

24   pay money; and at that time they were primarily being directed

25   to purchase gift cards from either Best Buy or Target and then

1  the victims would provide the redemption code from the gift

2  cards to the Indian call center.  The Indian call center would

3  then forward that to guys likes Mr. Vahora and these runners

4  and they would go buy gift cards with -- more gift cards to

5  launder the money.

6  Q.    And was Amirsinh Diwan and Zaheem Malvi -- were they both

7  seen on Target surveillance video liquidating victim gift

8  cards?

9  A.    Yes.

10 Q.    Was Rayhan Syed identified as someone who drove them to

11 Target stores?

12 A.    Yeah.  That's how TIGTA initially identified these guys

13 was from Rayhan Syed's license plate, because he was driving

14 these guys around to various Target stores.

15 Q.    And when Rayhan Syed was interviewed, who did he identify

16 as the person who hired him and who paid him for doing that?

17 A.    Mr. Vahora.

18 Q.    After you began your investigation and arrested

19 individuals in 2019 and 2020, did you learn that there were

20 more conspirators who had liquidated gift cards for

21 Sohil Vahora in this 2017-2018 time frame?

22 A.    Yes.  The same runners who received packages had also

23 previously worked for Mr. Vahora liquidating gift cards, but

24 that was unknown to us prior to their arrest.

25 Q.    On Page 2 of this exhibit, does that reflect the

1   additional information you learned about the conspiracy when

2   they were liquidating gift cards?

3   A.    Yes.

4   Q.    The arrows on this chart represent the same as the

5   previous exhibit, Government's Exhibit G, regarding the

6   hierarchy?

7   A.    Yes.  That's correct.

8   Q.    And as you sit here today, are the arrows accurately

9   placed?

10  A.    Yes.

11  Q.    You've testified that Sohil Vahora had runners who

12  liquidated victim gift cards and picked up victim packages.

13  Did Mr. Vahora talk to any of his runners about laundering

14  victim funds for the call centers any other way?

15  A.    Yes, specifically Waseem Maknojiya and Moin Pinjara --

16  Mr. Vahora approached them about using fraudulent passports,

17  Indian passports, to open bank accounts to where victim

18  proceeds could be wired directly into these accounts that were

19  opened up with fraudulent passports, under alias names, of

20  course.

21  Q.    And what was their response, Mr. Maknojiya and

22  Mr. Pinjara, separately when they were asked?  What was their

23  responses?

24  A.    Mr. Pinjara did not participate in that scheme and felt

25  that there was too much risk.

1          Waseem Maknojiya was actually arrested here in Houston.

2     When we arrested him, he was in possession of three Indian

3     passports, fraudulent Indian passports; but according to

4     Mr. Maknojiya, he had never made it to that point to use the

5     passports.  He hadn't opened a bank account with them yet, but

6     had intended to.

7     Q.    Have you reviewed the government's response to defendant's

8     objections?

9     A.    Yes.

10    Q.    And have you seen Table 1 that's attached to that filing?

11    A.    Yes.

12          MS. BAUMAN:  Can we display Exhibit D, which is

13    Table 1?

14    **BY MS. BAUMAN:**

15    Q.    Is Table 1 created from a spreadsheet that you maintained?

16    A.    Yes, it is.

17    Q.    And if I use the term "Vahora victim spreadsheet," will

18    you know that I mean the spreadsheet that was used to create

19    Table 1?

20    A.    Yes.

21    Q.    Does Table 1 depict FedEx and UPS packages that were

22    mailed by victims of the fraudulent scheme conducted by the

23    call centers to Mr. Vahora's runners?

24    A.    Yes.

25    Q.    Does it include packages that were mailed to the hotel in

1    Arkansas by victims?

2    A.    Yes.

3    Q.    And are there some victims included in Table 1 who had

4    gifts cards liquidated by Mr. Vahora's runners?

5    A.    Yes.  There's four gift card victims on the spreadsheet.

6    Q.    So there are many fewer gift card victims than package

7    victims?

8    A.    Correct.

9    Q.    And why are there fewer of those victims that are known?

10   A.    Well, again, that -- that evolution of the conspiracy was

11   prior to me entering the investigation.  I came on in 2019.

12   Most of the gift cards were liquidated by Mr. Vahora's runners

13   in 2017-2018; therefore, most of this has to deal with victims

14   being asked to mail cash in a box via commercial carriers.

15   Q.    If we can take a look at the top of Page 2, the column

16   headings, Columns K and L -- well, actually in those columns

17   there are dollar values.  Can you explain what these columns

18   represent and how they are different?

19   A.    Yeah, sure.  Well, first the spreadsheet was designed to

20   track packages that were identified associated to alias names

21   and defendants and then the victims' information and then track

22   the losses incurred by the victims.

23        The package amount column, Column K, that is the amount

24   that we were able to obtain victim statements, police reports,

25   complaints to the FBI, FTC, bank records, CTRs, something that

1    authenticated the loss amount alleged by the victim in this

2    case.

3         The Total Loss column, Column L, is the amount that the

4    victim alleged to have lost in total to the scheme; so whether

5    they mailed packages to other runners that we had no knowledge

6    of or wired money or purchased gift cards, the amount in

7    Column L is the amount in total that they lost to the scheme.

8    And then the package amount is specific to the tracking number

9    listed in the far left of the spreadsheet.

10   Q.    In some cases did you know what was in a package because

11   it was intercepted by law enforcement?

12   A.    Yes.

13   Q.    So Moin Pinjara, was he arrested in possession of a number

14   of boxes?

15   A.    Yes, he was.  Moin Pinjara was arrested, yes, in Kenosha

16   with several boxes in his possession, several victim packages,

17   correct.

18   Q.    So the amount in those boxes is known because law

19   enforcement actually counted it?

20   A.    Correct.

21   Q.    And then were there some boxes that were intercepted by

22   store personnel?

23   A.    Yes, commercial carriers and other law enforcement

24   agencies in this, you know, at times intercepted packages.

25   Q.    And when Walgreens or FedEx intercepted cash that was in a

1   box, they would typically call law enforcement to come and

2   retrieve it, correct?

3   A.    Correct.

4   Q.    In some cases did you have to rely on what victims told

5   you they mailed in a package?

6   A.    Yes.

7   Q.    And did you try, if you could, not to do that?

8   A.    Yes.  We tried to authenticate every victim loss that was

9   claimed.

10  Q.    And why did you want to try to document it or get some

11  clarification from other sources?  Why was that something that

12  you thought was important to do?

13  A.    Well, you discussed previously the almost unwillingness to

14  cooperate.  At many times when we were contacting these

15  victims, they were still being scammed.  But what we found when

16  we contacted the victims was a lot of shame and embarrassment,

17  the ones that realized they had fallen victim to the scam, a

18  lot of under-reporting.  We saw a lot of under-reporting --

19        MR. TROIANI:  Your Honor, I am going to object to the

20  speculation as to the victims' mind state.  That, I think, is

21  well beyond the scope of this witness.

22        THE COURT:  I'll sustain that as to it being

23  speculation.  If the victims told you that, that's a different

24  story.

25        THE WITNESS:  Okay.

1    A.    Can you restate the question?

2    **BY MR. BAUMAN:**

3    Q.    Sure.  Have you had the experience where a victim told you

4    how much was in a package and then you opened it and there was

5    more?

6    A.    Absolutely.  That happened here in Houston.  We had one

7    or -- one -- a package one of the victims -- her name is

8    Lois Rizzi from Missouri -- she mailed a package here to

9    Burhan Syed's codefendant.  We intercepted the package by

10   working with FedEx corporate security and Walgreens corporate

11   security.  We intercepted the package here in Houston.  We

12   called Ms. Rizzi in Missouri and asked her if we could have --

13   notified her she was being scammed and could we return the

14   money and the package to her.  She said, "Yes."

15         We got her consent to open the package.  She told me that

16   there was $7,000 in the package and when we opened the package

17   and counted the money, there was $18,000 in the box and she had

18   mailed that priority overnight the night before.

19   Q.    Have you had victims tell you and have you seen in the

20   victim statements in this case victims' expressed shame at

21   having sent money?

22   A.    Yes, routinely shame and then also many victims reporting

23   some significant emotional impact as a result of some loss in

24   their life, a spouse, a loved one.

25   Q.    So what kinds of documentation would you look for to help

1    clarify what a victim had mailed in a package?  I think you

2    went through some of this.  Bank records?

3    A.    When -- cooperative victims would provide the receipts,

4    bank records.  But we did use bank records.  We used currency

5    transaction reports.  We used other law enforcement reports,

6    statements made contemporaneous to the fraud occurring.  Many

7    times we worked with family members of the very elderly victims

8    to get information and records from them to substantiate the

9    loss amounts.

10   Q.    Some of the columns here, the cells here for package loss,

11   "package amount" and "total loss" are blank?  Why is that?

12   A.    If the package amount is blank, it means that we were just

13   unable -- we were aware that the package was mailed to an alias

14   used by the runner; however, we were unable to identify a loss

15   amount or associate a loss amount with that specific package,

16   therefore we left it blank.

17   Q.    Did you at times document that a victim had a total loss,

18   but you just could not identify what was in a particular

19   package and, therefore, you had no amount entered for "Package

20   Amount"?

21   A.    Yeah.  Row 7 here, I don't -- I don't know the victim

22   name, but it's Row 7.  I'm looking at Columns K and L.  You can

23   see we were aware that the victim mailed a package.  The victim

24   claimed that they lost $51,900, a very specific amount.

25   However, we listed no amount in the package because we just

1    couldn't -- the victim couldn't identify how much cash he

2    mailed -- or he or she mailed that day and we were unable to

3    get that information; and so we left it as a question mark or a

4    zero.  We didn't put an amount there.

5    Q.    If we could go to up to Page 1 and take a look at Row 7,

6    is that -- we're talking about a Alicia McCarthy there?

7    A.    Correct.

8    Q.    So you would enter a question mark or leave it blank, and

9    did you do that to be fair to the defendant involved and

10   ultimately now to Mr. Vahora?

11   A.    Sure, just to be factual and as accurate as we could be

12   with regards to the loss.

13   Q.    Was this spreadsheet also used for restitution purposes?

14   A.    Yes.

15   Q.    When did you begin keeping the Vahora victim spreadsheet

16   or some version of the spreadsheet?

17   A.    In 2019 when we started the investigation of

18   Waseem Maknojiya.

19   Q.    And have you updated the spreadsheet -- just to be clear,

20   were there multiple spreadsheets for the multiple cases

21   involving the runners in this conspiracy?

22   A.    Yes.  And they're combined for the purposes -- in this one

23   for the purposes of Mr. Vahora's case.  All the runners are

24   combined in here.  As you can see, all the defendants are

25   listed in Column A.

1    Q.    So these separate spreadsheets were combined for purposes

2    of this case, but previously they were separate spreadsheets?

3    Is --

4    A.    Correct.

5    Q.    -- that accurate?

6          And you mentioned that you began keeping the spreadsheets

7    in 2019.  Have you updated the Vahora victim spreadsheet over

8    time?

9    A.    Yes.  It's a living and breathing document since 2019.

10   It's been updated from the time we received packages to now

11   receiving victim impact statements.

12   Q.    And was the spreadsheet revised after victim impact

13   statements were received in this case?

14   A.    Yes.

15   Q.    But had that spreadsheet existed well before you saw any

16   victim impact statements in this case?

17   A.    Yes.

18   Q.    Victim impact statements are not the only source of

19   information that was used to build this spreadsheet?

20   A.    No.

21   Q.    To your knowledge was the information you and other

22   investigators used to build the Vahora victim spreadsheet

23   shared with the defendant?

24   A.    Yes.

25   Q.    It was shared in discovery?

1    A.    Yes, it was.

2    Q.    So when we talk about currency transaction reports, police

3    reports, memorandum of investigation, currency transaction

4    reports, were those sorts of documents included in the

5    discovery that was turned over in this case?

6    A.    Yes.    Interviews of the victims as well.

7    Q.    If we can look at Government Exhibit H, did you prepare

8    Exhibit H for purposes of sentencing today?

9    A.    I did.

10    Q.    And where did the information in Exhibit H come from?

11    A.    You know, it came from the spreadsheet and the

12    investigation in total.    This is a total number of the -- it's

13    right from the chart we were just looking at.

14    Q.    From the victim spreadsheet we were just discussing?

15    A.    Correct.

16    Q.    And can you just go through the information on Exhibit H

17    that regards the packages up at the top of this exhibit?

18    A.    Well, again through the legal process that we issued

19    regarding aliases used by the runners, we identified

20    405 packages that were mailed to runners managed by Mr. Vahora.

21    Out of those packages, there -- 166 of them we have applied

22    zero loss to the package amount because we just were unable to

23    either get cooperation from the victim or get the records we

24    needed to plug in a loss amount for that specific package.

25        And then with respect to the packages that we have a known

1   loss amount, the average loss amount for those packages is just

2   over 16,000.  16,206 per package.

3   Q.    To be clear, the information you have filled in in the

4   "package amount" column, does the total loss amount for the

5   packages exceed $3.5 million?

6   A.    Yes.

7   Q.    Even with 166 packages with no known loss?

8   A.    Correct, even with no loss for 166 packages.

9   Q.    At any point in this case have you used average package

10  amounts to fill in the blanks that are in this spreadsheet?

11  A.    No.

12  Q.    And if there's a loss amount on Table 1, it's because you

13  have some information as to that loss amount?

14  A.    Yes.

15  Q.    If you were to you average the package -- if you were to

16  use the average package amount, which is $16,000 here, if you

17  were to use that and multiply it by 405 packages, would that

18  loss, that estimate of loss, exceed $3.5 million?

19  A.    Sure.  Yes.

20  Q.    It would be actually well over $3.5 million?

21  A.    Right.  Yes, it would be.

22  Q.    If we take a look at the bottom here, identified victims,

23  can you take us through the information that you gathered on

24  the victims?

25  A.    Okay.  Again, this is based of the chart we were just

1    looking at; but we identified a total of 279 victims.  There

2    were a number of cases where we would get information on a

3    package and a person -- and a name on the package; but in some

4    cases they were mailed from a shipping center, so from a UPS

5    store or a FedEx shipping center.  So you'd have the owner of

6    the shipping center and not the actual victim's name on it.  So

7    there's a number of victims, a number of packages we were

8    unable to associate a victim to.

9         Out of the victims we did identify, there was a total of

10   279.

11   Q.    How many of those were gift card victims?

12   A.    Okay.  So again, four of those were gift card victims; and

13   275 of them were victims -- unique victims who mailed packages

14   to runners managed by Mr. Vahora.

15   Q.    And of those victims, 279 victims, how many are over the

16   age of 60 or were over the age of 60 at the time they were

17   victimized?

18   A.    Right.  We backed up to -- all the way to 2019, but 227 of

19   them were over 60 years old at the time that they're -- of the

20   279 were over 60 at the time they were scammed.

21   Q.    Is that more than 80 percent of victims in this case?

22   A.    Yes.

23   Q.    And is there a reason that you used 60 years old as where

24   you counted from?

25   A.    Yes.  That's what's defined as elderly in the Social

1    Security Act.

2    Q.    For the record you believe that that's too low?

3    A.    I do.

4    Q.    But over 80 percent of the victims in this case were over

5    the age of 60 at the time they were victimized?

6    A.    Yes, ma'am.

7    Q.    Based on your training and experience, are you surprised

8    that more than 80 percent of the victims of the call centers in

9    the case were elderly?

10   A.    No, I'm not.

11   Q.    And why is that?

12   A.    Through my training, my experience and my investigations,

13   over 60 is probably the average age.  Over 70 is -- these are

14   the victims who fall victim to these confidence schemes.

15             THE COURT:  How do they identify the victims on the

16   front end?

17             THE WITNESS:  Ms. Bauman has a question for that.

18             MS. BAUMAN:  No, you can answer.  Please answer.

19             THE WITNESS:  Sure.  What we found in other

20   investigations, specifically the Indian call center cases, is

21   that they are using leads lists just like any type of sales

22   company would use; but they know what their demographic is and

23   who's most vulnerable to these schemes and so we've actually

24   seized email accounts in other investigations -- not this

25   investigation -- from call centers where they're working off of

1    leads lists that they've purchased and that have, you know,

2    names, addresses, family member names, Social Security numbers,

3    dates of birth, prior addresses used and the call centers

4    specifically are using those leads lists to target these

5    victims in these schemes and target people who are now, you

6    know, 62 and up primarily.

7    BY MR. BAUMAN:

8    Q.    Was a -- and if we could, let's move to Government

9    Exhibit E.  Actually before we get there, Agent Dickens, are

10   you familiar with the term "reloaded victim"?

11   A.    Yes.

12   Q.    What does that mean to you?

13   A.    A reloaded victim is a person that the scammer will come

14   back to repeatedly to liquidate their savings, and sometimes

15   their life savings.  They will come back to them over and over

16   and over again.  In many cases the same scheme and some cases a

17   new scheme.

18   Q.    If we take a look at Government Exhibit E, which is

19   "Reloaded Victims of the Vahora Money Laundering Cell,"

20   Table 2, was a version of Table 2 included in the government's

21   response to defendant's objections?

22   A.    Yes.

23   Q.    Has it been modified for sentencing?

24   A.    Yes, it was modified to highlight the victims that were

25   reloaded that were also identified as being elderly, as over 60

1    at the time they were scammed.

2    Q.    So the victims that are red font, those are over the --

3    were over the age of 60 at the time they were victimized in

4    this case?

5    A.    Correct.

6    Q.    If we can just slowly go through this list, how many of

7    these victims were not elderly at the time that they were

8    victimized?

9    A.    I think that's six as I count it.

10   Q.    If we go down to the bottom?

11   A.    There we go.

12        MS. BAUMAN:    And the Court and defense should have a

13   copy of this to make it easy to take a look at.

14   BY MS. BAUMAN:

15   Q.    How many reloaded victims in total sent multiple packages

16   to this money laundering cell?

17   A.    I'm sorry?

18   Q.    How many victims total sent multiple packages to this

19   money laundering cell?

20   A.    61 reloaded victims.    I state that to this specific cell.

21   Q.    Right.

22   A.    Right.

23   Q.    And it's good to clarify that.    Can you explain why it's

24   important to keep in mind this is the packages that were sent

25   to this cell specifically?

A.    Yes.  So we're saying there were 61 reloaded victims who mailed multiple packages to runners managed by Mr. Vahora.  However, the victims -- in the full chart there's many more reloaded victims that mailed multiple packages.  They just didn't mail it to a member of this conspiracy.  They mailed packages outside of this conspiracy.  I don't know what that number is.  I just know that we've charged cases in other districts relating to the same victims, because they mailed packages to so many different runners.

Q.    And we have a pending related case in this district, correct --

A.    Correct.

Q.    -- with some common victims to this case?

A.    That's correct.

Q.    Have you personally interviewed victims in this case?

      Well, actually before we move on, if six of these 61 victims are not elderly, what percentage of reloaded victims that reloaded specifically to this money laundering cell were elderly?

A.    Over 90 percent.

Q.    Over 90 percent?

A.    Over 90 percent of the victims were reloaded or were elderly that were reloaded.

Q.    Have you personally interviewed victims in this case?

A.    Yes, dozens.

1    Q.    Through interviewing victims, did you notice any common

2    traits or circumstances that made elderly victims particularly

3    susceptible to the types of scams that are being used by the

4    call centers?

5    A.    Yes.  I think I mentioned some of it previously.  The

6    other thing was the use of the Social Security imposter scheme

7    and being told "Your Social Security number was used in

8    criminal activity and you are going to have to be issued a new

9    Social Security number" induced fear and panic from almost

10   everyone over 62, or especially over 65 because they

11   immediately associated it with Social Security benefits that

12   many were relying on for their monthly check, but also their

13   health care benefits and Medicare at 65.  As soon as you're

14   told something is wrong with your Social Security number, it's

15   not just the monthly benefits.  It's also your health care,

16   your Medicare at 65.

17   Q.    Have you reviewed the government's sentencing memo filed

18   in this case?

19   A.    Yes.

20   Q.    As we just discussed, the victim spreadsheet, has that

21   been revised since April of '24 when the sentencing memo was

22   filed?

23   A.    Yes.

24   Q.    So the sentencing memo has some old statistics and old

25   numbers regarding loss and victim population; is that correct?

1    A.    That's correct.

2    Q.    And they've been updated with the numbers that you've

3    provided to the Court today?

4    A.    Yes.

5    Q.    Other than that, are the factual statements in the filing

6    consistent with the evidence and reports in your investigation?

7    A.    Yes.

8    Q.    Have you reviewed the government's response to defendant's

9    objections to the PSR?

10    A.    I have.

11    Q.    Are the factual statements made by the government in that

12    filing consistent with the evidence and the reports in your

13    investigation?

14    A.    Yes.

15    Q.    As far as you know, did Mr. Vahora launder any money

16    through the call centers after Burhan Syed was arrested in

17    August of 2020?

18    A.    Not to my knowledge.

19    Q.    Are you aware of any criminal conduct by Mr. Vahora --

20    before we get there, repeatedly Mr. Vahora's attorney has made

21    the statement that Mr. Vahora extricated himself from this

22    conspiracy.  Do you have any statements made by Mr. Vahora that

23    contradict that representation?

24    A.    Mr. Vahora told us that we arrested all of his people and

25    that's why he hadn't done any more call center work.

1    Q.   Are you aware of any criminal conduct by Mr. Vahora after

2    the end of the conspiracy to which he pled guilty in this case?

3    A.   Yes.

4    Q.   And can you describe what you're aware of?

5    A.   Yes.  We obtained information that Mr. Vahora was involved

6    in a U visa fraud scheme.

7         THE COURT:  A what?

8         THE WITNESS:  A U visa fraud scheme.  That's a scheme

9    where people conduct staged robberies and file fraudulent

10   police reports in order to obtain a U visa through immigration

11   allowing them to stay here legally.

12   BY MR. BAUMAN:

13   Q.   And who else was involved in this conspiracy with

14   Mr. Vahora that you are aware of?

15   A.   Hardik Patel, who is a defendant in another case here in

16   the Southern District.

17   Q.   And we saw him on one of these slides as a partner in the

18   package portion of the conspiracy, correct?

19   A.   Correct.  We also obtained information that Mr. Vahora was

20   involved in a planned heist of a money mule who reportedly

21   traveled to Chicago to pick up millions of dollars.

22   Q.   And the millions of dollars that was picked up by that

23   money mule, did it include be scam money for the indian call

24   centers?

25   A.   It did.

1    Q.    And so Mr. Vahora was part of a conspiracy, a plan to rob

2    that money mule?

3    A.    Yes.  There were plans to do it.

4    Q.    And who else was involved in that conspiracy?

5    A.    Hardik Patel and Satish Patel and Zaheem Malvi.

6          MS. BAUMAN:  I pass the Witness, Your Honor.

7          THE COURT:  Mr. Troiani?

8          MR. TROIANI:  Yes, Your Honor.

9                      CROSS-EXAMINATION

10   BY MR. TROIANI:

11   Q.    Good morning, Agent Dickens.

12   A.    Good morning.

13   Q.    Sir, you have spent a large amount of time investigating

14   fraud, correct?

15   A.    Yes.

16   Q.    And what I understood you to say is that there are

17   multiple call centers that make calls in the United States in

18   an attempt to defraud individuals, correct?

19   A.    Correct.

20   Q.    And what I understand you to have said is that Mr. Vahora

21   was a coordinator for a cell, correct?

22   A.    Correct.

23   Q.    The numbers of the losses that you have compiled are a

24   composite of claims by victims of a loss to you or the

25   government, correct?

1    A.    Yeah.  Some law enforcement agency, police reports, the

2    FBI, FTC or to us directly.

3    Q.    And you have to investigate each of these and then you

4    have to weigh the quality of the evidence, correct?

5    A.    Correct.

6    Q.    You've compiled a graph, which I believe was Table 1, that

7    is a spreadsheet, right?

8    A.    Yes.

9    Q.    And in that spreadsheet you have high-quality information

10   and you have lesser-quality information regarding the loss,

11   correct?

12   A.    I don't agree that there would be lesser-quality.  But I

13   guess I would agree.  You know, if you have bank records and

14   everything else to go, then sure, that he would be higher

15   quality than an independent report to a police station -- I

16   mean to a police officer.

17   Q.    And that's the whole point.  The government asked you how

18   did you evaluate this information, what information would you

19   like to have; and normally you'd like to have actual evidence

20   of funds going out of an account to either a card or a package

21   or something that you can solidify, correct?

22   A.    Sure.  The nature of the scheme made it very difficult

23   with cash in a box.

24   Q.    But the idea and the reason that you created this was to

25   be able to evaluate what you could substantiate with numbers,

1    correct?

2    A.    Correct.

3    Q.    If we're preparing a loss for a bank, the bank is going to

4    want to be able to say, "Here are the transactions where we've

5    actual actually lost money," not simply that money's been

6    reported as lost by a third party, correct?

7    A.    Correct.

8    Q.    And when we go through the victim impact sheets or

9    statements that were provided, a large number of those contain

10    no substantiating information, correct?  And let me define

11    "substantiating information."

12    A.    Yeah, the victim impact statement?

13    Q.    Yes.

14    A.    I don't know that it's designed to submit your records

15    with, is it?

16    Q.    Well, sir, I'm the one asking the questions --

17    A.    Okay.

18    Q.    -- and so I'm asking you in the victim -- in the 33 victim

19    impact statements a large portion of those do not conclude --

20    include substantiating information like actual charges that

21    were taken out of banks, actual wire transfers, correct?

22    A.    No, they did not submit records with the victim impact

23    statement.

24    Q.    And when you look at your own Table 1, a large portion of

25    those have no substantiating documentation for losses.  You'll

1    have a claimed loss, a reported loss; but actually being able

2    to identify the amount of money that was taken from or

3    allegedly taken from someone, there's a large portion of that

4    graph that does not include that information, correct?

5    A.    I don't agree with that statement.

6    Q.    Okay.  Well, if we look at -- let's just keep going with

7    the victim impact statement.

8    A.    Okay.

9    Q.    So if we go to Number 2 on the victim impact statements --

10   A.    I don't have those.  I'm sorry.

11          MR. TROIANI:  May I approach.  Your Honor?

12          THE COURT:  You may.

13   BY MR. TROIANI:

14   Q.    What I've handed you is what the government has already

15   tendered.  It's just a printed-out version of it.  But if we

16   look at Number 2, the victim impact statement, it shows

17   "Anna M. Brigg."

18   A.    Anna Brigg, yes, I remember her.

19   Q.    And it says her claimed amount was $10,000, correct?

20   A.    Correct.

21   Q.    But there's no document attached to indicate that that

22   number is substantiated, that there was an actual check mailed

23   out, a card purchased or a wire transfer out of her account,

24   correct?

25   A.    No.  But we did send FBI agents to interview Anna Brigg.

1   Q.    I'm asking you about that statement and about the

2   information provided.  There is no information included there,

3   correct?

4   A.    As to the date she withdrew it, it said she lost $10,000.

5   Q.    But there's nothing to show that there was an actual -- a

6   bank account statement, anything like that that was attached to

7   this document, correct?

8   A.    No, you're correct.

9   Q.    Thank you.

10        Now if we go on to Number 3, Madeline Childs, she doesn't

11  state an amount of loss?

12  A.    No, she doesn't.

13  Q.    If we go on to Number 4, Mr. Doan, Mr. Doan says he lost

14  $58,894.46, correct?

15  A.    Yeah, that's what it says here.

16  Q.    There are no documents attached to support Mr. Doan's

17  claimed loss other than this statement that he lost that

18  amount, correct?

19  A.    To this victim impact statement, no, there's nothing

20  attached.

21  Q.    If we go on to -- if we look at -- hold on one second,

22  please.

23  A.    Sorry.  Mr. Doan does have something attached here where

24  he breaks down his loss and how it was incurred.

25  Q.    And that's self-reported, correct?

1    A.    Yes.

2    Q.    And it's not from a third-party institution that would

3    indicate that those funds were taken from the bank or --

4    A.    I think there's some Apple gift card receipts in here.

5    Q.    Okay.

6    A.    Target receipts.

7    Q.    Now, when we continue on down and start looking at this,

8    there's a series of those if we go through Number 5 again --

9    A.    Mr. Doan even submitted the FedEx receipts.

10         THE COURT:  When you turn your ahead away from the

11   microphone, we can't hear.

12         THE WITNESS:  I'm sorry.  I said Mr. Doan submitted

13   FedEx receipts, too.

14   BY MR. TROIANI:

15   Q.    But the FedEx receipts don't show amounts tendered,

16   correct?

17   A.    Correct.  It does not show how much cash was in the box

18   that was mailed.

19   Q.    And so there's no way of verifying the amounts that were

20   actually sent, correct?

21   A.    Not without bank records for every single victim.  You are

22   correct.

23   Q.    Okay.  And when we want to hold someone accountable under

24   the law, it's one thing to investigate someone and it's another

25   thing to verify the actual loss amount they should be

1    attributed, correct?

2    A.    Correct.

3    Q.    Now, as we go through these, there are also -- if we look

4    at Number 12, it indicates -- if we can turn to Number 12, this

5    is Barbara Ann Kapla; and she provided a loss statement.  She

6    indicates that she spoke with a female, Jennifer Garcia.

7    A.    I think she is referring to the imposter that she spoke

8    with.

9    Q.    She spoke with an imposter by the name of Jennifer Garcia,

10   correct?

11   A.    Correct.

12   Q.    There is no Jennifer Garcia in this conspiracy, is there?

13   A.    No.  That's an impostor, like a phone call.  She's

14   referring to the person.

15   Q.    So Mr. Vahora never had contact with any of these people,

16   did he?

17   A.    Not to my knowledge.

18   Q.    He never spoke to them?

19   A.    Not to my knowledge.

20   Q.    He never directly enticed them to give them money?

21   A.    No, I don't believe so.

22   Q.    He did not call them up repeatedly and ask them to do

23   anything in order to access their accounts?

24   A.    No, you're correct.  I don't know how to answer that.

25   Q.    The answer is that he did not, correct?

1    A.    Not to my knowledge.

2    Q.    Well, you have spent years investigating this; and to your

3    knowledge, Mr. Vahora never made direct contact with any of

4    victims, correct?

5    A.    Correct.

6    Q.    That wasn't his role, that wasn't what he was supposed to

7    do and that's something he never did, correct?

8    A.    Correct.

9    Q.    If we look at Number 13, again, this is Christine Kennedy.

10   She provides no documentation to support her loss for this

11   victim impact statement, correct?

12   A.    I already have Christine Kennedy's bank records.

13   Q.    Excuse me?

14   A.    I have Christine Kennedy's bank records, so they --

15   Q.    Are they attached that to the victim impact statement?

16   A.    No, but they were provided in discovery.

17   Q.    Were they -- they're not attached to the victim impact

18   statements, are they?

19   A.    No, they're not.

20   Q.    And that raises another issue.  There are literally

21   hundreds of people that have been participating or, shall

22   we say, induced by these types of organizations; and there's

23   overlap in organizations, correct?

24   A.    Yes.

25   Q.    And Mr. Malvi went on to operate his own group of runners

1   as well, correct?

2   A.    Not to my knowledge.

3   Q.    Okay.  Hardik Patel had other cells he worked with,

4   correct?

5   A.    He did.

6   Q.    Numerous other cells, correct?

7   A.    Yes.

8   Q.    Okay.  And because of this crossing over, limiting this

9   can be difficult as far as which victim would have had or

10  should be associated with a certain cell?

11  A.    That's why the chart is -- was geared towards associating

12  specific packages.  That's why one victim is listed multiple

13  times when they mailed multiple packages.  The chart, Table 1,

14  is specific to the packages; and the loss amount -- like I

15  stated, if we weren't able to make a loss amount, we didn't put

16  one in there.  If we were able to associate a transaction at a

17  certain date and time or a specific instance -- "I mailed this

18  package on this date to this person in this amount of money" --

19  that's the only time we would put an amount in the "Package

20  Amount" column.

21  Q.    And when these people sent their packages, did they

22  include their ages on the packages?

23  A.    No.

24  Q.    Did they include identifying information which would allow

25  Mr. Vahora or any of the runners to know what their mental

1    state was?

2    A.    No.

3    Q.    Did they indicate anything about their health?

4    A.    No.

5    Q.    Did they indicate anything about anything that would give

6    Mr. Vahora or anyone that he was associated with information

7    regarding either their mental or physical capacity?

8    A.    Like direct contact with the victims?

9    Q.    Yes.

10   A.    No.

11   Q.    Never, right?

12   A.    No, not to my knowledge.

13   Q.    And additionally they did nothing to obtain that type of

14   information either, did they?

15   A.    Mr. Vahora obtained -- I'm sorry.  Can you restate the

16   question?

17   Q.    Sure.

18        Mr. Vahora did nothing to obtain that type of information

19   from the victims, correct?

20   A.    That's correct.

21   Q.    Additionally some of the people also claimed that -- let's

22   back up real quick.

23        This is supposed to be an Indian conspiracy, correct?  The

24   funds are supposed to go back to India, right?

25   A.    Yes.

```
1    Q.    And when we look at Number 33, this is Diane -- is it
2    "Metzger"?
3           MS. BAUMAN:  Your Honor, I believe counsel is about to
4    get into some questioning that is sensitive as to -- I don't
5    think it's appropriate to provide in open court.
6           MR. TROIANI:  We can present the information to the
7    Court.
8    BY MR. TROIANI:
9    Q.    The information indicates that she didn't send the money
10   to India.  There's transactions that go to China, correct?
11   A.    I'm sorry.  Let me take a minute to read this.
12   Q.    Sure.  Not a problem.
13   A.    (Reviewing document) It's Diane Metzger, right?  I'm on
14   33.
15   Q.    Sure.
16          MR. TROIANI:  May I approach, Your Honor?
17   A.    The wire transfer.  I'm sorry.  Yes, you're right.
18   BY MR. TROIANI:
19   Q.    You would agree these wire transfers are to China?
20   They're not gift cards or packages.  These are funds that are
21   going to another part of the world?
22   A.    Right.  There's other victims in the table that --
23   Q.    But I'm specifically talking about --
24   A.    -- wired money to China.
25          THE COURT:  One at a time, please.
```

1          MR. TROIANI:  Sorry.

2     A.   I was just stating that there are other victims in this

3     case who also wired money to China and other countries.

4     BY MR. TROIANI:

5     Q.   Ms. Metzger has claims for losses that are not associated

6     directly with Mr. Vahora.  They are sending funds to locations

7     that are not part of -- or how are they linked directly to this

8     Indian call center or this group?  Because this is so far

9     afield that it exceeds the scope of this cell.

10    A.   I can understand your -- the perception you have.  But in

11    this -- in the Indian call centers specifically and in

12    transnational organized crime, which is what this is -- it's

13    what Mr. Vahora participated in -- we routinely see wires to

14    countries where the call center may not operate.

15    Q.   And I understand that you may routinely see this type of

16    activity in a general fraud scheme, but we're talking about a

17    specific fraud scheme where we're trying to hold an individual

18    accountable.  So if you're going to tie it together and you're

19    going to say, "This is where it is and this is how it fits into

20    that," then it needs to line up, right?

21    A.   But it does.  We're only -- we've only alleged a package

22    amount.  We haven't alleged wire transfers.  We haven't

23    associated Mr. Vahora to a wire transfer, only packages picked

24    up by his runners.

25    Q.   And if we go into Number 30, Ms. Ware makes a claim for

1    $30,000; and in that same claim, if we go to the second page,

2    she talks about an estate dispute, her thieving stepsons --

3    A.    And she says the money involved came from her brother's

4    estate.

5    Q.    And she also goes on and talks about her thieving

6    stepsons; and that undermines the credibility of the amount

7    that is being associated in the victim impact statement, does

8    it not, when there's third parties involved that are also

9    involved in theft or taking from this individual?

10   A.    I don't believe it does.  I'd have to look specifically at

11   the records relating -- that we have for Ms. Ware's package

12   amount.

13   Q.    Are you familiar with the software program R?

14   A.    R?

15   Q.    R.

16   A.    No.

17   Q.    Okay.  You are aware, though, that your data can be

18   manipulated and that it can be adjusted as in the Excel format,

19   correct?  You can take your spreadsheet and you can find gaps

20   in the information or you can ask to look at various columns in

21   your spreadsheet, right?

22   A.    I know how to use Excel, but I'm not familiar with what

23   you're -- I guess I don't understand the question.  I'm not an

24   Excel expert, but I'm familiar with Excel.

25   Q.    Okay.  In running your Excel there were a number of at

1  least in the -- and you've admitted this previously.  A large
2  portion of these claims aren't substantiated with actual
3  physical losses.  We have complaints from individuals who said
4  that they made a claim.  You've investigated -- you yourself
5  have said, "We can't support it.  We weren't able to locate the
6  information," right?
7       THE COURT:  I don't think he said he can't support it.
8  A.   I said that where we couldn't support a loss, we did not
9  put a loss in the spreadsheet.  If we couldn't identify the
10 victim, if we contact the victim, if the victim was unwilling
11 to cooperate, we didn't input an amount and hold Mr. Vahora
12 accountable for an amount that we just made up.
13 Q.   But some of those amounts are unverifiable with actual
14 credit cards or actual transactions?
15 A.   Correct.  We do not have bank records for every single
16 victim listed.
17 Q.   Okay.  Now, you discussed a potential -- you debriefed
18 Mr. Vahora, correct?
19 A.   Yes.
20 Q.   Okay.  And as part of that debrief he mentioned to you
21 that Hardik Patel had approached him with a U visa scheme,
22 correct?
23 A.   Yes.
24 Q.   That scheme never went off, did it?
25 A.   Yes.

1    Q.    Not with Mr. Vahora.

2    A.    No.  Mr. Vahora's role was to obtain the police reports

3    that had been filed in the scheme.

4    Q.    And as you stated previously, it only got into the

5    planning stage.  It didn't go forward.

6    A.    Are we talking about the scheme to -- the heist to do the

7    money mule, or are we talking about U visa fraud?

8    Q.    U visa fraud.

9    A.    The U visa fraud was --

10    Q.    Through Hardik Patel.

11    A.    Yeah.  And Mr. Vahora was to get paid to go pick up police

12    reports.

13    Q.    But he didn't.

14    A.    Yeah, I'm not -- I don't know.  I don't recall.

15    Q.    But he didn't; and you don't have anything to indicate

16    that he did participate in that, he did provide that

17    information to you as part of a proffer, which at that time he

18    intended to assist and I understand he has assisted you in your

19    investigation.  Correct?

20         MS. BAUMAN:  Your Honor, I'm going to object to that

21    question.  "Substantial assistance" is under the province of a

22    government attorney.

23         THE COURT:  I'll sustain that objection.

24         Mr. Troiani, I'm not going to take any testimony

25    about U visa fraud into consideration when I --

1          MR. TROIANI:  Yes, Your Honor.

2              Your Honor, I'll pass the witness.

3          MS. BAUMAN:  I'll be brief, Your Honor.

4                    REDIRECT EXAMINATION

5     BY MS. BAUMAN:

6     Q.    Agent Dickens, is your memory perfect?

7     A.    No.

8     Q.    Do you remember all the records that you have reviewed in

9     this case?

10    A.    No.

11    Q.    Do you remember all the records that you received from

12    victims in this case?

13    A.    No.

14    Q.    Was the victim spreadsheet built from the victim impact

15    statements?

16    A.    No, it was not.

17    Q.    When you received the victim impact statements, did you

18    review them?

19    A.    Yes, we did.

20    Q.    Did you take a look at the documents that were presented

21    in those?

22    A.    Yes.

23    Q.    And the losses that were claimed in those?

24    A.    Yes.

25    Q.    Did you review them against the victim spreadsheet?

1    A.    I did.

2    Q.    And what did you do if you had questions about the

3    representation made by the victim?

4    A.    We reached out to the victim and their family members to

5    get additional details, bank records, anything that would

6    support a loss that didn't match up.

7    Q.    And was that information provided in discovery?

8    A.    Yes.

9    Q.    A couple of the victims that were pointed out to you,

10   Madeline Childs and Barbara Kapla, they had victim impact

11   statement forms from Kenosha, Wisconsin.  Who was arrested in

12   Kenosha?

13   A.    Moin Pinjara.

14   Q.    Was he arrested in possession of a number of boxes?

15   A.    He was.

16   Q.    Were the contents of those boxes confirmed by Kenosha

17   police?

18   A.    They were.

19         MS. BAUMAN:  Nothing further.

20         THE COURT:  Anything, Mr. Troiani?

21         MR. TROIANI:  No, Your Honor.

22         THE COURT:  You may step down, sir.

23         THE WITNESS:  Thank you.

24         THE COURT:  If y'all would, come back up.

25              All right.  Let's first talk about the loss

1    figure.  That was one of Mr. Troiiani's objections that we have

2    not resolved.

3                    Mr. Troiani, do you want to lead off?

4              MR. TROIANI:  Yes, Your Honor.

5                    If the Court looks at the government's table,

6    which is an outline of the loss, there are numerous entries

7    that are not supported by evidence that would tie a claim of

8    loss to a transaction, a transaction amount.  And I understand

9    that the government is going to say that this is information

10   that has been claimed by a victim, that this is information

11   that has been investigated; but when we're trying to hold

12   someone accountable for an actual amount and when we're going

13   to assess a punishment related for that, then it is my position

14   that it needs to be substantiated, that the government has to

15   provide something more than an allegation due to the scope of

16   the purported offense.  This is a -- an allegation where we

17   have numerous, numerous entities.  We talk about -- if the

18   Court looks at the profile that was put up regarding

19   Mr. Hardik Patel and other participants in this, it's

20   multilayered and we're talking about one individual within the

21   cell and his role, not the entire fraud from India, and to lay

22   it all on Mr. Vahora is incorrect and is unsubstantiated,

23   because we're attempting to focus on his activity and his role

24   within this offense.

25              THE COURT:  Ms. Bauman?

1          MS. BAUMAN:  Yes.

2               The numbers that are being used in the PSR that

3     are based on the victim spreadsheet is this more conservative

4     number, the "Package Amount" number, which Agent Dickens

5     testified he did not enter any value in those cells unless he

6     felt like he had credible, specific evidence in order to do so.

7               Mr. Troiani has not shown that anybody is lacking

8     documentation or proof.  He's only shown that some victim

9     impact statements don't have that information.

10         THE COURT:  Help me here --

11         MS. BAUMAN:  Sure.

12         THE COURT:  -- because I have versions of charts.

13         MS. BAUMAN:  Uh-huh.

14         THE COURT:  One of the versions I have says:

15    "$3,497,758."

16         MR. TROIANI:  I believe that's 187.  I believe that's

17    one of the more recent versions.

18         THE COURT:  Okay.

19         MS. BAUMAN:  That's a restitution amount, I believe,

20    not a loss amount.

21         THE COURT:  Okay.  Help me here.  We're talking about

22    loss amount here.

23         MS. BAUMAN:  Right.

24         MR. TROIANI:  We are discussing loss amount, Your

25    Honor, and it's our position that the loss amount is under

1    $3.5 million based on the information provided by the

2    government based on the lack of foundation for many of those

3    claims and that's why we're asking that that loss amount be

4    reduced.  The government is saying that it exceeds, but the

5    government is -- it is an unwieldy number, Your Honor.

6              THE COURT:  Then help me here.  The presentence

7    investigation report assesses based on more than $3.5 million.

8    So where do I have that figure?

9              MS. BAUMAN:  It is from the spreadsheet that Agent

10   Dickens testified to.  It is the cumulative total.  So if Your

11   Honor has what's been marked as Government Exhibit D and says,

12   "Table 1" at the top, if you have a copy of that document --

13             THE COURT:  Okay.

14             MS. BAUMAN:  -- on the very last page is the cumulative

15   amount.

16             THE COURT:  "Cumulative" meaning what plus what?

17             MS. BAUMAN:  Meaning all of the package -- all of the

18   packages that have dollar amounts, if you add them all up.  So

19   if Agent Dickens testified he didn't have information about

20   what was in a package, he didn't take a guess.

21             THE COURT:  It doesn't count wire transfers?

22             MS. BAUMAN:  It does not count wire transfers.

23                  So there is a column next to it, Column L, that

24   tracks a particular victim's total loss, everything they lost

25   to the call centers.  That might be what Mr. Troiani is trying

1    to go to when he talks about "It's not fair to hold Mr. Vahora

2    responsible for all of Indian call center fraud."

3         THE COURT:  I think he's going to both columns.

4         MS. BAUMAN:  All right.  But I'm saying that particular

5    argument only makes sense with the Column L.

6         THE COURT:  I'm going to overrule the objection.  I

7    find there's substantial evidence to support the loss number.

8              All right.  I think the next one we have not --

9    let me go back.

10             I think the next one is actually the vulnerable

11   victim enhancement.

12        MR. TROIANI:  Your Honor, if I may --

13        THE COURT:  Yes.

14        MR. TROIANI:  Or if you want me to wait until you get

15   settled.

16        THE COURT:  Go ahead.

17        MR. TROIANI:  Your Honor, there has to be something

18   more than somebody's age and the Fifth Circuit has held that

19   there needs to be something additional and typically when

20   courts consider that, the person being charged has some sort of

21   knowledge as to this person's age while they're committing the

22   offense.  What we have is individuals who are instructed to go

23   pick up money, they are not communicating with these people,

24   they have no information as to their age, their health, their

25   welfare, any contact with these people.  They're not actually

1    communicating with them; and if an enhancement is to be had, it

2    should be against those who are actually communicating against

3    them and they're aware of what they have on the other end of

4    the phone.

5              Now, the government is going to come back and say

6    that there was an article that was put out in the paper and

7    that they talked about it and that should be knowledge.

8              When did that knowledge occur?  And is a

9    newspaper article sufficient to determine knowledge and that

10   they were somehow involved in the scheme to defraud the elderly

11   or to victimize the elderly when their role, as set out in the

12   PSR, is that of simply going to pick up the money and

13   distribute it and then return it to other individuals in India?

14   And the agent and the PSR, everything indicates that Mr. Vahora

15   never had any contact with these people.  It is -- he's pled

16   guilty, he accepts responsibility; but there's nothing to show

17   that he targeted individuals.  I'm not saying that the call

18   center didn't.  I'm not saying that these people shouldn't

19   be -- Mr. Vahora has accepted responsibility for his actions;

20   but the vulnerable victim assessment, that requires a little

21   bit more, some knowledge, some intent and you have to have

22   something -- I'm sorry, but 60 by itself is insufficient and

23   the government is going to argue that these individuals are

24   reloaded.  But Mr. Vahora is not a psychologist.  Mr. Vahora

25   does not have any medical training, and he is simply going and

1    picking up packages and asking others to do that.

2              MS. BAUMAN:  The reloaded -- first of all, let me

3    address the one question about when was this article discussed

4    by Mr. Vahora and his runners, the article "Man Accused of

5    Scamming Elderly Woman Over 35,000 By Claiming to Be Federal

6    Agent."

7              That article was discussed in November of 2019.

8              So if we want to clear up when that happened, we

9    know when that happened.  November of 2019.  It was still on

10   his mind in 2020 when he talked to Moin Pinjara about it.

11             But when it comes to -- there's Fifth Circuit law

12   about reloaded victims, because I agree Mr. Vahora did not know

13   the age of the people who were sending money; but what he did

14   know was their names.  He had it in the messages that came from

15   India.  It was a way to track these packages.  And there is the

16   Fifth Circuit case law that when someone is sending money

17   repeatedly to the same scheme that they're -- the person that

18   is processing that money -- because this is a common argument

19   with money movers in the United States, which is commonly who

20   we are going to see in federal court.  It's a common argument.

21             "I didn't know."

22             And what the Fifth Circuit says is "It's

23   foreseeable to you.  If you see someone constantly sending

24   money, something about them is making them susceptible."

25             You don't have to know what it is about them,

1    just that's it's something.

2         And let me point Your Honor to the reloaded

3    victims chart and talk specifically about two of these victims

4    both of whom are in their 80s.  They're not in their 60s.

5    They're in their 80s.  James Davia sent ten boxes.  That is ten

6    times Mr. Vahora sent his runner, Moin Pinjara, out to pick up

7    money that James Davia was sending to the call centers.

8         Rita Etman -- and this is discussed in the PSR --

9    sent nine poxes.  August 6th, August 22nd, August 29th,

10   August 30th, September 16th, September 17th, September 18th,

11   and two boxes on September 20th.  She sent over $200,000 to the

12   call centers; and what the government is arguing, based on

13   Fifth Circuit case law, is that when Mr. Vahora can sent his

14   runner, Waseem Maknojiya, to pick up all of these boxes from

15   Ms. Etman -- one after the other after the other after the

16   other -- containing hundreds of thousands of dollars, he was on

17   notice there was something about her that was making her

18   vulnerable or susceptible to the fraud in this scheme.

19         MR. TROIANI:  Your Honor --

20         THE COURT:  I don't think -- and maybe the Fifth

21   Circuit's perhaps more familiar with the case law than I am.

22   I'm sitting here reading the guidelines and they don't equate

23   "vulnerable" to "susceptible."  It's got to have "due to age,

24   physical or mental condition or otherwise particularly

25   susceptible."

1                I guess you could argue -- that's what you're

2      arguing is that they're particularly susceptible?

3                MS. BAUMAN:  And that, combined with the actual

4      knowledge that was provided through that article, Mr. Vahora

5      was aware that they were taking advantage of a vulnerable

6      population.

7                MR. TROIANI:  Your Honor, a single article regarding a

8      single individual --

9                THE COURT:  The article doesn't -- I'm not moved by the

10     article.

11               MR. TROIANI:  And there's no direct evidence that he

12     was aware of these individuals and simply they were going out

13     to pick up money.  They had no information regarding their age

14     or susceptibility or their --

15               THE COURT:  Ms. Bauman, let's take the example of a

16     35-year-old perfectly healthy, mentally intact person and the

17     schemer figures out "This guy falls for this every time" and so

18     they do it repeatedly.

19                Does that qualify as a vulnerable victim --

20               MS. BAUMAN:  It depends on --

21               THE COURT:  -- because they fall for it?

22               MS. BAUMAN:  It would depend on what makes that person

23     vulnerable to it.  Is it something that's covered by this

24     particular guideline?

25               THE COURT:  What is the guideline -- that's the --

1    you're right, I think; and that's what I'm asking about.

2        MS. BAUMAN:  Well, that's 80 -- more than 80 percent of

3    the victims in this case are over the age of 60.  More than

4    90 percent of the reloaded --

5        THE COURT:  Be careful.

6        MS. BAUMAN:  More than 90 percent.  I understand 60 is

7    a -- feels like a low threshold to everybody; but that's what

8    qualifies as elderly.  And more than 90 percent -- that is not

9    a bug in the system.  That's a design.  That is deliberate.

10        THE COURT:  I'm granting the objection.  I just -- just

11    knowing they're susceptible, I don't think, is enough, although

12    I can see where someone might be able to read the commentary

13    implying that.  If we knew how they got the lead list, that

14    might convince me; but we don't.

15        All right.  That brings us down to the last

16    objection, which is role, I think.

17        MR. TROIANI:  Your Honor, Mr. Vahora had a cell of

18    individuals.  The plea agreement indicates that he managed four

19    individuals at -- and my understanding is that it was normally

20    two people at a time.  This was a -- he was involved in this

21    from 2018 to 2020.  That was the -- and normally it was two

22    people.  We would ask the Court to find that he was essentially

23    a manager and that that's what he did.  He didn't organize

24    this.  He was instructed by others on what to do and where to

25    go and he directed Mr. Malvi on occasion, and Diwan, to pick up

1    packages.  Part of the plea agreement was that there were four

2    individuals; and that's where we are, Your Honor.

3          THE COURT:  Ms. Bauman?

4          MS. BAUMAN:  Your Honor, the term "participant" refers

5    to someone who could be held responsible, criminally liable for

6    the scheme.  There have to be five or more that are involved.

7    I disagree strongly that it needs to be at snapshots.  The fact

8    that Mr. Vahora had waves of people working for him over the

9    years, I think, speaks loudly enough as to what his role was

10   and how aggravating a situation that is.

11          But even taking Mr. Troiiani's version of it and

12   using a snapshot, if I can direct Your Honor to Government's

13   Exhibit G, in 2019 at the same time, Pajay Patel, Hardik Patel,

14   Sohil Vahora, Amirsinh Diwan, Waseem Maknojiya and

15   Ammar Sunasara were all part of this and that's only addressing

16   the money laundering side of it.  It doesn't even address the

17   people making scam calls in India.  There were well more than

18   five people involved, and Mr. Vahora managed the runners.

19   Under the guidelines he just needs to manage one other person.

20   He doesn't need to manage four other people.  That's just about

21   the size of the criminal activity.  He just has to manage one.

22   In my example I'm giving he actually managed Waseem Maknojiya

23   and Amirsinh Diwan.  He sent them to pick up packages.  He

24   should receive the four-point enhancement, not the two-point

25   enhancement.

1          THE COURT:  I'm going to overrule the objections.  I
2     find that he was an organizer and leader of a criminal activity
3     with more than five participants; and so I'm overruling that.
4               I think we've resolved Mr. Troiani, all your
5     objections if my count is right.
6          MR. TROIANI:  I believe so, Your Honor.
7          THE COURT:  And I think what we have done is
8     essentially knocked 5 points off the offense level.
9          PROBATION OFFICER:  Your Honor, if I may,
10    Candice Shetsky with probation.
11              The defendant's objection to vulnerable victims
12    was in two parts, and it equalled a total of four level
13    enhancements with the Court granting that objection and
14    granting their three --
15         THE COURT:  Tell me how it's in two parts.
16         PROBATION OFFICER:  If we look at 3A1.1(b)(1) and
17    (b)(2), 2 points -- 2 levels were added for (b)(1) because the
18    defendant knew or should have known that the victim of an
19    offense was a vulnerable victim.  The Court granted the
20    defendant's objection to that enhancement.
21              And then (b)(2), the offense involved a large
22    number of vulnerable victims, increased the offense level
23    determined under Subsection 1.  So in the PSR, Your Honor, the
24    defendant was actually given a four-level enhancement.
25         THE COURT:  I'm going to grant all four points.

1      PROBATION OFFICER:  That would result in a total

2  offense level of 34, Your Honor.

3      MR. TROIANI:  With or without acceptance?

4      PROBATION OFFICER:  That includes acceptance.

5      THE COURT:  All right.  That being the case,

6  Ms. Bauman, what's the government's position regarding

7  sentencing?

8      MS. BAUMAN:  I have to do a little bit of math, Your

9  Honor.  I apologize.

10          The government is going to revise.  Obviously the

11  government filed its motion for downward departure when the

12  guidelines were higher before Mr. Vahora had filed any

13  objections.  So the government was not -- didn't have access to

14  what the guidelines would be and so their motion -- well, my

15  motion will have to be revised to take into account the new

16  guidelines and the government is going to recommend that the

17  court sentence the defendant actually to the low end of these

18  guidelines, 151, based on the assistance that he provided.

19          And, Your Honor, there's a lot that's at play in

20  this case, because the conduct was very serious, as you --

21  received a lot of briefing from the government.  There was a

22  lot of testimony today from Agent Dickens, and it's just the

23  tip of the iceberg.  There's a lot more information that was

24  gathered in the investigation.  The nature and circumstances of

25  this crime are -- it's a terrible crime and the victims have

1    said it better than I ever could.  The call centers were

2    relentless, intimidating, bullying, threatening.  They called

3    60 times a day to Ms. Pat Senger.  They called six hours a day

4    to Ms. Kapla.  They scared victims to death.  They were

5    harassing.

6              The family of Joanne Shank:  "You turned my mom

7    into someone who is afraid of her own shadow."

8              And other people talked about their loss of

9    confidence.  "My children are disappointed that I lost that

10   much money and it made me feel less confident in what I do," by

11   Lois Rizzi.

12             "I have lost all my self-esteem and the respect

13   of my children," by Diane Metzger, "and to this day I struggle

14   with overwhelming doubt and guilty feelings."

15             Mr. Vahora has done everything he can to put as

16   much distance as he can between these people and himself; but

17   they are his victims as much as they are the victims of the

18   call centers, because he knew exactly who he was doing business

19   with.  He knew that he was sending money to call centers.  He

20   knew they got money through fraud schemes, confidence schemes,

21   including government impostor schemes.  He had access to all of

22   the same information that his runners had, and I'm going to use

23   a term that would be familiar to him, because he is a gambler.

24   He went in all in.  And now -- and this speaks, I think, to his

25   character and characteristics.  He is trying to hide among his

1    runners.  He is trying to call himself simply a team with these

2    other individuals and he has many complaints in his filings

3    with the Court of being unfairly treated by the government and

4    the guidelines because he is being drastically -- the request

5    for sentence is drastic compared to other individuals.  It's

6    drastic and different for a reason.  Mr. Vahora occupied a very

7    different role.  He was in the shadows moving people around,

8    putting them on the board to receive victim money; and as his

9    runners were arrested, he simply put more people into the

10    field.  I believe that Mr. Vahora views himself as the victim

11    here, and has absolutely no remorse for anyone that was hurt by

12    the criminal conspiracy he engaged in.

13            The other aspect of 3553 is obviously deterrence.

14    There's been a lot of discussion today about the government's

15    estimate of loss amounts.  The problem that Mr. Vahora has is

16    not the government's evidence is deficient in some way.  It's

17    simply that the government has a lot of evidence.  There are a

18    lot of packages.  He engaged in this activity for a long time.

19    He sees his life as a series of transactions with costs.  The

20    way that he told his potential runner, Ammar Sunasara, is that

21    if he was arrested, he would simply be deported, "Not a big

22    deal."

23            Mr. Vahora needs to see that this conduct of

24    moving money for the call centers carries a very high price for

25    his own personal deterrence.  It's also important for general

1    deterrence.  There are many individuals like Mr. Vahora who did

2    do this, who support the call centers.  The scam world is big

3    in some ways, but it is also not that big and people pay

4    attention to the sentences that are handed down.

5            And finally there's a need for the sentence to

6    protect the public from future crimes of the defendant.  He did

7    not extricate himself from the conspiracy.  All of his runners

8    were arrested.  And he was not living the straight and narrow

9    life when he was arrested in 2022.  He was engaged in new

10   criminal conspiracies with Hardik Patel.

11           At the same time Mr. Vahora did assist the

12   government and, for reasons stated in the motion, I will

13   recommend that the government -- I believe this would be

14   otherwise a high end of the guidelines, if not higher; but the

15   government will request a sentence at the low end of

16   151 months.

17           THE COURT:  Mr. Troiani?

18           MR. TROIANI:  Your Honor, Mr. Vahora accepts

19   responsibility.  Mr. Vahora has been incarcerated and has been

20   held at FDC for a significant amount of time.  This is a fraud

21   scheme.  It is not overly complex.  It is not a securities

22   fraud scheme.  It is not a Medicare fraud scheme.  It is phone

23   calls to individual and it is a -- it is something that we all

24   abhor, just like we abhor securities fraud, just like we abhor

25   Medicare fraud, just like when we look at the actions of the

1    perpetrators, we attempt to assess what their role was in the

2    fraud.

3              If you're the Medicare fraud and you're the

4    doctor who is saying that you performed procedures that you

5    haven't, the doctor has greater responsibility in that fraud

6    than does the billing clerk who enters the numbers that get

7    sent to Medicare.

8              If you are the securities fraud individual and

9    you are the person with the Series 7 and you have the licenses

10   and you're doing these things to defraud individuals of

11   millions of dollars at a shop, but you're allow loud to remain

12   out on bond and obtain resources and get sentences of

13   probation, which are all things that happen -- Mr. Vahora was a

14   runner who coordinated the receipt and the distributions of

15   funds from other individuals similar to the clerk in the office

16   who submits the paperwork to Medicare.  He simply picked up the

17   money.  He didn't call, he didn't harass, he didn't call and

18   attempt to reload these people.  He simply picked up the paper

19   and went from here to there with a group of other people,

20   similar to a billing clerk, similar to individuals who process

21   paperwork.  His was dirtier because he had to drive different

22   places and he had to go to Target.  It wasn't simply as easy at

23   filling out a form and sending it to the government and asking

24   for the remission of unfounded procedures, so it wasn't as

25   clean and pretty.  But his role in this would be similar if we

1    compartmentalize it.  The government is attempting to say that

2    he is the source or that he should be punished similar to the

3    doctor or the individuals who should be punished for their

4    securities fraud; but because he's not, because we don't have a

5    doctor here, because we don't have someone with a Series 7,

6    because we don't have that, because we have Mr. Vahora, who

7    admittedly and, as he stands here before you, says he did, he

8    contacted Mr. Malvi, he picked up Target cards and he picked up

9    packages, yes, they did.

10          And if we look at other similarly situated

11   individuals, they have received sentences of 71 months.  And

12   that was recently in Cause Number 4:20-357, Document 88,

13   judgment in a criminal case, Syed received 71 -- I'm sorry --

14   41 months.

15          When we look at Myisha Carter -- and that is in

16   4:20-cr-357 -- she received a sentence of 71 months.

17          Mr. Gandhi received a sentence of 27 months; and

18   this is in 4:20-cr-356, Document 54.

19          Mr. Maknojiya, 4:20-cr-558, received a sentence

20   of 60 months.

21          Your Honor, Mr. Vahora understands that he is

22   going to get punished.  We're asking that that punishment fit

23   his role.  Mr. Vahora will be deported from this country.  It

24   is not a transaction.  It is the loss of his family.  He has

25   three children and a wife who all live in Des Plaines,

1   Illinois.  He has a 7-year-old child that has Type 1 diabetes.

2   These children are growing up in the United States.  They are

3   not growing up in India.  Mr. Vahora will be deported in all

4   likelihood to India.  He will not be able to remain in the

5   United States with his wife, his children, his stepdaughter,

6   his mother-in-law or his brother-in-law who are all in Des

7   Plaines, Illinois.

8           His world has changed; and that is punishment,

9   Your Honor.  It is not sufficient punishment.  He understands

10  he will receive more than that, but he will be denied the

11  ability to return to his family in the United States.  If his

12  family so chooses to relocate and move back to India, that's a

13  possibility.  It's not highly probable given the economic

14  disparities and given the circumstances.

15          Mr. Vahora is repentant.  He is not attempting to

16  shirk what he did, but he is not responsible for every nuance

17  of this, just like the billing clerk is not responsible for

18  figuring out what procedure should have been used in order to

19  best defraud Medicare, just like the securities -- the person

20  whose who's processing the paperwork for the securities fraud

21  is not in the same situation as the person with the license or

22  the person who is sitting down with the individuals who are

23  going to turn over or purchase the product that is worthless.

24  He didn't do that.  Yes, that is abhorrent.  What Mr. Vahora

25  did facilitated that, yes, and he acknowledges it; but he was

1   not the person on the phone.  He was not the person doing that.

2              And we would suggest, given the court's findings,

3   given the circumstances, given what has been presented here

4   today, Your Honor, that a term between 70 and 87 months is

5   sufficient, but not more than necessary to punish Mr. Vahora

6   for what he has done.  He will be removed from this country.

7              THE COURT:  Mr. Vahora, would you like to say anything?

8              THE DEFENDANT:  Yes, Your Honor.

9              First and foremost, Your Honor, I'm really sorry.

10  I'm sorry for the United States Government.  I'm sorry for

11  victims.  I'm sorry for everybody.  I take full responsibility

12  of my actions.  I am repenting every day, Your Honor.  I am

13  repenting every day.  My little kids don't know that I'm in a

14  jail.  My kids are 7 years old and have diabetes.  My kid needs

15  me.  I take full responsibility for my actions.  I'm sorry.

16  I'm sorry for all the victims, for -- I'm sorry for everything.

17  I accept my full responsibility, but my kids are waiting.  My

18  family going to be broke.  Have mercy.  Please have mercy on

19  me.  Please, guys.  Please have mercy on me.  I have to support

20  them.  Please have mercy.  Mercy.  I'm begging for mercy.  I've

21  made mistakes, Your Honor.  I've made mistakes.  I take full

22  responsibility.  I'm sorry, Ms. Stephanie.  I'm sorry, victims,

23  everybody.  I'm sorry.

24              THE COURT:  Thank you, sir.

25              All right.  The Court adopts the factual findings

1    and guideline applications in the presentence investigation

2    report with the exception of the objections that it's granted

3    and denies the defendant's motion for downward departure.

4            It's the judgment of the Court that the

5    defendant, Sohil Usmangani Vahora, is hereby sentenced to the

6    custody of the Bureau of Prisons to be sentenced for a term of

7    188 months of custody.  This sentence is given to promote

8    respect for the law, afford adequate deterrence to criminal

9    conduct and protect the public from future crimes of the

10    defendant.

11            Upon release from imprisonment defendant shall be

12    placed on supervised release for a term of three years as an

13    added measure of deterrence and to protect the public from

14    future crimes of the defendant.  If not deported, he shall

15    report in person to the probation office in the district to

16    which he's released within 72 hours of being released by the

17    Bureau of Prisons.

18            While on supervised release he shall not commit

19    another state, federal or local crime, he shall comply with the

20    standard conditions adopted by this Court, abide by any

21    mandatory conditions required by law and shall comply with the

22    following additional conditions.

23            He shall not possess a firearm, destructive

24    device or other dangerous weapon.  He shall cooperate in the

25    collection of a DNA sample if it's authorized by statute.  If

1    deported, he shall not reenter the United States illegally.  He

2    shall provide the probation office with access to any requested

3    financial information and authorize the release of any

4    financial information and the probation office may share that

5    financial information with the U.S. Attorneys Office.  The

6    Court will provide a chart or an exhibit with its judgment for

7    the total amount of restitution and that chart will indicate

8    where he is jointly and severally liable with other defendants

9    Zaheem Malvi, 22-cr-440; Moin Pinjara, 22-cr-356;

10   Waseem Maknojiya, 20-cr-558; and Burhan Syed, 20-cr-357.

11            The defendant's restitution obligation shall not

12   be affected by any restitution payments made by other

13   defendants in the case except that no further payment shall be

14   required after the sum of the payments paid by all the

15   defendants have fully covered all the compensable losses.

16            The Court finds the defendant does not have the

17   ability to pay a fine and waives the fine, but does impose a

18   special assessment of a hundred dollars.

19            Having assessed the defendant's ability to pay,

20   payment of the total criminal penalty shall due as follows:

21   The defendant shall begin payment immediately, any unpaid

22   balance due in payments of the greater of $25 per quarter or

23   50 percent of any wages earned while in prison.  The defendant

24   shall receive credits for any pavements made through the Bureau

25   of Prisons Inmate Financial Responsibility Program.  Any

1    balance remaining after release from imprisonment shall be made

2    in monthly installments of $200 to commence 60 days after the

3    release to a term of supervision.  The payments are to be made

4    through the Southern District of Texas clerk's office.

5                The amount of restitution I'm going to order --

6    Ms. Bauman, help me.  Is the amount of the package --

7                MS. BAUMAN:  Yes, Your Honor.

8                Well, so there were some packages, like we

9    mentioned, that were intercepted by law enforcement; so we

10   don't request restitution for those victims who received their

11   money back.  The government filed their request for restitution

12   in Docket Entry 137, and the exhibit to that filing has a

13   total.  If it's helpful, I can say the total restitution amount

14   for the record, $3,541,258, that would be owed in restitution

15   to the victims listed.

16               THE COURT:  All right.  And I will give a breakdown

17   with names and addresses on the attachment to the judgment.

18               All right.  Counsel, is there anything else we

19   can take up with the defendant?

20               MS. BAUMAN:  We have the matter of the motion to

21   dismiss the remaining counts pursuant to the plea agreement.

22               THE COURT:  I'll grant that.

23               MS. BAUMAN:  Nothing else from the government, Your

24   Honor.

25               THE COURT:  Mr. Troiani?

1          MR. TROIANI:  Nothing else from the defendant, Your

2     Honor.

3          THE COURT:  We stand adjourned.

4               (The proceedings were adjourned.)

5                        *  *  *  *  *

6                 COURT REPORTER'S CERTIFICATE

7               I, David S. Smith, CSR, RPR, CRR, Official
      Court Reporter, United States District Court, Southern District
8     of Texas, do hereby certify that the foregoing is a true and
      correct transcript, to the best of my ability and
9     understanding, from the record of the proceedings in the
      above-entitled and numbered matter.

10

11                              ___/s/ David S. Smith_____
                                Official Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [2] - 54:19, 55:4
**$16,000** [1] - 42:16
**$18,000** [1] - 37:17
**$200** [1] - 89:2
**$200,000** [1] - 74:11
**$25** [1] - 88:22
**$3,497,758** [1] - 69:15
**$3,541,258** [1] - 89:14
**$30,000** [1] - 63:1
**$51,900** [1] - 38:24
**$58,894.46** [1] - 55:14
**$7,000** [1] - 37:16

## '

**'18** [1] - 5:5
**'20** [1] - 5:5
**'24** [1] - 48:21

## /

**/s** [1] - 90:11

## 1

**1** [14] - 33:10, 33:13, 33:15, 33:19, 33:21, 34:3, 39:5, 42:12, 52:6, 53:24, 59:13, 70:12, 78:23, 85:1
**1000** [1] - 1:14
**12** [2] - 57:4
**13** [1] - 58:9
**137** [1] - 89:12
**151** [2] - 79:18, 82:16
**16,000** [1] - 42:2
**16,206** [1] - 42:2
**166** [3] - 41:21, 42:7, 42:8
**16th** [1] - 74:10
**17th** [1] - 74:10
**187** [1] - 69:16
**188** [1] - 87:7
**18th** [1] - 74:10
**1B1.3** [2] - 7:11, 8:24

## 2

**2** [8] - 31:25, 34:15, 45:20, 54:9, 54:16, 78:17
**20-cr-357** [1] - 88:10
**20-cr-558** [1] - 88:10
**2016** [1] - 30:22

**2017** [2] - 5:5, 12:25
**2017-2018** [2] - 31:21, 34:13
**2018** [4] - 13:2, 13:19, 30:22, 76:21
**2019** [21] - 5:5, 13:25, 19:3, 19:4, 20:11, 21:6, 21:17, 24:1, 24:5, 24:8, 24:23, 25:7, 31:19, 34:11, 39:17, 40:7, 40:9, 43:18, 73:7, 73:9, 77:13
**2020** [13] - 14:22, 15:20, 20:11, 21:18, 21:19, 21:20, 23:9, 24:24, 25:8, 31:19, 49:17, 73:10, 76:21
**2022** [3] - 5:8, 13:18, 82:9
**2024** [1] - 1:7
**20th** [1] - 74:11
**22-cr-356** [1] - 88:9
**22-cr-440** [1] - 88:9
**227** [1] - 43:18
**22nd** [1] - 74:9
**2300** [1] - 1:15
**24** [1] - 18:10
**25** [1] - 1:7
**27** [1] - 84:17
**275** [1] - 43:13
**279** [4] - 43:1, 43:10, 43:15, 43:20
**29th** [1] - 74:9
**2B1.1(b)(10)(B)** [1] - 9:5
**2B1.1(b)(9** [1] - 4:19
**2B1.9** [1] - 6:20

## 3

**3** [2] - 2:4, 55:10
**3.5** [5] - 42:5, 42:18, 42:20, 70:1, 70:7
**30** [1] - 62:25
**30th** [1] - 74:10
**33** [3] - 53:18, 61:1, 61:14
**34** [1] - 79:2
**35,000** [1] - 73:5
**35-year-old** [1] - 75:16
**3553** [1] - 81:13
**3A1.1(b)(1** [2] - 10:22, 78:16
**3C1.1** [1] - 11:13

## 4

**4** [1] - 55:13

**405** [1] - 41:20, 42:17
**41** [1] - 84:14
**4:20-357** [1] - 84:12
**4:20-cr-356** [1] - 84:18
**4:20-cr-357** [1] - 84:16
**4:20-cr-558** [1] - 84:19
**4:22-cr-00440-1** [1] - 1:4
**4:22-cr-440-1** [1] - 3:4

## 5

**5** [3] - 12:15, 56:8, 78:8
**50** [1] - 88:23
**5020** [1] - 1:18
**51** [1] - 2:5
**515** [1] - 1:22
**54** [1] - 84:18
**5A** [1] - 11:19

## 6

**60** [15] - 43:16, 43:19, 43:20, 43:23, 44:5, 44:13, 45:25, 46:3, 72:22, 76:3, 76:6, 80:3, 84:20, 89:2
**60s** [1] - 74:4
**61** [3] - 46:20, 47:1, 47:16
**62** [2] - 45:6, 48:10
**65** [3] - 48:10, 48:13, 48:16
**66** [1] - 2:6
**6th** [1] - 74:9

## 7

**7** [6] - 38:21, 38:22, 39:5, 83:9, 84:5, 86:14
**7-year-old** [1] - 85:1
**70** [2] - 44:13, 86:4
**700** [1] - 1:18
**71** [3] - 84:11, 84:13, 84:16
**72** [1] - 87:16
**77002** [2] - 1:15, 1:23
**77006** [1] - 1:19

## 8

**80** [5] - 43:21, 44:4, 44:8, 76:2

**8004** [1] - 1:22
**80s** [2] - 74:4, 74:5
**86** [1] - 2:7
**87** [1] - 86:4
**88** [1] - 84:12

## 9

**90** [6] - 47:20, 47:21, 47:22, 76:4, 76:6, 76:8

## A

**A** [2] - 11:19, 39:25
**a** [302] - 4:5, 4:20, 4:24, 4:25, 5:4, 5:9, 5:14, 5:17, 5:19, 6:3, 6:21, 6:23, 6:24, 6:25, 7:13, 7:16, 8:7, 8:9, 8:12, 8:14, 9:6, 9:15, 10:6, 11:5, 11:6, 11:19, 11:20, 11:21, 12:20, 13:6, 13:7, 13:16, 13:17, 13:25, 14:5, 14:17, 16:6, 16:8, 17:6, 17:7, 17:22, 18:9, 18:11, 18:12, 18:21, 19:21, 20:5, 20:8, 20:12, 20:19, 21:20, 22:3, 22:4, 22:6, 22:23, 23:8, 23:19, 26:2, 27:2, 28:9, 28:22, 29:22, 29:24, 30:1, 30:3, 30:6, 30:14, 33:5, 33:15, 34:14, 34:15, 35:10, 35:13, 35:25, 36:5, 36:16, 36:17, 36:18, 36:23, 37:3, 37:4, 37:7, 37:8, 37:23, 37:24, 38:1, 38:14, 38:15, 38:17, 38:18, 38:23, 38:24, 39:3, 39:5, 39:6, 39:8, 40:9, 41:12, 41:24, 41:25, 42:12, 42:22, 43:1, 43:2, 43:3, 43:4, 43:5, 43:7, 43:8, 43:9, 43:23, 44:17, 45:8, 45:13, 45:16, 45:18, 45:20, 46:12, 46:13, 47:5, 47:10, 48:8, 50:6, 50:7, 50:8, 50:10, 50:15, 50:17, 50:20, 51:1, 51:13, 51:21, 51:23, 51:24, 52:6, 52:7, 52:15, 52:16, 52:20, 52:23, 53:3, 53:6, 53:9, 53:19, 53:24, 54:1,

54:3, 54:15, 54:23, 55:5, 56:2, 56:8, 57:5, 57:6, 57:13, 59:10, 59:15, 59:16, 59:17, 61:11, 61:12, 61:25, 62:16, 62:21, 62:23, 62:25, 63:25, 64:1, 64:4, 64:8, 64:9, 64:17, 64:21, 65:17, 65:21, 66:20, 67:6, 67:9, 67:14, 68:7, 68:8, 68:10, 68:13, 68:16, 69:19, 69:20, 70:12, 70:20, 70:23, 70:24, 72:8, 72:20, 72:24, 73:15, 73:18, 73:20, 75:5, 75:7, 75:15, 75:19, 76:7, 76:9, 76:17, 76:20, 76:23, 77:10, 77:12, 78:2, 78:12, 78:19, 78:21, 78:24, 79:1, 79:8, 79:19, 79:21, 79:23, 79:25, 80:3, 80:23, 81:1, 81:6, 81:14, 81:17, 81:18, 81:19, 81:21, 81:24, 82:5, 82:14, 82:15, 82:20, 82:21, 82:22, 82:23, 83:11, 83:13, 83:19, 83:20, 83:23, 84:4, 84:5, 84:13, 84:16, 84:17, 84:19, 84:24, 84:25, 85:1, 85:12, 86:4, 86:13, 87:6, 87:12, 87:23, 87:25, 88:6, 88:17, 88:18, 89:3, 89:12, 89:16, 90:8
**abhor** [3] - 82:24
**abhorrent** [1] - 85:24
**abide** [1] - 87:20
**ability** [5] - 24:15, 85:11, 88:17, 88:19, 90:8
**able** [11] - 25:20, 27:4, 34:24, 52:25, 53:4, 54:1, 59:15, 59:16, 64:5, 76:12, 85:4
**about** [54] - 4:9, 5:5, 7:14, 7:25, 8:2, 8:6, 8:7, 8:11, 14:18, 20:17, 23:5, 26:14, 26:19, 26:22, 27:8, 27:12, 28:20, 29:19, 32:1, 32:13, 32:16, 39:6, 41:2, 55:1, 60:3, 60:5, 61:3, 61:23, 62:16, 63:2, 63:5,

65:6, 65:7, 65:25, 67:2, 67:25, 68:17, 68:20, 69:21, 70:19, 71:1, 72:7, 73:3, 73:10, 73:12, 73:24, 73:25, 74:3, 74:17, 76:1, 77:20, 80:8, 81:14

**above** [1] - 90:9

**above-entitled** [1] - 90:9

**absolutely** [2] - 37:6, 81:11

**accept** [1] - 86:17

**acceptance** [4] - 16:16, 16:19, 79:3, 79:4

**accepted** [2] - 12:6, 72:19

**accepts** [2] - 72:16, 82:18

**access** [4] - 57:23, 79:13, 80:21, 88:2

**according** [4] - 26:23, 27:5, 28:23, 33:3

**account** [5] - 33:5, 52:20, 54:23, 55:6, 79:15

**accountable** [4] - 56:23, 62:18, 64:12, 68:12

**accounts** [6] - 13:15, 13:16, 32:17, 32:18, 44:24, 57:23

**accurate** [4] - 24:24, 29:9, 39:11, 40:5

**accurately** [2] - 28:12, 32:8

**Accused** [1] - 73:4

**acknowledges** [1] - 85:25

**acronym** [1] - 30:11

**Act** [1] - 44:1

**acting** [3] - 5:10, 7:2, 9:23

**actions** [7] - 12:6, 16:4, 16:5, 72:19, 82:25, 86:12, 86:15

**active** [5] - 21:15, 23:19, 23:23, 23:24, 23:25

**actively** [3] - 20:25, 21:12, 23:20

**activity** [15] - 7:21, 7:22, 9:8, 10:14, 12:2, 13:21, 15:16, 16:13, 18:14, 48:8, 62:16, 68:23, 77:21, 78:2, 81:18

**actual** [13] - 43:6, 52:19, 53:5, 53:20, 53:21, 54:22, 55:5, 56:25, 64:2, 64:13, 64:14, 68:12, 75:3

**actually** [22] - 4:14, 11:21, 14:4, 16:10, 16:16, 27:1, 33:1, 34:16, 35:19, 42:20, 44:23, 45:9, 47:16, 53:5, 54:1, 56:20, 71:10, 71:25, 72:2, 77:22, 78:24, 79:17

**add** [2] - 15:18, 70:18

**added** [2] - 78:17, 87:13

**addition** [1] - 8:4

**additional** [5] - 7:13, 32:1, 67:5, 71:19, 87:22

**additionally** [3] - 6:22, 60:13, 60:21

**address** [4] - 4:9, 5:13, 73:3, 77:16

**addresses** [5] - 20:15, 20:16, 45:2, 45:3, 89:17

**addressing** [1] - 77:15

**adequate** [1] - 87:8

**adjourned** [2] - 90:3, 90:4

**adjusted** [1] - 63:18

**administered** [2] - 3:12, 3:20

**administration** [1] - 30:11

**Administration** [1] - 19:9

**Administration's** [1] - 17:23

**admitted** [1] - 64:1

**admittedly** [1] - 84:7

**adopted** [1] - 87:20

**adopts** [1] - 86:25

**advantage** [1] - 75:5

**advice** [3] - 8:23, 15:1, 15:3

**affected** [1] - 88:12

**affiliation** [1] - 20:7

**afford** [1] - 87:8

**afield** [1] - 62:9

**afraid** [1] - 80:7

**after** [19] - 5:3, 8:15, 15:25, 16:3, 24:8, 24:11, 26:25, 27:3, 27:16, 31:18, 40:12, 49:16, 50:1, 74:15, 88:14, 89:1, 89:2

**again** [14] - 10:2, 10:5, 12:23, 13:2, 13:12, 19:2, 30:21, 34:10, 41:18, 42:25, 43:12, 45:16, 56:8, 58:9

**against** [4] - 13:11, 66:25, 72:2

**age** [12] - 43:16, 44:5, 44:13, 46:3, 71:18, 71:21, 71:24, 73:13, 74:23, 75:13, 76:3

**agencies** [3] - 19:6, 19:8, 35:24

**agency** [2] - 13:1, 52:1

**agency's** [1] - 17:25

**agent** [5] - 10:23, 15:9, 17:22, 66:6, 72:14

**Agent** [9] - 7:14, 11:2, 45:9, 51:11, 69:4, 70:9, 70:19, 73:6, 79:22

**agents** [10] - 7:1, 7:8, 7:25, 12:24, 13:4, 13:5, 13:19, 15:7, 23:16, 54:25

**ages** [1] - 59:22

**aggravating** [1] - 77:10

**ago** [1] - 12:8

**agree** [5] - 52:12, 52:13, 54:5, 61:19, 73:12

**agreed** [1] - 16:16

**agreement** [3] - 76:18, 77:1, 89:21

**ahead** [4] - 4:12, 17:9, 56:10, 71:16

**alias** [10] - 20:19, 22:16, 22:20, 22:24, 24:12, 24:14, 29:25, 32:19, 34:20, 38:13

**aliases** [2] - 24:11, 41:19

**Alicia** [1] - 39:6

**all** [55] - 3:2, 3:21, 4:2, 4:12, 7:9, 9:16, 10:20, 12:19, 13:14, 15:9, 15:11, 15:24, 16:19, 17:3, 22:2, 24:22, 25:1, 25:4, 25:11, 39:23, 39:24, 43:18, 49:24, 66:8, 66:11, 67:25, 68:22, 70:17, 70:18, 71:2, 71:4, 71:8, 73:2, 74:14, 76:15, 77:15,

78:4, 78:25, 79:5, 80:12, 80:21, 80:24, 82:7, 82:23, 83:13, 84:25, 85:3, 85:6, 86:16, 86:25, 88:14, 88:15, 89:16, 89:18

**allegation** [2] - 68:15, 68:16

**allegations** [1] - 12:11

**alleged** [4] - 35:1, 35:4, 62:21, 62:22

**allegedly** [1] - 54:3

**allow** [3] - 26:11, 59:24, 83:11

**allowing** [1] - 50:11

**almost** [2] - 36:13, 48:9

**along** [3] - 20:20, 22:7, 22:21

**already** [7] - 6:12, 6:13, 23:13, 29:18, 54:14, 58:12

**also** [27] - 8:10, 10:24, 11:2, 11:25, 14:16, 15:22, 15:24, 16:2, 20:18, 21:9, 22:9, 25:12, 27:7, 31:22, 37:22, 39:13, 45:25, 48:12, 48:15, 50:19, 57:3, 60:21, 62:3, 63:5, 63:8, 81:25, 82:3

**although** [2] - 28:24, 76:11

**always** [1] - 17:14

**am** [5] - 16:25, 36:19, 74:21, 86:12

**AMERICA** [1] - 1:4

**America** [2] - 3:4, 9:17

**Amirsinh** [7] - 13:24, 23:19, 24:3, 24:7, 31:6, 77:14, 77:23

**Ammar** [6] - 14:16, 14:18, 14:19, 28:14, 77:15, 81:20

**among** [1] - 80:25

**Amount** [3] - 38:20, 59:20, 69:4

**amount** [55] - 4:8, 34:23, 35:1, 35:3, 35:6, 35:7, 35:8, 35:18, 38:11, 38:12, 38:15, 38:19, 38:24, 38:25, 39:4, 41:22, 41:24, 42:1, 42:4, 42:12, 42:13, 42:16, 51:13, 54:2, 54:19, 55:11, 55:18, 56:25,

59:14, 59:15, 59:18, 59:19, 62:22, 63:6, 63:12, 64:11, 64:12, 68:8, 68:12, 69:19, 69:20, 69:22, 69:24, 69:25, 70:3, 70:15, 70:22, 80:8, 88:7, 89:5, 89:6, 89:13

**amounts** [7] - 38:9, 42:10, 56:15, 56:19, 64:13, 70:18, 81:15

**amply** [1] - 10:16

**an** [42] - 3:14, 6:24, 7:12, 7:18, 8:5, 8:9, 9:12, 15:8, 20:7, 24:14, 26:2, 26:11, 29:23, 38:13, 39:4, 51:18, 52:15, 52:20, 54:22, 55:5, 55:11, 57:9, 57:13, 59:19, 60:23, 62:17, 63:2, 63:23, 64:11, 64:12, 68:6, 68:12, 68:15, 68:16, 70:5, 72:1, 72:6, 78:2, 78:18, 87:12, 88:6

**analogies** [1] - 12:18

**analogy** [2] - 9:15, 10:18

**ancillary** [1] - 26:8

**and** [468] - 3:14, 4:12, 4:13, 5:3, 5:4, 5:6, 5:12, 5:13, 5:14, 5:18, 5:19, 5:20, 5:22, 6:1, 6:3, 6:6, 6:8, 6:14, 6:17, 7:13, 7:22, 7:25, 8:7, 8:8, 8:13, 8:17, 8:19, 8:22, 8:23, 8:25, 9:9, 9:10, 9:13, 9:14, 9:20, 9:23, 9:24, 10:3, 10:6, 10:11, 10:12, 10:15, 10:16, 10:22, 11:5, 11:10, 11:18, 12:5, 12:6, 12:10, 12:13, 12:23, 12:24, 13:1, 13:4, 13:5, 13:6, 13:12, 13:16, 13:17, 13:18, 14:1, 14:2, 14:3, 14:6, 14:10, 14:17, 14:19, 14:21, 14:23, 14:25, 15:5, 15:7, 15:10, 15:12, 15:14, 16:10, 16:23, 17:5, 17:6, 17:9, 18:2, 18:4, 18:6, 18:14, 18:23, 19:4, 19:6, 19:10, 19:11, 20:2, 20:3, 20:6, 20:12, 20:15, 20:16, 20:17, 21:3, 21:10,

21:15, 21:16, 21:22, 21:23, 22:1, 22:2, 22:8, 22:10, 22:12, 22:15, 22:20, 23:1, 23:15, 23:16, 23:23, 24:1, 24:2, 24:5, 24:23, 25:2, 25:7, 25:8, 25:23, 25:24, 25:25, 26:7, 26:8, 26:17, 26:21, 26:22, 27:5, 27:7, 27:9, 28:1, 28:8, 28:9, 28:10, 28:20, 28:24, 28:25, 29:5, 29:6, 29:15, 29:20, 29:25, 30:2, 30:5, 30:7, 30:22, 30:24, 30:25, 31:3, 31:4, 31:6, 31:15, 31:16, 31:18, 31:19, 32:8, 32:12, 32:15, 32:21, 32:24, 33:10, 33:17, 33:21, 34:3, 34:9, 34:16, 34:18, 34:21, 35:8, 35:21, 35:23, 35:25, 36:1, 36:7, 36:10, 36:16, 37:4, 37:10, 37:12, 37:13, 37:14, 37:16, 37:17, 37:19, 37:22, 38:8, 38:11, 38:19, 38:22, 39:2, 39:3, 39:5, 39:8, 39:9, 39:11, 39:19, 39:22, 40:6, 40:9, 40:12, 40:21, 41:10, 41:11, 41:16, 41:25, 42:12, 42:17, 43:3, 43:6, 43:12, 43:15, 43:23, 44:7, 44:11, 44:12, 44:22, 44:23, 45:1, 45:3, 45:5, 45:6, 45:8, 45:14, 45:15, 45:16, 46:12, 46:23, 47:10, 48:7, 48:8, 48:9, 48:13, 48:24, 48:25, 49:2, 49:6, 49:12, 49:24, 50:4, 50:9, 50:13, 50:17, 50:22, 51:1, 51:4, 51:5, 51:16, 51:20, 52:3, 52:9, 52:10, 52:13, 52:17, 52:19, 52:24, 53:8, 53:10, 53:18, 53:24, 54:19, 55:1, 55:24, 55:25, 56:2, 56:7, 56:19, 56:23, 56:24, 57:5, 57:22, 58:2, 58:7, 58:20, 58:22, 58:25, 59:8, 59:14, 59:17, 59:21, 60:13, 61:1, 62:3,

62:11, 62:15, 62:18, 62:19, 62:25, 63:1, 63:3, 63:5, 63:6, 63:18, 63:19, 64:1, 64:11, 64:20, 65:4, 65:11, 65:15, 65:18, 66:23, 67:2, 67:4, 67:7, 67:10, 68:8, 68:12, 68:19, 68:20, 68:21, 68:22, 68:23, 69:25, 70:3, 70:11, 71:18, 71:19, 72:1, 72:3, 72:5, 72:6, 72:7, 72:8, 72:9, 72:12, 72:13, 72:14, 72:21, 72:22, 72:25, 73:1, 73:4, 73:15, 73:22, 74:2, 74:3, 74:8, 74:11, 74:12, 74:20, 74:22, 75:3, 75:11, 75:12, 75:16, 75:17, 76:1, 76:8, 76:19, 76:21, 76:23, 76:24, 76:25, 77:2, 77:10, 77:11, 77:14, 77:15, 77:18, 77:23, 78:2, 78:3, 78:7, 78:12, 78:13, 78:16, 78:21, 79:14, 79:16, 79:19, 79:22, 79:24, 79:25, 80:8, 80:10, 80:12, 80:13, 80:14, 80:16, 80:22, 80:24, 80:25, 81:2, 81:3, 81:6, 81:8, 81:11, 82:3, 82:5, 82:8, 82:12, 82:19, 82:23, 83:3, 83:8, 83:9, 83:10, 83:12, 83:14, 83:17, 83:19, 83:22, 83:23, 83:25, 84:7, 84:8, 84:10, 84:11, 84:15, 84:17, 84:25, 85:8, 85:12, 85:14, 85:25, 86:2, 86:4, 86:9, 86:14, 87:1, 87:3, 87:9, 87:13, 87:21, 88:3, 88:4, 88:7, 88:8, 88:10, 88:17, 89:12, 89:16, 89:17, 90:8, 90:8, 90:9

**ANDREW** [1] - 1:10

**Ann** [1] - 57:5

**Anna** [3] - 54:17, 54:18, 54:25

**another** [11] - 5:22, 6:1, 6:14, 10:1, 13:13, 50:15, 56:24, 58:20, 61:21, 87:19

**answer** [5] - 3:25,

44:18, 57:24, 57:25

**Anthony** [3] - 1:17, 1:17, 3:8

**any** [36] - 3:24, 7:19, 14:2, 16:12, 22:19, 22:20, 24:7, 28:18, 32:13, 32:14, 40:15, 42:9, 44:21, 48:1, 49:15, 49:19, 49:22, 49:25, 50:1, 57:15, 58:3, 59:25, 65:24, 69:5, 71:25, 72:15, 72:25, 79:12, 87:20, 88:2, 88:3, 88:12, 88:21, 88:23, 88:24, 88:25

**anybody** [1] - 69:7

**anyone** [2] - 60:6, 81:11

**anything** [14] - 9:25, 14:20, 23:5, 28:20, 55:6, 57:23, 60:3, 60:5, 65:15, 67:5, 67:20, 86:7, 89:18

**anytime** [1] - 3:16

**apologize** [1] - 79:9

**APPEARANCES** [1] - 1:12

**appears** [2] - 12:6, 16:9

**Apple** [1] - 56:4

**Application** [1] - 1:19

**applications** [2] - 11:18, 87:1

**applied** [2] - 9:21, 41:21

**applies** [1] - 10:19

**apply** [1] - 12:15

**appreciate** [1] - 10:18

**approach** [2] - 54:11, 61:16

**approached** [3] - 13:1, 32:16, 64:21

**appropriate** [1] - 61:5

**approximately** [3] - 19:2, 20:9, 21:3

**April** [2] - 21:5, 48:21

**Are** [2] - 23:13, 23:14

**are** [107] - 5:20, 7:9, 9:18, 9:19, 9:21, 9:22, 9:23, 10:24, 11:17, 15:4, 15:22, 16:5, 16:21, 18:4, 18:15, 19:15, 24:7, 24:24, 27:19, 27:22, 27:24, 28:11, 30:15, 32:8, 34:3, 34:6, 34:9,

34:17, 34:18, 38:11, 39:23, 39:24, 40:18, 42:10, 43:15, 44:7, 44:13, 44:21, 45:4, 45:5, 45:9, 46:2, 47:17, 48:3, 48:8, 49:5, 49:11, 49:19, 50:1, 50:14, 51:16, 51:23, 53:4, 55:16, 56:21, 57:3, 58:15, 58:18, 58:20, 60:24, 61:19, 61:20, 62:2, 62:5, 62:6, 62:7, 63:8, 63:13, 63:17, 64:13, 65:6, 65:7, 68:6, 68:7, 69:2, 69:3, 69:24, 71:22, 71:23, 72:2, 72:23, 73:20, 74:4, 76:3, 77:2, 77:6, 79:25, 80:9, 80:17, 81:17, 82:1, 82:4, 83:8, 83:9, 83:13, 85:2, 85:6, 85:22, 86:14, 86:17, 89:3

**area** [10] - 13:17, 14:17, 20:15, 21:5, 21:7, 22:1, 23:24, 23:25, 29:21, 30:1

**areas** [1] - 12:3

**aren't** [1] - 64:2

**argue** [2] - 72:23, 75:1

**arguing** [3] - 6:10, 74:12, 75:2

**argument** [4] - 7:6, 71:5, 73:18, 73:20

**arguments** [1] - 10:24

**Arkansas** [7] - 13:17, 13:20, 13:21, 16:2, 20:17, 20:19, 34:1

**around** [3] - 15:15, 31:14, 81:7

**arrange** [1] - 5:2

**arrest** [7] - 5:7, 11:21, 21:18, 21:20, 24:22, 30:23, 31:24

**arrested** [22] - 9:19, 12:22, 13:18, 14:22, 15:10, 15:21, 27:1, 27:16, 28:5, 31:18, 33:1, 33:2, 35:13, 35:15, 49:16, 49:24, 67:11, 67:14, 81:9, 81:21, 82:8, 82:9

**arrows** [6] - 27:19, 27:22, 27:24, 28:11, 32:4, 32:8

**article** [27] - 8:5, 8:7, 8:11, 8:13, 8:14, 8:18,

26:4, 26:7, 26:14, 26:17, 26:18, 26:21, 27:5, 27:7, 27:8, 27:9, 27:10, 27:12, 72:6, 72:9, 73:3, 73:4, 73:7, 75:4, 75:7, 75:9, 75:10

**as** [77] - 5:9, 7:11, 7:17, 8:9, 8:23, 11:3, 14:3, 14:7, 15:23, 16:9, 16:10, 17:16, 23:24, 25:25, 26:7, 26:11, 28:9, 30:5, 31:10, 31:16, 32:4, 32:8, 36:20, 36:22, 37:23, 39:3, 39:11, 39:24, 41:6, 42:13, 43:23, 43:25, 45:25, 46:9, 48:13, 48:20, 49:15, 50:17, 53:6, 55:4, 57:3, 59:1, 59:9, 61:4, 63:18, 64:20, 65:4, 65:17, 70:11, 71:21, 71:24, 72:11, 75:19, 76:8, 77:9, 79:20, 80:15, 80:16, 80:17, 81:8, 81:10, 81:19, 83:22, 83:24, 84:7, 85:21, 87:12, 88:20

**ask** [4] - 6:19, 57:22, 63:20, 76:22

**asked** [6] - 14:1, 28:25, 32:22, 34:14, 37:12, 52:17

**asking** [9] - 22:19, 53:16, 53:18, 55:1, 70:3, 73:1, 76:1, 83:23, 84:22

**aspect** [1] - 81:13

**assess** [2] - 68:13, 83:1

**assessed** [2] - 6:11, 88:19

**assesses** [1] - 70:7

**assessment** [2] - 72:20, 88:18

**assessments** [1] - 9:21

**assigned** [1] - 17:25

**assist** [2] - 65:18, 82:11

**assistance** [2] - 65:21, 79:18

**assisted** [1] - 65:18

**associate** [3] - 38:15, 43:8, 59:16

**associated** [7] - 34:20, 48:11, 59:10, 60:6, 62:5, 62:23,

63:7
**associating** [1] - 59:11
**at** [86] - 5:5, 5:7, 5:13, 5:16, 6:15, 6:22, 10:18, 11:18, 11:20, 13:14, 13:16, 14:24, 16:2, 19:24, 20:6, 20:8, 20:10, 20:13, 20:15, 20:25, 23:19, 24:3, 28:2, 28:8, 28:14, 29:5, 29:19, 30:14, 30:24, 34:15, 35:24, 36:14, 37:20, 38:17, 38:22, 39:5, 41:7, 41:13, 41:17, 42:9, 42:22, 43:1, 43:16, 43:19, 43:20, 44:5, 45:18, 46:1, 46:3, 46:7, 46:13, 48:13, 48:16, 53:24, 54:6, 54:16, 55:21, 56:7, 57:4, 58:9, 59:16, 61:1, 61:25, 63:10, 63:20, 63:25, 65:17, 66:20, 68:5, 68:18, 70:12, 76:19, 76:20, 77:7, 77:13, 78:16, 79:19, 82:11, 82:15, 82:20, 82:25, 83:11, 83:22, 84:10, 84:15
**attached** [8] - 33:10, 54:21, 55:6, 55:16, 55:20, 55:23, 58:15, 58:17
**attachment** [1] - 89:17
**attempt** [10] - 6:14, 10:18, 11:15, 15:23, 16:7, 24:10, 28:21, 51:18, 83:1, 83:18
**attempted** [2] - 12:12, 15:24
**attempting** [7] - 11:14, 12:7, 12:9, 27:2, 68:23, 84:1, 85:15
**attention** [1] - 82:4
**attorney** [2] - 49:20, 65:22
**Attorney's** [1] - 1:14
**Attorneys** [1] - 88:5
**attributed** [3] - 6:12, 6:13, 57:1
**augment** [1] - 16:5
**August** [9] - 14:22, 21:18, 21:20, 24:24, 49:17, 74:9, 74:10
**authenticate** [1] -

36:8
**authenticated** [1] - 35:1
**authorities** [2] - 13:9, 27:2
**authorize** [1] - 88:3
**authorized** [1] - 87:25
**available** [3] - 22:12, 22:14, 24:17
**average** [5] - 42:1, 42:9, 42:15, 42:16, 44:13
**avoid** [4] - 12:10, 15:23, 15:24, 16:7
**awarding** [1] - 16:19
**aware** [12] - 23:25, 26:23, 38:13, 38:23, 49:19, 50:1, 50:4, 50:14, 63:17, 72:3, 75:5, 75:12
**away** [2] - 15:14, 56:10

## B

**B** [2] - 8:9, 26:2
**b)(1** [1] - 78:17
**b)(2** [3] - 10:22, 78:17, 78:21
**back** [21] - 4:22, 5:4, 6:18, 9:11, 10:1, 11:11, 23:18, 24:15, 27:14, 27:18, 28:8, 30:2, 45:14, 45:15, 60:22, 60:24, 67:24, 71:9, 72:5, 85:12, 89:11
**backed** [1] - 43:18
**balance** [2] - 88:22, 89:1
**bank** [18] - 25:22, 25:24, 32:17, 33:5, 34:25, 38:2, 38:4, 52:13, 53:3, 55:6, 56:3, 56:21, 58:12, 58:14, 64:15, 67:5
**banks** [1] - 53:21
**Barbara** [2] - 57:5, 67:10
**based** [10] - 5:21, 28:11, 42:25, 44:7, 69:3, 70:1, 70:2, 70:7, 74:12, 79:18
**basis** [3] - 12:22, 13:21, 16:8
**Bauman** [8] - 1:13, 3:7, 44:17, 68:25, 75:15, 77:3, 79:6, 89:6

**BAUMAN** [60] - 3:6, 4:4, 4:8, 7:4, 10:5, 10:23, 11:2, 11:5, 11:9, 12:18, 14:14, 14:16, 16:18, 16:20, 16:24, 17:4, 17:8, 17:10, 17:14, 17:18, 19:12, 19:13, 26:12, 26:13, 30:13, 33:12, 33:14, 37:2, 44:18, 45:7, 46:12, 46:14, 50:12, 51:6, 61:3, 65:20, 66:3, 66:5, 67:19, 69:1, 69:11, 69:13, 69:19, 69:23, 70:9, 70:14, 70:17, 70:22, 71:4, 73:2, 75:3, 75:20, 75:22, 76:2, 76:6, 77:4, 79:8, 89:7, 89:20, 89:23
**Bauman..........** [1] - 2:6
**Bauman............** [1] - 2:4
**Be** [1] - 73:5
**be** [75] - 3:3, 3:15, 5:3, 5:4, 5:23, 6:3, 6:11, 7:8, 7:12, 8:23, 11:1, 12:9, 13:25, 15:13, 16:9, 17:9, 17:14, 20:15, 27:14, 32:18, 39:9, 39:11, 39:19, 42:3, 42:20, 42:21, 48:8, 50:23, 52:12, 52:14, 52:25, 53:4, 56:25, 59:9, 59:10, 60:23, 63:17, 63:18, 66:3, 68:14, 70:3, 70:25, 71:17, 71:19, 72:1, 72:2, 72:7, 72:19, 76:5, 76:12, 77:5, 77:6, 77:7, 79:14, 79:15, 80:23, 81:21, 82:13, 83:25, 84:2, 84:3, 84:23, 85:3, 85:4, 85:10, 86:6, 86:18, 87:6, 87:11, 88:12, 88:13, 89:1, 89:3, 89:14
**became** [2] - 23:19, 26:23
**because** [35] - 6:11, 7:15, 7:20, 10:2, 13:6, 14:24, 16:9, 23:10, 26:20, 31:13, 35:10, 35:18, 38:25, 41:22, 42:12, 47:8, 48:10, 59:8, 62:8, 68:23, 69:12, 73:12, 73:18,

75:21, 78:17, 79:20, 80:18, 80:23, 81:4, 83:21, 84:4, 84:5, 84:6
**become** [1] - 28:22
**been** [22] - 5:12, 13:5, 17:16, 22:24, 27:16, 29:20, 40:10, 45:23, 48:21, 49:2, 53:5, 58:21, 65:3, 68:10, 68:11, 70:11, 81:14, 82:19, 85:18, 86:3
**before** [10] - 6:5, 15:21, 20:12, 37:18, 40:15, 45:9, 47:16, 49:20, 79:12, 84:7
**BEFORE** [1] - 1:10
**began** [2] - 31:18, 40:6
**begging** [1] - 86:20
**begin** [2] - 39:15, 88:21
**behalf** [4] - 3:9, 5:10, 7:2, 18:23
**being** [26] - 8:7, 8:21, 9:6, 9:21, 10:2, 10:3, 12:21, 18:15, 22:13, 30:24, 34:14, 36:15, 36:22, 37:13, 45:25, 48:3, 48:7, 54:1, 63:7, 69:2, 71:20, 79:5, 81:3, 81:4, 87:16
**believe** [13] - 21:16, 28:5, 44:2, 52:6, 57:21, 61:3, 63:10, 69:16, 69:19, 78:6, 81:10, 82:13
**benefits** [3] - 48:11, 48:13, 48:15
**best** [2] - 85:19, 90:8
**Best** [1] - 30:25
**better** [1] - 80:1
**between** [3] - 22:2, 80:16, 86:4
**beyond** [1] - 36:21
**big** [3] - 81:21, 82:2, 82:3
**billing** [3] - 83:6, 83:20, 85:17
**birth** [1] - 45:3
**bit** [3] - 18:9, 72:21, 79:8
**blank** [4] - 38:11, 38:12, 38:16, 39:8
**blanks** [1] - 42:10
**Bloomingdale** [1] - 28:5
**Blvd** [1] - 1:18
**board** [2] - 15:15,

81:8
**bond** [1] - 83:12
**border** [1] - 9:12
**both** [8] - 14:23, 24:23, 27:25, 29:11, 31:6, 71:3, 74:4
**bottom** [6] - 19:24, 21:10, 28:14, 29:5, 42:22, 46:10
**bought** [1] - 13:7
**box** [5] - 34:14, 36:1, 37:17, 52:23, 56:17
**boxes** [10] - 22:23, 35:14, 35:16, 35:18, 35:21, 67:14, 67:16, 74:5, 74:11, 74:14
**breakdown** [1] - 89:16
**breaks** [1] - 55:24
**breathing** [1] - 40:9
**brief** [1] - 66:3
**briefing** [1] - 79:21
**briefly** [1] - 28:3
**Brigg** [3] - 54:17, 54:18, 54:25
**brings** [1] - 76:15
**broke** [1] - 86:18
**broker** [1] - 28:9
**brother** [1] - 85:6
**brother's** [1] - 63:3
**brother-in-law** [1] - 85:6
**brought** [1] - 25:6
**bug** [1] - 76:9
**build** [2] - 40:19, 40:22
**built** [1] - 66:14
**bullying** [1] - 80:2
**Bureau** [3] - 87:6, 87:17, 88:24
**Burhan** [11] - 21:16, 21:19, 21:23, 21:24, 22:1, 24:23, 25:8, 29:10, 37:9, 49:16, 88:10
**business** [1] - 80:18
**but** [76] - 3:15, 5:24, 6:5, 6:15, 7:2, 7:14, 8:22, 10:1, 13:21, 14:4, 15:2, 16:12, 20:5, 21:20, 23:9, 23:13, 24:2, 27:13, 29:11, 31:23, 33:3, 33:5, 36:15, 38:4, 38:18, 38:22, 40:2, 40:15, 43:1, 43:3, 43:18, 44:4, 44:22, 48:12, 52:12, 52:24, 54:1, 54:15, 54:21, 54:25, 55:5, 56:15,

58:16, 61:23, 62:10, 62:16, 62:21, 63:22, 63:24, 64:13, 65:13, 65:15, 68:11, 70:4, 71:4, 72:16, 72:20, 72:22, 72:24, 73:11, 73:13, 76:7, 76:14, 77:11, 80:16, 82:3, 82:14, 83:11, 83:25, 84:4, 85:10, 85:16, 85:25, 86:5, 86:17, 88:17
**Buy** [1] - 30:25
**buy** [1] - 31:4
**BY** [16] - 17:18, 19:13, 26:13, 30:13, 33:14, 37:2, 45:7, 46:14, 50:12, 51:10, 54:13, 56:14, 61:8, 61:18, 62:4, 66:5
**By** [1] - 73:5
**by** [74] - 1:24, 2:4, 2:5, 2:6, 4:3, 11:15, 13:1, 13:24, 13:25, 14:4, 16:21, 19:19, 20:1, 24:3, 24:8, 24:14, 24:17, 25:21, 27:1, 27:8, 27:9, 28:5, 29:21, 33:22, 34:1, 34:4, 34:12, 34:22, 35:1, 35:11, 35:21, 37:9, 38:14, 41:19, 41:20, 42:17, 43:14, 47:2, 48:3, 49:11, 49:19, 49:22, 50:1, 50:22, 51:24, 53:6, 57:9, 58:22, 62:24, 67:3, 67:16, 68:7, 68:10, 70:1, 72:22, 73:4, 75:9, 75:23, 76:24, 80:10, 80:13, 81:3, 81:11, 87:16, 87:20, 87:21, 87:25, 88:12, 88:14, 89:9

## C

**C** [2] - 3:1, 11:20
**call** [45] - 5:1, 9:10, 10:6, 10:7, 10:15, 16:20, 17:8, 18:23, 25:22, 28:7, 28:9, 30:7, 30:22, 31:2, 32:14, 33:23, 36:1, 44:8, 44:20, 44:25, 45:3, 48:4, 49:16, 49:25, 50:23, 51:17, 57:13, 57:22, 62:8, 62:11, 62:14, 70:25, 71:2, 72:17, 74:7, 74:12, 80:1, 80:18,

80:19, 81:1, 81:24, 82:2, 83:17
**called** [5] - 3:15, 10:10, 37:12, 80:2, 80:3
**calling** [1] - 30:7
**calls** [11] - 4:22, 5:1, 5:11, 5:25, 7:1, 7:7, 7:20, 18:24, 51:17, 77:17, 82:23
**came** [5] - 12:5, 34:11, 41:11, 63:3, 73:14
**camera** [1] - 13:6
**can** [42] - 3:17, 7:12, 11:9, 18:9, 22:3, 27:18, 28:3, 29:3, 30:8, 30:14, 33:12, 34:15, 34:17, 37:1, 38:22, 39:24, 41:7, 41:16, 42:23, 44:18, 46:6, 46:23, 50:4, 52:21, 57:4, 59:9, 60:15, 61:6, 62:10, 63:17, 63:18, 63:19, 63:20, 74:13, 76:12, 77:12, 80:15, 80:16, 89:13, 89:19
**can't** [3] - 56:11, 64:5, 64:7
**Candice** [1] - 78:10
**capacity** [1] - 60:7
**card** [10] - 10:10, 30:6, 30:17, 34:5, 34:6, 43:11, 43:12, 52:20, 54:23, 56:4
**cards** [18] - 5:3, 6:17, 30:25, 31:2, 31:4, 31:8, 31:20, 31:23, 32:2, 32:12, 34:4, 34:12, 35:6, 61:20, 64:14, 84:8
**care** [2] - 48:13, 48:15
**careful** [1] - 76:5
**Carla** [1] - 8:19
**carriers** [4] - 20:2, 20:4, 34:14, 35:23
**carries** [1] - 81:24
**cartels** [1] - 9:20
**Carter** [1] - 84:15
**case** [47] - 5:24, 6:10, 6:22, 7:9, 7:15, 7:19, 10:14, 13:18, 14:11, 15:8, 15:10, 18:3, 18:7, 20:2, 23:6, 25:4, 27:23, 35:2, 37:20, 39:23, 40:2, 40:13, 40:16, 41:5, 42:9, 43:21, 44:4,

44:9, 46:4, 47:10, 47:13, 47:15, 47:24, 48:18, 50:2, 50:15, 62:3, 66:9, 66:12, 73:16, 74:13, 74:21, 76:3, 79:5, 79:20, 84:13, 88:13
**Case** [1] - 17:25
**cases** [12] - 23:9, 23:15, 25:6, 35:10, 36:4, 39:20, 43:2, 43:4, 44:20, 45:16, 47:7
**cash** [9] - 6:6, 19:22, 22:4, 22:22, 34:14, 35:25, 39:1, 52:23, 56:17
**caught** [4] - 12:17, 13:5, 27:15, 29:1
**Cause** [1] - 84:12
**caused** [1] - 8:17
**Cell** [1] - 45:19
**cell** [17] - 8:1, 10:8, 18:21, 18:23, 19:18, 25:23, 26:21, 46:16, 46:19, 46:20, 46:25, 47:18, 51:21, 59:10, 62:9, 68:21, 76:17
**cells** [4] - 38:10, 59:3, 59:6, 69:5
**center** [15] - 5:1, 10:15, 28:7, 28:9, 31:2, 43:4, 43:5, 43:6, 44:20, 49:25, 62:8, 62:14, 71:2, 72:18
**centers** [2] - 9:10, 10:7, 18:24, 30:7, 32:14, 33:23, 44:8, 44:25, 45:3, 48:4, 49:16, 50:24, 51:17, 62:11, 70:25, 74:7, 74:12, 80:1, 80:18, 80:19, 81:24, 82:2
**certain** [2] - 59:10, 59:17
**CERTIFICATE** [1] - 90:6
**certify** [1] - 90:8
**chair** [1] - 17:6
**change** [1] - 14:6
**changed** [1] - 85:8
**character** [1] - 80:25
**characteristics** [1] - 80:25
**charge** [1] - 12:10
**charged** [2] - 25:1, 25:4, 25:7, 47:7, 71:20
**charges** [1] - 53:20
**chart** [11] - 19:25,

29:3, 32:4, 41:13, 42:25, 47:3, 59:11, 59:13, 74:3, 88:6, 88:7
**charts** [1] - 69:12
**check** [2] - 48:12, 54:22
**Chicago** [10] - 13:1, 13:8, 14:7, 20:14, 23:24, 23:25, 28:19, 29:21, 30:1, 50:21
**child** [1] - 85:1
**children** [5] - 80:9, 80:13, 84:25, 85:2, 85:5
**Childs** [2] - 55:10, 67:10
**China** [4] - 61:10, 61:19, 61:24, 62:3
**chooses** [1] - 85:12
**Christine** [3] - 58:9, 58:12, 58:14
**Circuit** [5] - 71:18, 73:11, 73:16, 73:22, 74:13
**Circuit's** [1] - 74:21
**circumstance** [1] - 12:16
**circumstances** [4] - 48:2, 79:24, 85:14, 86:3
**claim** [4] - 62:25, 63:1, 64:4, 68:7
**claimed** [9] - 6:20, 36:9, 38:24, 54:1, 54:19, 55:17, 60:21, 66:23, 68:10
**Claiming** [1] - 73:5
**claims** [4] - 51:24, 62:5, 64:2, 70:3
**clandestine** [1] - 12:9
**clarification** [1] - 36:11
**clarify** [2] - 38:1, 46:23
**clean** [1] - 83:25
**clear** [3] - 39:19, 42:3, 73:8
**clerk** [4] - 83:6, 83:15, 83:20, 85:17
**clerk's** [1] - 89:4
**client** [1] - 17:5
**close** [1] - 10:6
**closed** [1] - 13:15
**co** [1] - 16:7
**co-conspirators** [1] - 16:7
**coca** [1] - 9:13
**code** [1] - 31:1

**codefendant** [1] - 37:9
**coerced** [1] - 12:11
**coffee** [1] - 13:7
**collection** [1] - 87:25
**Column** [6] - 34:23, 35:3, 35:7, 39:25, 70:23, 71:5
**column** [6] - 34:15, 34:23, 35:3, 42:4, 59:20, 70:23
**Columns** [2] - 34:16, 38:22
**columns** [5] - 34:16, 34:17, 38:10, 63:20, 71:3
**com** [1] - 10:10
**combined** [4] - 39:22, 39:24, 40:1, 75:3
**come** [9] - 11:11, 12:4, 22:20, 36:1, 41:10, 45:13, 45:15, 67:24, 72:5
**comes** [1] - 73:11
**coming** [1] - 9:14
**commence** [1] - 89:2
**commentary** [1] - 76:12
**comments** [2] - 15:21, 25:24
**commerce** [1] - 9:18
**commercial** [4] - 20:2, 20:4, 34:14, 35:23
**commit** [2] - 7:17, 87:18
**committing** [1] - 71:21
**common** [6] - 25:25, 26:3, 47:13, 48:1, 73:18, 73:20
**commonly** [1] - 73:19
**communicate** [1] - 6:8
**communicating** [3] - 71:23, 72:1, 72:2
**communications** [1] - 6:16
**company** [1] - 44:22
**compared** [1] - 81:5
**compartmentalize** [1] - 84:1
**compensable** [1] - 88:15
**compiled** [2] - 51:23, 52:6
**complaint** [1] - 25:7
**complaints** [3] -

6

34:25, 64:3, 81:2
**complex** [1] - 82:21
**comply** [2] - 87:19, 87:21
**composite** [1] - 51:24
**computer** [1] - 1:25
**concede** [1] - 4:21
**concerns** [1] - 28:23
**conclude** [1] - 53:19
**concrete** [1] - 8:5
**condition** [1] - 74:24
**conditions** [3] - 87:20, 87:21, 87:22
**conduct** [11] - 7:6, 7:12, 9:5, 11:21, 12:20, 49:19, 50:1, 50:9, 79:20, 81:23, 87:9
**conducted** [1] - 33:22
**confidence** [4] - 18:12, 44:14, 80:9, 80:20
**confident** [1] - 80:10
**confirmed** [2] - 14:3, 67:16
**confronted** [1] - 13:24
**confused** [1] - 23:13
**connection** [1] - 9:9
**consent** [1] - 37:15
**conservative** [1] - 69:3
**consider** [2] - 4:13, 71:20
**consideration** [1] - 65:25
**considered** [2] - 10:2, 10:3
**consistent** [2] - 49:6, 49:12
**conspiracies** [1] - 82:10
**conspiracy** [29] - 4:25, 5:6, 5:7, 5:9, 6:2, 7:7, 9:16, 12:13, 15:20, 19:7, 19:17, 19:23, 27:22, 28:21, 32:1, 34:10, 39:21, 47:5, 47:6, 49:22, 50:2, 50:13, 50:18, 51:1, 51:4, 57:12, 60:23, 81:12, 82:7
**conspirators** [4] - 7:7, 16:7, 26:1, 31:20
**constantly** [1] - 73:23
**consult** [1] - 3:17
**contact** [13] - 5:1,

10:8, 10:9, 22:9, 29:8, 29:10, 57:15, 58:3, 60:8, 64:10, 71:25, 72:15
**contacted** [2] - 36:16, 84:8
**contacting** [2] - 23:9, 36:14
**contacts** [1] - 9:20
**contain** [1] - 53:9
**containing** [1] - 74:16
**contemporaneous** [1] - 38:6
**contents** [1] - 67:16
**context** [1] - 4:23
**continue** [2] - 15:15, 56:7
**continued** [5] - 12:14, 13:20, 14:9, 15:25, 16:2
**continuing** [1] - 16:13
**contradict** [1] - 49:23
**convince** [2] - 23:16, 76:14
**cooperate** [3] - 36:14, 64:11, 87:24
**cooperation** [1] - 41:23
**cooperative** [1] - 38:3
**coordinate** [1] - 6:6
**coordinated** [1] - 83:14
**coordinating** [1] - 5:25
**coordination** [1] - 5:16
**coordinator** [2] - 4:24, 51:21
**copy** [2] - 46:13, 70:12
**corner** [1] - 28:2
**corporate** [4] - 22:6, 22:7, 37:10
**correct** [85] - 16:24, 22:13, 22:25, 23:3, 23:4, 24:6, 24:18, 24:19, 27:1, 27:17, 28:16, 28:17, 32:7, 34:8, 35:17, 35:20, 36:2, 36:3, 39:7, 40:4, 41:15, 42:8, 46:5, 47:11, 47:12, 47:14, 48:25, 49:1, 50:18, 50:19, 51:14, 51:18, 51:19, 51:21, 51:22, 51:25, 52:4, 52:5,

52:11, 52:21, 53:1, 53:2, 53:6, 53:7, 53:10, 53:21, 54:4, 54:19, 54:20, 54:24, 55:3, 55:7, 55:8, 55:14, 55:18, 55:25, 56:16, 56:17, 56:20, 56:22, 57:1, 57:2, 57:10, 57:11, 57:24, 57:25, 58:4, 58:5, 58:7, 58:8, 58:11, 58:23, 59:1, 59:4, 59:6, 60:19, 60:20, 60:23, 61:10, 63:19, 64:15, 64:18, 64:22, 65:19, 90:8
**corroborated** [1] - 15:12
**costs** [1] - 81:19
**could** [22] - 10:12, 13:10, 14:24, 15:12, 15:15, 19:12, 22:22, 22:23, 26:2, 27:18, 32:18, 36:7, 37:12, 37:13, 38:18, 39:5, 39:11, 45:8, 52:25, 75:1, 77:5, 80:1
**couldn't** [4] - 39:1, 64:8, 64:9
**counsel** [2] - 61:3, 89:18
**count** [5] - 16:21, 46:9, 70:21, 70:22, 78:5
**counted** [3] - 35:19, 37:17, 43:24
**countries** [3] - 9:13, 62:3, 62:14
**country** [5] - 9:24, 9:25, 10:1, 84:23, 86:6
**counts** [1] - 89:21
**couple** [1] - 67:9
**course** [4] - 9:23, 16:6, 23:8, 32:20
**COURT** [74] - 1:1, 3:3, 3:10, 3:16, 3:21, 3:24, 4:2, 4:7, 4:12, 4:17, 9:2, 10:17, 10:25, 11:4, 11:8, 11:10, 15:17, 16:14, 16:19, 16:21, 16:25, 17:2, 17:5, 17:9, 17:13, 26:10, 30:9, 36:22, 44:15, 50:7, 51:7, 54:12, 56:10, 61:25, 64:7, 65:23, 67:20, 67:22, 67:24, 68:25, 69:10, 69:12, 69:14, 69:18, 69:21,

70:6, 70:13, 70:16, 70:21, 71:3, 71:6, 71:13, 71:16, 74:20, 75:9, 75:15, 75:21, 75:25, 76:5, 76:10, 77:3, 78:1, 78:7, 78:15, 78:25, 79:5, 82:17, 86:7, 86:24, 89:16, 89:22, 89:25, 90:3, 90:6
**court** [2] - 61:5, 73:20, 79:17
**Court** [23] - 1:20, 1:21, 1:21, 6:20, 8:10, 17:19, 46:12, 49:3, 61:7, 68:5, 68:18, 76:22, 78:13, 78:19, 81:3, 86:25, 87:4, 87:20, 88:6, 88:16, 90:7, 90:11
**Court's** [1] - 4:9
**court's** [1] - 86:2
**COURT**.................... .......... [1] - 2:7
**courtroom** [1] - 8:18
**COURTROOM** [1] - 3:19
**courts** [1] - 71:20
**cover** [2] - 10:24, 11:2
**covered** [2] - 75:23, 88:15
**create** [1] - 33:18
**created** [2] - 33:15, 52:24
**credibility** [1] - 63:6
**credible** [1] - 69:6
**credit** [1] - 64:14
**credits** [1] - 88:24
**crime** [8] - 5:4, 7:16, 8:21, 18:14, 62:12, 79:25, 87:19
**crimes** [3] - 82:6, 87:9, 87:14
**criminal** [14] - 7:21, 7:22, 16:6, 18:14, 48:8, 49:19, 50:1, 77:21, 78:2, 81:12, 82:10, 84:13, 87:8, 88:20
**criminally** [1] - 77:5
**criminals** [1] - 15:24
**CROSS** [1] - 51:9
**Cross** [1] - 2:5
**CROSS-EXAMINATION** [1] - 51:9
**Cross-examination** [1] - 2:5
**crossing** [1] - 59:8

**CRR** [2] - 1:20, 90:7
**CSR** [2] - 1:20, 90:7
**CTRs** [1] - 34:25
**cumulative** [3] - 70:10, 70:14, 70:16
**currency** [3] - 38:4, 41:2, 41:3
**currently** [1] - 17:25
**custody** [3] - 26:25, 87:6, 87:7
**CVS** [3] - 20:7, 20:8, 22:7

## D

**D** [4] - 3:1, 11:19, 33:12, 70:11
**daily** [1] - 16:8
**dangerous** [1] - 87:24
**data** [3] - 22:20, 25:23, 63:17
**date** [3] - 55:4, 59:17, 59:18
**dates** [3] - 24:22, 24:24, 45:3
**Davia** [2] - 74:5, 74:7
**David** [3] - 1:20, 90:7, 90:11
**day** [6] - 39:2, 80:3, 80:13, 86:12, 86:13
**days** [1] - 89:2
**DEA** [1] - 7:8
**deal** [3] - 18:11, 34:13, 81:22
**dealing** [1] - 10:7
**dealings** [1] - 27:23
**death** [1] - 80:4
**debrief** [1] - 64:20
**debriefed** [1] - 64:17
**debt** [1] - 6:25
**December** [1] - 21:17
**DEFENDANT** [3] - 1:17, 3:23, 86:8
**defendant** [19] - 12:20, 18:15, 18:19, 39:9, 40:23, 50:15, 78:18, 78:24, 79:17, 82:6, 87:5, 87:10, 87:11, 87:14, 88:16, 88:21, 88:23, 89:19, 90:1
**defendant's** [8] - 33:7, 45:21, 49:8, 78:11, 78:20, 87:3, 88:11, 88:19
**defendants** [5] - 34:21, 39:24, 88:8, 88:13, 88:15

**defense** [1] - 46:12
**deficient** [1] - 81:16
**define** [1] - 53:10
**defined** [1] - 43:25
**defraud** [5] - 4:25, 51:18, 72:10, 83:10, 85:19
**defrauded** [1] - 5:21
**deliberate** [1] - 76:9
**delivered** [2] - 22:8, 22:19
**demographic** [1] - 44:22
**denied** [1] - 85:10
**denies** [1] - 87:3
**deny** [1] - 6:20
**departure** [2] - 79:11, 87:3
**depend** [1] - 75:22
**depends** [1] - 75:20
**depict** [2] - 19:17, 33:21
**depicted** [2] - 19:15, 25:9
**deported** [7] - 28:7, 29:2, 81:21, 84:23, 85:3, 87:14, 88:1
**Des** [2] - 84:25, 85:6
**describe** [2] - 22:3, 50:4
**design** [1] - 76:9
**designated** [1] - 6:5
**designed** [2] - 34:19, 53:14
**destructive** [1] - 87:23
**detail** [1] - 25:22
**details** [1] - 67:5
**detection** [5] - 12:10, 15:23, 15:25, 16:7, 16:10
**determine** [2] - 22:10, 72:9
**determined** [1] - 78:23
**deterrence** [5] - 81:13, 81:25, 82:1, 87:8, 87:13
**device** [1] - 87:24
**diabetes** [2] - 85:1, 86:14
**Diane** [3] - 61:1, 61:13, 80:13
**DICKENS** [2] - 2:3, 17:15
**Dickens** [12] - 7:14, 15:9, 16:20, 17:8, 17:20, 45:9, 51:11, 66:6, 69:4, 70:10, 70:19, 79:22

**Dickens'** [2] - 10:23, 11:2
**did** [96] - 3:21, 6:8, 7:5, 7:19, 12:23, 13:2, 13:11, 13:23, 14:2, 14:20, 15:2, 15:17, 15:19, 15:23, 16:11, 18:21, 18:23, 19:1, 19:2, 19:23, 20:14, 21:9, 22:3, 22:15, 24:10, 24:13, 25:19, 26:14, 26:17, 28:18, 28:19, 28:20, 28:25, 29:12, 29:14, 29:15, 29:17, 29:19, 31:15, 31:19, 32:13, 32:24, 35:10, 36:4, 36:7, 36:10, 38:4, 38:17, 39:9, 39:15, 41:7, 41:9, 41:10, 43:9, 48:1, 49:15, 50:23, 50:25, 52:18, 53:22, 54:25, 57:16, 57:22, 57:25, 58:7, 59:5, 59:21, 59:24, 60:3, 60:5, 60:13, 60:14, 60:18, 64:8, 64:24, 65:16, 66:17, 66:19, 66:20, 66:25, 67:1, 67:2, 69:5, 72:8, 73:12, 73:13, 76:23, 82:1, 82:6, 82:11, 84:7, 84:9, 85:16, 85:25
**didn't** [21] - 7:15, 14:19, 39:4, 47:5, 59:15, 61:9, 64:11, 65:5, 65:13, 65:15, 67:6, 70:19, 70:20, 72:18, 73:21, 76:23, 79:13, 83:17, 85:24
**different** [10] - 12:3, 20:13, 22:23, 25:4, 34:18, 36:23, 47:9, 81:6, 81:7, 83:21
**difficult** [2] - 52:22, 59:9
**direct** [5] - 9:19, 58:3, 60:8, 75:11, 77:12
**Direct** [1] - 2:4
**DIRECT** [1] - 17:17
**directed** [2] - 30:24, 76:25
**directions** [1] - 28:15
**directly** [7] - 6:8, 28:18, 32:18, 52:2, 57:20, 62:6, 62:7
**dirtier** [1] - 83:21
**disagree** [1] - 77:7

**disappeared** [2] - 14:6, 15:7
**disappointed** [1] - 80:9
**disassociated** [1] - 12:13
**discovery** [4] - 40:25, 41:5, 58:16, 67:7
**discussed** [8] - 27:10, 30:16, 36:13, 48:20, 64:17, 73:3, 73:7, 74:8
**discussing** [2] - 41:14, 69:24
**discussion** [1] - 81:14
**dismiss** [1] - 89:21
**disparities** [1] - 85:14
**display** [2] - 19:12, 33:12
**dispute** [1] - 63:2
**distance** [1] - 80:16
**distribute** [1] - 72:13
**distributions** [1] - 83:14
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [7] - 1:21, 1:22, 25:2, 50:16, 89:4, 90:7
**district** [2] - 47:10, 87:15
**districts** [1] - 47:8
**Division** [1] - 17:25
**DIVISION** [1] - 1:2
**Diwan** [19] - 13:24, 13:25, 14:5, 14:6, 14:9, 16:11, 23:19, 24:3, 24:7, 24:20, 29:13, 29:20, 30:4, 30:5, 31:6, 76:25, 77:14, 77:23
**Diwan's** [1] - 24:11
**DNA** [1] - 87:25
**do** [47] - 3:24, 4:1, 4:10, 5:18, 6:7, 9:24, 9:25, 11:10, 12:19, 15:8, 15:23, 16:8, 17:2, 17:4, 17:21, 18:6, 18:8, 22:15, 22:16, 36:7, 36:12, 39:9, 44:3, 44:15, 49:22, 51:3, 53:19, 57:22, 58:7, 64:15, 65:6, 66:8, 66:11, 67:2, 68:3, 69:6, 70:8, 73:1, 75:18, 76:24, 79:8, 80:10, 82:2,

85:24, 90:8
**Doan** [5] - 55:13, 55:23, 56:9, 56:12
**Doan's** [1] - 55:16
**Docket** [1] - 89:12
**doctor** [4] - 83:4, 83:5, 84:3, 84:5
**document** [8] - 11:20, 36:10, 38:17, 40:9, 54:21, 55:7, 61:13, 70:12
**Document** [2] - 84:12, 84:18
**documentation** [4] - 37:25, 53:25, 58:10, 69:8
**documents** [4] - 19:25, 41:4, 55:16, 66:20
**does** [24] - 3:14, 4:4, 12:20, 18:3, 19:17, 19:20, 31:25, 33:21, 33:25, 42:4, 45:12, 54:4, 55:23, 56:17, 62:21, 63:7, 63:10, 70:22, 72:25, 75:19, 83:6, 88:16, 88:17
**doesn't** [7] - 16:12, 55:10, 55:12, 70:21, 75:9, 77:16, 77:20
**doing** [6] - 5:21, 30:20, 31:16, 80:18, 83:10, 86:1
**dollar** [2] - 34:17, 70:18
**dollars** [5] - 50:21, 50:22, 74:16, 83:11, 88:18
**domestic** [1] - 18:21
**don't** [36] - 3:10, 4:2, 4:12, 10:18, 17:5, 27:14, 30:23, 38:21, 47:6, 52:12, 53:14, 54:5, 54:10, 56:15, 57:21, 57:24, 61:4, 63:10, 63:23, 64:7, 65:14, 65:15, 69:9, 73:25, 74:20, 74:22, 76:11, 76:14, 84:4, 84:5, 84:6, 86:13, 89:10
**done** [5] - 15:6, 49:25, 78:7, 80:15, 86:6
**doubt** [1] - 80:14
**down** [10] - 4:18, 10:25, 29:4, 46:10, 55:24, 56:7, 67:22, 76:15, 82:4, 85:22
**downward** [2] -

79:11, 87:3
**dozens** [1] - 47:25
**drastic** [2] - 81:5, 81:6
**drastically** [1] - 81:4
**draw** [1] - 12:19
**drive** [1] - 83:21
**driver** [2] - 12:25, 14:17
**driving** [1] - 31:13
**dropped** [1] - 20:15
**drove** [2] - 13:16, 31:10
**drug** [1] - 9:15
**due** [5] - 12:16, 68:15, 74:23, 88:20, 88:22
**duly** [1] - 17:16
**dumb** [5] - 8:23, 13:2, 14:19, 15:5, 27:14
**during** [4] - 9:8, 17:10, 18:10, 23:9

## E

**E** [4] - 3:1, 45:9, 45:18
**each** [1] - 52:3
**earlier** [3] - 19:10, 20:20, 27:13
**early** [1] - 29:22
**earned** [1] - 88:23
**easy** [2] - 46:13, 83:22
**economic** [2] - 10:19, 85:13
**either** [5] - 30:25, 41:23, 52:20, 60:7, 60:14
**elderly** [13] - 18:11, 38:7, 43:25, 44:9, 45:25, 46:7, 47:17, 47:19, 47:23, 48:2, 72:10, 72:11, 76:8
**Elderly** [1] - 73:5
**else** [7] - 27:7, 50:13, 51:4, 52:14, 89:18, 89:23, 90:1
**eluded** [1] - 16:10
**email** [1] - 44:24
**embarrassment** [1] - 36:16
**emotional** [1] - 37:23
**encompassed** [1] - 19:14
**end** [6] - 44:16, 50:2, 72:3, 79:17, 82:14, 82:15
**ended** [1] - 15:10

**enforcement** [13] - 11:25, 14:5, 23:14, 23:15, 24:3, 24:8, 35:11, 35:19, 35:23, 36:1, 38:5, 52:1, 89:9
**engaged** [3] - 81:12, 81:18, 82:9
**English** [1] - 3:14
**enhance** [1] - 16:5
**enhancement** [14] - 6:11, 6:12, 6:14, 6:20, 7:18, 10:1, 10:16, 12:22, 71:11, 72:1, 77:24, 77:25, 78:20, 78:24
**enhancements** [2] - 5:8, 78:13
**enough** [2] - 76:11, 77:9
**enter** [2] - 39:8, 69:5
**entered** [1] - 38:19
**entering** [1] - 34:11
**enters** [2] - 9:17, 83:6
**enticed** [1] - 57:20
**entire** [2] - 9:8, 68:21
**entities** [2] - 5:10, 68:17
**entitled** [1] - 90:9
**entity** [3] - 4:21, 5:22, 6:21
**entries** [1] - 68:6
**Entry** [1] - 89:12
**equalled** [1] - 78:12
**equate** [1] - 74:22
**especially** [1] - 48:10
**essentially** [3] - 13:23, 76:22, 78:8
**estate** [2] - 63:2, 63:4
**esteem** [1] - 80:12
**estimate** [2] - 42:18, 81:15
**estimation** [1] - 25:17
**Etman** [2] - 74:8, 74:15
**evaluate** [2] - 52:18, 52:25
**even** [8] - 7:19, 10:6, 13:6, 42:7, 42:8, 56:9, 77:11, 77:16
**events** [1] - 25:25
**ever** [3] - 15:17, 28:18, 80:1
**every** [7] - 36:8, 56:21, 64:15, 75:17, 85:16, 86:12, 86:13
**everybody** [3] - 76:7, 86:11, 86:23

**everyone** [1] - 48:10
**everything** [5] - 52:14, 70:24, 72:14, 80:15, 86:16
**evidence** [14] - 8:5, 14:9, 24:16, 28:24, 49:6, 49:12, 52:4, 52:19, 68:7, 69:6, 71:7, 75:11, 81:16, 81:17
**evolution** [2] - 30:21, 34:10
**exact** [1] - 14:7
**exactly** [1] - 80:18
**Examination** [2] - 2:4, 2:6
**EXAMINATION** [3] - 17:17, 51:9, 66:4
**examination** [1] - 2:5
**example** [6] - 9:12, 15:8, 26:2, 26:11, 75:15, 77:22
**examples** [2] - 14:14, 15:4
**exceed** [2] - 42:5, 42:18
**exceeds** [2] - 62:9, 70:4
**Excel** [5] - 63:18, 63:22, 63:24, 63:25
**except** [2] - 11:21, 88:13
**exception** [1] - 87:2
**exceptions** [1] - 12:15
**excuse** [1] - 58:13
**exhibit** [13] - 8:8, 8:9, 9:17, 27:19, 27:21, 28:12, 30:8, 30:15, 31:25, 32:5, 41:17, 88:6, 89:12
**Exhibit** [17] - 8:9, 9:12, 19:15, 23:18, 26:2, 27:18, 30:14, 32:5, 33:12, 41:7, 41:8, 41:10, 41:16, 45:9, 45:18, 70:11, 77:13
**exhibits** [1] - 17:10
**existed** [1] - 40:15
**exited** [1] - 15:20
**experience** [4] - 18:6, 37:3, 44:7, 44:12
**expert** [1] - 63:24
**explain** [6] - 15:9, 27:19, 28:3, 29:3, 34:17, 46:23
**expressed** [1] - 37:20

**extracted** [4] - 5:6, 16:1, 16:3, 16:10
**extricate** [1] - 82:7
**extricated** [1] - 49:21

**F**

**F** [1] - 30:14
**facilitated** [1] - 85:25
**fact** [5] - 5:21, 8:11, 12:2, 24:12, 77:7
**facts** [1] - 8:2
**factual** [5] - 11:6, 39:11, 49:5, 49:11, 86:25
**fair** [2] - 39:9, 71:1
**fake** [1] - 28:6
**fall** [3] - 19:4, 44:14, 75:21
**fallen** [1] - 36:17
**falls** [1] - 75:17
**false** [3] - 11:19, 11:20, 11:24
**familiar** [7] - 18:15, 45:10, 63:13, 63:22, 63:24, 74:21, 80:23
**family** [8] - 38:7, 45:2, 67:4, 80:6, 84:24, 85:11, 85:12, 86:18
**far** [7] - 23:24, 24:15, 25:25, 35:9, 49:15, 59:9, 62:8
**FBI** [9] - 7:8, 14:18, 19:8, 23:14, 29:23, 34:25, 52:2, 54:25
**FDC** [1] - 82:20
**fear** [1] - 48:9
**fed** [1] - 10:15
**Federal** [1] - 73:5
**federal** [5] - 13:1, 23:14, 23:16, 73:20, 87:19
**FedEx** [15] - 20:2, 20:5, 22:6, 22:18, 24:10, 24:13, 24:18, 30:2, 33:21, 35:25, 37:10, 43:5, 56:9, 56:13, 56:15
**feel** [1] - 80:10
**feelings** [1] - 80:14
**feels** [2] - 3:16, 76:7
**fell** [3] - 7:10, 15:11, 29:24
**felt** [2] - 32:24, 69:6
**female** [1] - 57:6
**fewer** [2] - 34:6, 34:9
**field** [3] - 13:22, 81:10
**Fifth** [6] - 71:18,

73:11, 73:16, 73:22, 74:13, 74:20
**figure** [2] - 68:1, 70:8
**figures** [1] - 75:17
**figuring** [1] - 85:18
**file** [1] - 50:9
**filed** [6] - 48:17, 48:22, 65:3, 79:11, 79:12, 89:11
**filing** [4] - 33:10, 49:5, 49:12, 89:12
**filings** [1] - 81:2
**fill** [1] - 42:10
**filled** [1] - 42:3
**filling** [1] - 83:23
**filtered** [1] - 29:4
**finally** [2] - 14:21, 82:5
**financial** [3] - 88:3, 88:4, 88:5
**Financial** [1] - 88:25
**find** [8] - 13:4, 22:5, 23:2, 27:4, 63:19, 71:7, 76:22, 78:2
**findings** [2] - 86:2, 86:25
**finds** [1] - 88:16
**fine** [3] - 3:16, 88:17
**firearm** [1] - 87:23
**first** [8] - 3:11, 4:8, 17:16, 30:14, 34:19, 67:25, 73:2, 86:9
**fit** [1] - 84:22
**fits** [1] - 62:19
**five** [3] - 77:6, 77:18, 78:3
**fled** [1] - 13:9
**flee** [1] - 13:8
**flow** [1] - 9:25
**focus** [1] - 68:23
**following** [1] - 87:22
**follows** [2] - 17:16, 88:20
**font** [1] - 46:2
**footage** [2] - 22:8, 22:12
**for** [118] - 3:7, 4:6, 4:14, 4:22, 4:24, 5:2, 5:8, 5:12, 5:18, 5:19, 5:21, 5:22, 6:19, 6:21, 7:12, 7:13, 7:18, 8:9, 10:8, 10:16, 11:14, 12:6, 14:2, 14:7, 17:6, 19:9, 20:20, 22:19, 23:6, 24:10, 25:23, 26:6, 27:4, 27:5, 27:25, 28:9, 29:6, 29:10, 29:15, 30:10, 30:20, 31:16, 31:20, 31:23, 32:14, 37:25,

38:10, 38:19, 39:13, 39:20, 39:22, 39:23, 40:1, 41:8, 41:24, 42:1, 42:4, 42:8, 44:2, 44:17, 45:23, 48:12, 50:23, 51:21, 53:3, 53:25, 56:21, 58:10, 62:5, 62:25, 63:11, 64:12, 64:15, 68:12, 68:13, 70:2, 71:2, 72:19, 75:17, 75:21, 77:5, 77:8, 78:17, 79:11, 81:5, 81:6, 81:11, 81:18, 81:24, 81:25, 82:5, 82:12, 82:20, 83:24, 84:3, 85:16, 85:17, 85:20, 86:6, 86:10, 86:11, 86:15, 86:16, 86:20, 87:3, 87:6, 87:8, 87:12, 88:6, 88:24, 89:10, 89:11, 89:14
**FOR** [2] - 1:13, 1:17
**foregoing** [1] - 90:8
**foremost** [1] - 86:9
**foreseeability** [1] - 10:6
**foreseeable** [6] - 7:23, 7:24, 8:16, 8:25, 73:23
**foreseen** [1] - 8:16
**form** [1] - 83:23
**format** [1] - 63:18
**forms** [1] - 67:11
**forward** [4] - 12:4, 12:5, 31:3, 65:5
**forwarded** [1] - 6:8
**found** [3] - 27:5, 36:15, 44:19
**foundation** [1] - 70:2
**four** [9] - 34:5, 43:12, 76:18, 77:1, 77:20, 77:24, 78:12, 78:24, 78:25
**four-level** [1] - 78:24
**four-point** [1] - 77:24
**frame** [2] - 20:9, 31:21
**fraud** [33] - 6:13, 7:17, 10:3, 23:5, 25:2, 28:7, 30:22, 38:6, 50:6, 50:8, 51:14, 62:16, 62:17, 65:7, 65:8, 65:9, 65:25, 68:21, 71:2, 74:18, 80:20, 82:20, 82:22, 82:24, 82:25, 83:2, 83:3, 83:5, 83:8, 84:4, 85:20
**fraudulent** [7] - 7:3,

19:25, 32:16, 32:19, 33:3, 33:22, 50:9
**from** [80] - 5:5, 5:6, 7:14, 9:14, 9:16, 10:11, 12:15, 13:22, 14:7, 15:14, 16:3, 18:3, 21:5, 21:7, 23:3, 24:17, 26:3, 26:14, 26:17, 26:18, 26:19, 26:20, 26:24, 26:25, 28:15, 30:2, 30:3, 30:4, 30:9, 30:25, 31:1, 31:13, 33:15, 36:11, 37:8, 38:8, 40:10, 41:10, 41:11, 41:13, 41:14, 41:23, 43:4, 43:24, 44:25, 48:9, 49:21, 54:2, 54:3, 56:2, 56:3, 56:10, 60:19, 63:3, 63:9, 64:3, 66:11, 66:14, 67:11, 68:21, 70:9, 73:14, 74:14, 76:21, 79:21, 79:22, 82:6, 82:7, 83:15, 83:19, 84:23, 86:6, 87:9, 87:11, 87:13, 89:1, 89:23, 90:1, 90:9
**front** [1] - 44:16
**FTC** [2] - 34:25, 52:2
**full** [5] - 47:3, 86:11, 86:15, 86:17, 86:21
**fully** [1] - 88:15
**fundraiser** [1] - 5:19
**funds** [9] - 10:13, 18:23, 32:14, 52:20, 56:3, 60:24, 61:20, 62:6, 83:15
**funneling** [1] - 10:11
**further** [4] - 22:17, 23:13, 67:19, 88:13
**furtherance** [1] - 7:22
**future** [3] - 82:6, 87:9, 87:14

## G

**G** [7] - 3:1, 19:12, 19:15, 23:18, 27:18, 32:5, 77:13
**gambler** [1] - 80:23
**Gandhi** [1] - 84:17
**gaps** [1] - 63:19
**Garcia** [3] - 57:6, 57:9, 57:12
**Gari** [3] - 16:20, 17:8, 17:20
**GARI** [2] - 2:3, 17:15

**gathered** [2] - 42:23, 79:24
**gave** [2] - 12:24, 12:25
**geared** [1] - 59:11
**general** [3] - 30:10, 62:16, 81:25
**General** [2] - 17:23, 19:9
**generally** [1] - 8:20
**generate** [1] - 22:22
**get** [24] - 11:23, 12:1, 12:3, 12:17, 22:3, 24:17, 27:15, 29:2, 30:2, 36:10, 38:8, 39:3, 41:23, 43:2, 45:9, 49:20, 61:4, 65:11, 67:5, 71:14, 83:6, 83:12, 84:22
**getting** [1] - 21:22
**gift** [22] - 6:17, 10:10, 30:6, 30:17, 30:25, 31:1, 31:4, 31:7, 31:20, 31:23, 32:2, 32:12, 34:5, 34:6, 34:12, 35:6, 43:11, 43:12, 56:4, 61:20
**gifts** [1] - 34:4
**give** [4] - 14:2, 57:20, 60:5, 89:16
**given** [8] - 11:16, 78:24, 85:13, 85:14, 86:2, 86:3, 87:7
**giving** [1] - 77:22
**Go** [1] - 27:14
**go** [43] - 3:21, 4:12, 4:14, 4:16, 4:18, 6:1, 8:24, 10:12, 10:25, 13:4, 14:3, 17:9, 18:9, 23:18, 24:15, 27:14, 27:18, 31:4, 39:5, 41:16, 46:6, 46:10, 46:11, 52:14, 53:8, 54:9, 55:10, 55:13, 55:21, 56:8, 57:3, 60:24, 61:10, 62:25, 63:1, 65:5, 65:11, 71:1, 71:9, 71:16, 71:22, 76:25, 83:22
**goes** [2] - 28:8, 63:5
**going** [44] - 5:4, 5:18, 5:22, 6:3, 9:11, 10:17, 16:14, 17:2, 17:10, 23:8, 23:9, 26:6, 26:10, 27:15, 28:24, 36:19, 48:8, 52:20, 53:3, 54:6, 61:21, 62:18, 62:19, 65:20, 65:24, 68:9, 68:12, 71:3, 71:6,

72:5, 72:12, 72:23, 72:25, 73:20, 75:12, 78:1, 78:25, 79:10, 79:16, 80:22, 84:22, 85:23, 86:18, 89:5
**gone** [2] - 13:20, 15:6
**good** [6] - 3:6, 3:8, 7:13, 46:23, 51:11, 51:12
**got** [10] - 13:9, 14:5, 22:12, 26:3, 29:1, 37:15, 65:4, 74:23, 76:13, 80:20
**GOVERNMENT** [1] - 1:13
**Government** [8] - 19:15, 23:18, 27:18, 41:7, 45:8, 45:18, 70:11, 86:10
**government** [48] - 4:4, 7:2, 7:16, 7:25, 8:2, 8:8, 8:12, 11:7, 11:13, 12:7, 15:10, 15:14, 16:4, 16:9, 16:12, 16:15, 16:18, 16:20, 17:8, 29:25, 49:11, 51:25, 52:17, 54:14, 65:22, 68:9, 68:14, 70:2, 70:4, 70:5, 72:5, 72:23, 74:12, 79:10, 79:11, 79:13, 79:16, 79:21, 80:21, 81:3, 81:17, 82:12, 82:13, 82:15, 83:23, 84:1, 89:11, 89:23
**Government's** [3] - 30:14, 32:5, 77:12
**government's** [9] - 8:10, 33:7, 45:20, 48:17, 49:8, 68:5, 79:6, 81:14, 81:16
**governmental** [5] - 4:21, 5:10, 5:22, 6:21, 7:1
**grab** [1] - 17:6
**grant** [2] - 78:25, 89:22
**granted** [2] - 78:19, 87:2
**granting** [2] - 76:10, 78:13, 78:14
**graph** [2] - 52:6, 54:4
**greater** [2] - 83:5, 88:22
**group** [4] - 4:24, 58:25, 62:8, 83:19
**grow** [1] - 9:13
**growing** [2] - 85:2,

85:3
**guess** [6] - 10:25, 27:21, 52:13, 63:23, 70:20, 75:1
**guideline** [5] - 5:16, 6:13, 75:24, 75:25, 87:1
**guidelines** [9] - 7:13, 74:22, 77:19, 79:12, 79:14, 79:16, 79:18, 81:4, 82:14
**guilty** [4] - 12:5, 50:2, 72:16, 80:14
**guy** [2] - 27:15, 75:17
**guys** [4] - 31:3, 31:12, 31:14, 86:19

## H

**H** [4] - 41:7, 41:8, 41:10, 41:16
**had** [54] - 5:11, 5:12, 11:15, 13:6, 13:13, 13:19, 22:4, 22:24, 24:15, 26:22, 27:16, 27:23, 28:23, 29:10, 29:20, 30:3, 30:4, 31:20, 31:22, 32:11, 33:4, 33:6, 34:3, 35:5, 36:17, 37:3, 37:6, 37:17, 37:19, 38:1, 38:17, 38:19, 40:15, 57:15, 59:3, 59:9, 64:21, 65:3, 67:2, 67:10, 69:6, 72:1, 72:15, 73:14, 75:13, 76:17, 77:8, 79:12, 80:21, 80:22, 83:21, 83:22
**hadn't** [2] - 33:5, 49:25
**hand** [1] - 3:19
**handed** [2] - 54:14, 82:4
**handle** [1] - 11:9
**handlers** [1] - 14:23
**HANEN** [1] - 1:10
**happen** [2] - 29:1, 83:13
**happened** [4] - 15:11, 37:6, 73:8, 73:9
**happening** [1] - 23:3
**harass** [1] - 83:17
**harassing** [1] - 80:5
**hard** [2] - 7:14, 23:6
**Hardik** [11] - 27:25, 28:1, 28:10, 50:15, 51:5, 59:3, 64:21,

65:10, 68:19, 77:13, 82:10
**harm's** [1] - 13:10
**has** [43] - 3:13, 12:4, 12:5, 15:4, 15:5, 15:6, 16:18, 19:14, 34:13, 44:17, 45:23, 48:20, 48:24, 49:20, 54:14, 62:5, 65:18, 68:10, 68:11, 68:14, 69:7, 70:11, 71:17, 71:18, 71:20, 72:19, 77:21, 80:15, 81:2, 81:11, 81:15, 81:17, 82:19, 83:5, 84:24, 85:1, 85:8, 86:3, 86:6, 89:12
**have** [126] - 3:24, 4:5, 5:17, 8:4, 9:12, 9:13, 9:14, 9:19, 9:22, 12:8, 12:11, 12:19, 14:14, 16:12, 16:21, 17:7, 17:11, 18:6, 18:10, 18:13, 19:6, 20:7, 22:9, 24:2, 25:9, 25:12, 25:14, 25:17, 25:18, 28:24, 33:7, 33:10, 35:4, 36:4, 37:3, 37:12, 37:19, 39:19, 40:7, 41:21, 41:25, 42:3, 42:9, 42:13, 43:5, 45:1, 46:12, 47:10, 47:15, 47:24, 48:8, 48:17, 49:8, 49:10, 49:22, 51:13, 51:20, 51:23, 52:3, 52:4, 52:9, 52:10, 52:13, 52:19, 53:25, 54:1, 54:10, 55:23, 58:2, 58:12, 58:14, 58:21, 59:9, 62:10, 63:10, 63:11, 64:3, 64:5, 64:15, 65:15, 66:8, 68:1, 68:17, 69:9, 69:12, 69:14, 70:8, 70:12, 70:18, 70:19, 71:8, 71:22, 71:24, 72:3, 72:21, 72:25, 73:25, 74:23, 77:6, 78:7, 78:18, 79:8, 79:13, 79:15, 79:25, 80:12, 83:9, 84:4, 84:5, 84:6, 84:11, 85:18, 86:14, 86:18, 86:19, 86:20, 88:15, 88:16, 89:20
**haven't** [3] - 62:22, 83:5
**having** [3] - 17:16, 37:21, 88:19

**Hawkins** [2] - 17:13, 17:14

**he** [226] - 3:14, 3:16, 3:17, 4:20, 5:18, 5:20, 6:7, 6:8, 6:16, 6:21, 7:19, 8:21, 8:22, 8:23, 10:7, 10:8, 10:9, 10:11, 10:15, 11:15, 12:3, 12:5, 12:7, 12:11, 12:12, 12:13, 12:23, 12:24, 12:25, 13:2, 13:3, 13:7, 13:9, 13:13, 13:18, 13:19, 13:22, 14:1, 14:2, 14:5, 14:9, 14:18, 14:19, 14:20, 14:21, 14:22, 14:24, 15:5, 15:6, 15:8, 15:13, 15:15, 20:25, 21:2, 21:3, 21:6, 21:19, 21:20, 23:19, 23:20, 23:23, 23:24, 23:25, 24:4, 24:8, 24:12, 26:22, 26:25, 27:9, 27:13, 28:7, 28:8, 28:15, 28:18, 28:19, 28:23, 28:25, 29:1, 29:14, 29:15, 29:17, 31:13, 31:15, 33:2, 33:4, 33:5, 33:13, 35:15, 39:1, 39:2, 49:25, 50:2, 52:14, 55:13, 55:17, 55:24, 57:16, 57:18, 57:20, 57:22, 57:25, 58:6, 58:7, 59:3, 59:5, 60:6, 64:7, 64:20, 65:13, 65:15, 65:16, 65:17, 65:18, 67:14, 67:15, 69:5, 69:6, 70:19, 70:20, 71:1, 72:16, 72:17, 72:25, 73:10, 73:13, 73:14, 74:16, 75:11, 76:18, 76:20, 76:22, 76:23, 76:24, 76:25, 77:19, 77:20, 77:21, 77:22, 77:23, 78:2, 79:18, 80:15, 80:16, 80:18, 80:19, 80:21, 80:23, 80:24, 80:25, 81:1, 81:2, 81:4, 81:7, 81:9, 81:12, 81:18, 81:19, 81:20, 81:21, 82:6, 82:8, 82:9, 83:16, 83:17, 83:18, 83:21, 83:22, 84:2, 84:7, 84:8, 84:21, 84:24, 85:1, 85:4, 85:9, 85:10, 85:15, 85:16, 85:24, 85:25, 86:1,

86:6, 87:14, 87:18, 87:19, 87:23, 87:24, 88:1, 88:8

**he'd** [1] - 13:5

**he's** [11] - 5:18, 5:21, 6:13, 6:15, 6:16, 28:2, 69:8, 71:3, 72:15, 84:4, 87:16

**headings** [1] - 34:16

**health** [4] - 48:13, 48:15, 60:3, 71:24

**healthy** [1] - 75:16

**hear** [6] - 4:12, 7:5, 7:14, 14:25, 26:14, 56:11

**heard** [3] - 24:2, 26:19, 26:20

**HEARD** [1] - 1:10

**hearing** [1] - 8:9

**hearsay** [2] - 15:22, 26:7

**heist** [2] - 50:20, 65:6

**held** [4] - 7:12, 71:18, 77:5, 82:20

**help** [5] - 37:25, 69:10, 69:21, 70:6, 89:6

**helped** [1] - 13:8

**helpful** [1] - 89:13

**her** [18] - 8:18, 8:19, 29:24, 37:7, 37:12, 37:13, 37:14, 37:15, 54:18, 54:19, 54:23, 58:10, 63:2, 63:3, 63:5, 74:17, 80:7

**Here** [1] - 53:4

**here** [40] - 3:15, 8:6, 8:18, 10:5, 12:19, 14:17, 15:14, 21:7, 23:18, 24:22, 28:4, 28:14, 28:25, 29:22, 32:8, 33:1, 37:6, 37:8, 37:11, 38:10, 38:21, 39:24, 42:16, 42:22, 50:11, 50:15, 55:15, 55:23, 56:4, 69:10, 69:21, 69:22, 70:6, 74:22, 81:11, 83:19, 84:5, 84:7, 86:3

**hereby** [2] - 87:5, 90:8

**hide** [2] - 15:13, 80:25

**hierarchy** [2] - 27:21, 32:6

**high** [3] - 52:9, 81:24, 82:14

**high-quality** [1] - 52:9

higher [3] - 52:14, 79:12, 82:14

**highlight** [1] - 45:24

**highly** [1] - 85:13

**him** [20] - 8:15, 12:3, 13:11, 13:19, 14:1, 14:3, 15:21, 20:25, 23:21, 24:2, 27:5, 31:16, 33:2, 50:17, 64:21, 77:8, 80:23

**himself** [12] - 5:6, 12:8, 12:13, 13:9, 16:1, 16:3, 16:10, 49:21, 80:16, 81:1, 81:10, 82:7

**hindrance** [1] - 11:22

**hired** [1] - 31:16

**his** [83] - 5:7, 5:23, 6:2, 6:5, 6:6, 6:15, 6:20, 8:1, 8:3, 8:6, 8:13, 8:14, 8:22, 9:8, 10:8, 10:12, 11:14, 12:6, 12:20, 12:21, 12:25, 13:3, 13:6, 13:9, 13:23, 14:6, 14:23, 15:5, 15:6, 15:16, 15:22, 16:11, 16:13, 19:4, 21:7, 21:17, 21:20, 21:25, 26:21, 28:15, 32:13, 35:16, 49:24, 55:24, 58:6, 58:25, 62:24, 68:21, 68:23, 72:19, 73:4, 73:10, 74:6, 74:13, 77:9, 80:17, 80:22, 80:24, 80:25, 81:2, 81:8, 81:19, 81:20, 81:25, 82:7, 83:21, 83:25, 84:23, 84:24, 85:5, 85:6, 85:8, 85:11

**hold** [7] - 11:13, 55:21, 56:23, 62:17, 64:11, 68:11, 71:1

**Homeland** [1] - 19:10

**Honor** [66] - 3:6, 3:8, 3:13, 4:1, 4:4, 4:11, 4:16, 4:18, 4:22, 6:10, 6:19, 6:22, 7:4, 9:4, 9:9, 10:21, 10:22, 11:12, 11:13, 12:1, 12:14, 14:13, 15:19, 17:4, 26:6, 36:19, 51:6, 51:8, 54:11, 61:3, 61:16, 65:20, 66:1, 66:2, 66:3, 67:21, 68:4, 69:25, 70:5, 70:11, 71:12, 71:17, 74:2, 74:19,

75:7, 76:17, 77:2, 77:4, 77:12, 78:6, 78:9, 78:23, 79:2, 79:9, 79:19, 82:18, 84:21, 85:9, 86:4, 86:8, 86:9, 86:12, 86:21, 89:7, 89:24, 90:2

**HONORABLE** [1] - 1:10

**hotel** [6] - 13:17, 16:2, 20:17, 20:19, 33:25

**hours** [2] - 80:3, 87:16

**houses** [1] - 23:16

**HOUSTON** [2] - 1:2, 1:5

**Houston** [17] - 1:15, 1:19, 1:23, 8:6, 14:17, 21:5, 21:7, 21:8, 22:1, 22:2, 28:25, 29:22, 29:24, 33:1, 37:6, 37:11

**how** [31] - 15:9, 18:14, 19:23, 22:4, 22:10, 25:20, 25:25, 26:22, 27:15, 29:3, 31:12, 34:18, 37:4, 39:1, 43:11, 43:15, 44:15, 46:6, 46:15, 46:18, 52:17, 55:24, 56:17, 57:24, 62:7, 62:19, 63:22, 76:13, 77:10, 78:15

**however** [4] - 24:13, 38:14, 38:25, 47:3

**huh** [1] - 69:13

**human** [1] - 12:17

**hundred** [1] - 88:18

**hundreds** [2] - 58:21, 74:16

**hurt** [1] - 81:11

## I

**I** [135] - 3:1, 3:24, 4:4, 9:9, 9:10, 9:11, 10:18, 10:25, 11:1, 11:9, 12:14, 14:14, 15:19, 16:15, 16:25, 17:4, 17:14, 18:8, 18:10, 18:12, 21:16, 27:13, 27:21, 28:5, 29:18, 33:17, 33:18, 34:11, 36:19, 36:20, 38:1, 38:21, 41:9, 44:3, 46:9, 46:20, 47:6, 47:7, 48:5, 49:10, 51:6, 51:16, 51:20,

52:6, 52:12, 52:13, 52:15, 53:14, 54:5, 54:10, 54:11, 54:18, 56:12, 57:7, 57:21, 57:24, 58:12, 58:14, 59:14, 59:17, 61:3, 61:4, 61:16, 62:2, 62:10, 62:15, 63:10, 63:22, 63:23, 64:7, 64:8, 65:14, 65:18, 65:25, 67:1, 68:8, 69:12, 69:14, 69:16, 69:19, 70:8, 71:3, 71:6, 71:8, 71:10, 71:12, 73:12, 73:21, 74:20, 74:21, 75:1, 76:1, 76:6, 76:10, 76:11, 76:12, 76:16, 77:7, 77:9, 77:12, 78:1, 78:4, 78:6, 78:7, 78:9, 79:8, 79:9, 80:1, 80:9, 80:10, 80:12, 80:13, 80:24, 81:10, 82:12, 82:13, 86:11, 86:12, 86:15, 86:17, 86:19, 86:21, 89:13, 89:16, 90:7

**i** [1] - 56:4

**I'd** [1] - 63:10

**I'll** [7] - 3:15, 26:10, 36:22, 65:23, 66:2, 66:3, 89:22

**i'm** [3] - 46:17, 56:12, 61:11

**I'm** [59] - 3:15, 9:2, 9:11, 10:17, 10:23, 16:11, 16:14, 16:19, 17:10, 17:22, 17:25, 23:25, 26:6, 26:10, 30:11, 38:22, 44:10, 53:16, 53:18, 54:10, 55:1, 60:15, 61:13, 61:17, 61:23, 63:22, 63:23, 63:24, 65:14, 65:20, 65:24, 71:4, 71:6, 72:17, 72:18, 72:22, 74:22, 75:9, 76:1, 76:10, 77:22, 78:1, 78:3, 78:25, 80:22, 84:13, 86:9, 86:10, 86:11, 86:13, 86:15, 86:16, 86:20, 86:22, 86:23, 89:5

**I've** [5] - 18:12, 25:11, 54:14, 86:20, 86:21

**iceberg** [1] - 79:23

**idea** [2] - 13:19, 52:24

**identification** [2] -

11:20, 19:25
**identified** [9] - 19:24, 30:3, 31:10, 31:12, 34:20, 41:19, 42:22, 43:1, 45:25
**identify** [9] - 20:14, 31:15, 38:14, 38:18, 39:1, 43:9, 44:15, 54:2, 64:9
**identifying** [1] - 59:24
**IDs** [2] - 20:16, 28:6
**if** [84] - 4:4, 6:22, 7:22, 8:8, 9:15, 11:18, 17:13, 19:12, 22:12, 22:15, 23:18, 26:2, 27:18, 29:1, 30:14, 30:23, 33:17, 34:15, 36:7, 36:23, 37:12, 38:12, 39:5, 41:7, 42:12, 42:15, 42:16, 42:22, 45:8, 45:18, 46:6, 46:10, 47:16, 52:13, 53:3, 54:6, 54:9, 54:15, 55:10, 55:13, 55:21, 56:8, 57:3, 57:4, 58:9, 59:15, 59:16, 62:18, 62:25, 63:1, 64:9, 64:10, 67:2, 67:24, 68:5, 68:17, 70:10, 70:12, 70:18, 70:19, 71:12, 71:14, 72:1, 73:8, 73:23, 76:13, 77:12, 78:5, 78:9, 78:16, 81:21, 82:14, 83:3, 83:8, 83:25, 84:10, 85:11, 87:14, 87:25, 89:13
**illegal** [1] - 15:16
**illegally** [1] - 88:1
**Illinois** [3] - 28:5, 85:1, 85:7
**immediately** [2] - 48:11, 88:21
**immigration** [1] - 50:10
**impact** [23] - 17:3, 18:1, 37:23, 40:11, 40:12, 40:16, 40:18, 53:8, 53:12, 53:19, 53:22, 54:7, 54:9, 54:16, 55:19, 58:11, 58:15, 58:17, 63:7, 66:14, 66:17, 67:10, 69:9
**impersonate** [1] - 30:23
**impersonating** [1] - 30:7

**impersonation** [4] - 8:2, 8:8, 8:12, 29:25
**implying** [1] - 76:13
**important** [3] - 36:12, 46:24, 81:25
**impose** [1] - 88:17
**imposter** [4] - 30:22, 48:6, 57:7, 57:9
**impostor** [2] - 57:13, 80:21
**imprisonment** [2] - 87:11, 89:1
**in** [323] - 3:10, 4:25, 5:7, 5:15, 5:24, 6:4, 6:10, 6:13, 6:15, 7:5, 7:7, 7:15, 7:19, 7:20, 7:22, 8:4, 8:6, 8:14, 8:18, 8:21, 8:22, 9:10, 9:19, 9:22, 9:24, 10:1, 10:4, 10:7, 10:8, 10:9, 10:14, 10:15, 10:24, 11:21, 12:10, 12:15, 12:25, 13:2, 13:14, 13:17, 13:18, 13:19, 13:21, 13:24, 14:5, 14:8, 14:9, 14:10, 14:11, 14:17, 14:22, 15:10, 15:13, 15:15, 15:20, 16:2, 16:5, 18:4, 18:13, 18:18, 18:24, 19:3, 19:17, 20:2, 20:17, 20:19, 21:5, 21:7, 21:18, 21:20, 21:25, 22:4, 23:5, 23:9, 23:11, 23:12, 23:15, 23:23, 23:24, 23:25, 24:1, 24:5, 24:8, 24:23, 25:1, 25:4, 25:7, 25:8, 25:17, 25:18, 26:21, 27:2, 27:23, 28:3, 28:4, 28:5, 28:6, 28:24, 28:25, 29:19, 29:21, 29:22, 29:23, 30:1, 30:7, 30:17, 31:19, 31:21, 32:24, 33:1, 33:2, 33:25, 34:3, 34:11, 34:13, 34:14, 34:16, 35:1, 35:4, 35:6, 35:7, 35:9, 35:10, 35:13, 35:15, 35:16, 35:18, 35:24, 35:25, 36:4, 36:5, 37:4, 37:6, 37:11, 37:12, 37:16, 37:17, 37:19, 37:20, 37:23, 38:1, 38:18, 38:25, 39:17, 39:21, 39:22, 39:24, 39:25, 40:7, 40:13, 40:16, 40:25,

41:4, 41:5, 41:10, 41:12, 41:24, 42:3, 42:9, 42:10, 43:3, 43:21, 43:25, 44:4, 44:8, 44:19, 44:24, 45:5, 45:16, 45:20, 46:3, 46:15, 46:24, 47:3, 47:7, 47:10, 47:15, 47:24, 48:7, 48:18, 49:5, 49:6, 49:11, 49:12, 49:16, 50:2, 50:6, 50:10, 50:13, 50:15, 50:17, 50:20, 51:4, 51:17, 52:9, 52:23, 53:18, 56:4, 56:17, 57:12, 57:23, 58:16, 58:23, 59:16, 59:18, 59:19, 61:5, 61:22, 62:2, 62:10, 62:11, 62:13, 62:16, 63:1, 63:7, 63:9, 63:18, 63:20, 63:25, 64:1, 64:9, 65:3, 65:16, 65:18, 66:8, 66:12, 66:21, 66:23, 67:7, 67:11, 67:14, 68:19, 69:2, 69:5, 69:6, 70:20, 72:6, 72:10, 72:11, 72:13, 73:7, 73:10, 73:14, 73:19, 73:20, 74:4, 74:5, 74:8, 74:18, 76:3, 76:9, 76:20, 77:13, 77:17, 77:22, 78:12, 78:15, 78:23, 79:1, 79:19, 79:24, 80:10, 80:24, 81:2, 81:7, 81:12, 81:16, 81:18, 82:3, 82:9, 82:12, 83:1, 83:5, 83:15, 83:25, 84:12, 84:13, 84:15, 84:18, 84:25, 85:2, 85:3, 85:4, 85:6, 85:11, 85:18, 85:21, 86:13, 87:1, 87:15, 87:24, 88:13, 88:22, 88:23, 89:2, 89:12, 89:14, 90:9
**incarcerated** [1] - 82:19
**include** [6] - 33:25, 50:23, 53:20, 54:4, 59:22, 59:24
**included** [4] - 34:3, 41:4, 45:20, 55:2
**includes** [1] - 79:4
**including** [1] - 80:21
**incorrect** [1] - 68:22
**increase** [2] - 6:14,

7:13
**increased** [1] - 78:22
**incurred** [2] - 34:22, 55:24
**independent** [1] - 52:15
**INDEX** [1] - 2:1
**India** [22] - 5:4, 6:18, 7:7, 9:11, 10:7, 10:9, 10:11, 10:15, 18:4, 18:24, 23:12, 28:8, 60:24, 61:10, 68:21, 72:13, 73:15, 77:17, 85:3, 85:4, 85:12
**indian** [1] - 50:23
**Indian** [11] - 30:6, 31:2, 32:17, 33:2, 33:3, 44:20, 60:23, 62:8, 62:11, 71:2
**Indiana** [2] - 14:5, 14:9
**indicate** [6] - 54:21, 56:3, 60:3, 60:5, 65:15, 88:7
**indicates** [5] - 57:4, 57:6, 61:9, 72:14, 76:18
**indication** [1] - 14:8
**indicted** [1] - 25:8
**individual** [7] - 5:13, 62:17, 63:9, 68:20, 75:8, 82:23, 83:8
**individuals** [39] - 4:25, 7:25, 9:18, 9:21, 9:22, 12:2, 12:12, 12:13, 15:21, 15:24, 16:1, 19:14, 21:9, 25:14, 25:21, 26:3, 30:15, 30:16, 30:20, 31:19, 51:18, 64:3, 71:22, 72:13, 72:17, 72:23, 75:12, 76:18, 76:19, 77:2, 81:2, 81:5, 82:1, 83:10, 83:15, 83:20, 84:3, 84:11, 85:22
**induced** [2] - 48:9, 58:22
**inducements** [1] - 7:3
**industry** [1] - 10:16
**information** [55] - 14:2, 15:12, 16:12, 22:17, 25:17, 25:20, 26:8, 28:10, 28:15, 32:1, 34:21, 38:8, 39:3, 40:19, 40:21, 41:10, 41:16, 42:3, 42:13, 42:23, 43:2, 50:5, 50:19, 52:9,

52:10, 52:18, 53:10, 53:11, 53:20, 54:4, 55:2, 59:24, 60:6, 60:14, 60:18, 61:6, 61:9, 63:20, 64:6, 65:17, 67:7, 68:9, 68:10, 69:9, 70:1, 70:19, 71:24, 75:13, 79:23, 80:22, 88:3, 88:4, 88:5
**informed** [1] - 3:13
**inherent** [2] - 12:10, 12:17
**initially** [1] - 31:12
**Inmate** [1] - 88:25
**input** [1] - 64:11
**inside** [2] - 7:25, 19:21
**Inspection** [1] - 19:8
**Inspector** [2] - 17:23, 19:9
**inspector** [1] - 30:10
**installments** [1] - 89:2
**instance** [1] - 59:17
**instant** [1] - 11:23
**instead** [1] - 5:19
**institution** [1] - 56:2
**instructed** [2] - 71:22, 76:24
**instruction** [1] - 12:24
**instructions** [1] - 29:4
**insufficient** [1] - 72:22
**intact** [1] - 75:16
**intended** [4] - 16:22, 27:19, 33:6, 65:18
**intent** [1] - 72:21
**interaction** [1] - 28:18
**intercepted** [8] - 14:4, 35:11, 35:21, 35:24, 35:25, 37:9, 37:11, 89:9
**intermediary** [2] - 29:12, 29:15
**international** [1] - 9:20
**interpreter** [3] - 3:10, 3:14, 17:6
**INTERPRETER** [1] - 3:13
**interview** [5] - 7:15, 13:3, 13:7, 23:6, 54:25
**interviewed** [8] - 13:19, 25:10, 25:11, 25:12, 25:14, 31:15,

47:15, 47:24
  **interviewing** [1] -
48:1
  **interviews** [1] - 41:6
  **intimidating** [1] -
80:2
  **into** [19] - 6:1, 6:3,
9:17, 9:18, 15:11,
18:9, 18:18, 19:7,
28:21, 29:23, 32:18,
61:4, 62:19, 62:25,
65:4, 65:25, 79:15,
80:7, 81:9
  **introduce** [1] - 17:19
  **investigate** [5] -
18:1, 21:9, 22:4, 52:3,
56:24
  **investigated** [6] -
18:12, 29:21, 30:5,
30:20, 64:4, 68:11
  **investigating** [5] -
20:25, 21:13, 23:21,
51:13, 58:2
  **investigation** [28] -
3:22, 11:22, 18:18,
19:2, 19:3, 19:7,
19:14, 20:22, 22:17,
23:20, 25:18, 26:8,
28:11, 29:19, 30:17,
31:18, 34:11, 39:17,
41:3, 41:12, 44:25,
49:6, 49:13, 65:19,
70:7, 79:24, 87:1
  **investigations** [4] -
19:10, 44:12, 44:20,
44:24
  **investigators** [1] -
40:22
  **involve** [1] - 18:3
  **involved** [19] - 4:25,
5:7, 5:15, 6:15, 18:18,
21:20, 39:9, 50:5,
50:13, 50:20, 51:4,
63:3, 63:8, 63:9,
72:10, 76:20, 77:6,
77:18, 78:21
  **involving** [2] - 19:3,
39:21
  **IP** [1] - 22:20
  **IRS** [3] - 30:7, 30:22,
30:23
  **is** [229] - 3:25, 4:19,
5:8, 5:17, 5:22, 6:2,
6:3, 6:4, 6:12, 6:14,
6:16, 7:6, 7:9, 7:12,
7:16, 7:18, 7:20, 8:8,
8:18, 8:25, 9:4, 9:5,
9:14, 9:16, 9:18, 9:22,
10:1, 10:2, 10:4, 10:5,
10:16, 10:21, 11:23,

11:25, 12:7, 12:10,
12:19, 12:21, 12:22,
13:21, 14:10, 15:8,
16:4, 16:11, 17:2,
17:6, 17:11, 17:20,
23:8, 24:18, 26:2,
26:7, 27:15, 27:21,
28:3, 28:14, 28:16,
29:8, 33:12, 33:15,
33:16, 34:23, 35:3,
35:7, 35:8, 35:18,
36:20, 37:7, 38:11,
38:12, 39:6, 40:3,
41:12, 42:1, 42:16,
42:25, 43:21, 43:23,
44:11, 44:13, 44:20,
44:22, 45:13, 45:18,
46:24, 47:7, 48:14,
48:25, 50:15, 51:16,
51:20, 52:7, 53:3,
53:15, 54:14, 54:22,
55:2, 57:5, 57:7,
57:12, 57:25, 58:9,
59:11, 59:12, 59:14,
60:23, 61:1, 61:3,
61:4, 62:8, 62:12,
62:19, 63:7, 65:21,
66:6, 68:6, 68:9,
68:10, 68:13, 68:16,
68:22, 69:3, 69:7,
69:25, 70:4, 70:5,
70:9, 70:10, 70:14,
70:23, 70:25, 71:10,
71:22, 72:1, 72:5,
72:8, 72:12, 72:15,
72:22, 72:23, 72:24,
72:25, 73:15, 73:16,
73:18, 73:19, 73:22,
73:24, 73:25, 74:5,
74:8, 74:12, 74:13,
75:2, 75:23, 75:25,
76:6, 76:8, 76:9,
76:11, 76:16, 76:19,
77:10, 78:5, 78:7,
79:10, 79:16, 80:7,
80:23, 80:25, 81:1,
81:4, 81:5, 81:13,
81:15, 81:16, 81:20,
82:2, 82:3, 82:20,
82:21, 82:22, 82:23,
83:4, 84:1, 84:2,
84:15, 84:18, 84:21,
84:24, 85:8, 85:9,
85:15, 85:16, 85:17,
85:21, 85:22, 85:23,
85:24, 86:4, 87:5,
87:7, 88:8, 89:6,
89:18, 90:8
  **issue** [8] - 6:1, 6:3,
6:4, 8:18, 13:11,
22:18, 58:20

  **issued** [2] - 41:18,
48:8
  **it** [170] - 6:4, 6:23,
6:24, 6:25, 7:2, 7:9,
7:14, 7:16, 7:18, 7:20,
7:21, 7:22, 7:23, 7:24,
8:3, 8:7, 8:9, 8:11,
8:14, 8:15, 8:16, 8:19,
8:22, 8:23, 8:25, 9:6,
9:17, 10:3, 10:7,
10:12, 10:15, 10:18,
12:4, 12:6, 12:25,
13:2, 13:8, 16:8,
17:11, 19:1, 19:20,
22:12, 23:6, 24:17,
26:7, 26:11, 26:14,
26:19, 26:20, 26:22,
26:23, 27:13, 27:16,
28:25, 29:22, 30:21,
33:4, 33:16, 33:25,
35:11, 35:19, 36:2,
36:10, 36:22, 37:4,
38:12, 38:16, 39:3,
39:8, 40:25, 41:1,
41:11, 42:17, 42:20,
42:21, 43:6, 45:23,
45:24, 46:9, 46:13,
47:5, 48:5, 48:11,
50:23, 50:25, 51:3,
52:22, 53:15, 54:15,
54:16, 54:19, 55:4,
55:15, 55:24, 56:17,
57:4, 61:1, 62:9,
62:18, 62:19, 62:20,
62:21, 63:8, 63:10,
63:18, 64:5, 64:7,
64:24, 65:4, 65:5,
66:16, 68:13, 68:14,
68:22, 70:4, 70:5,
70:9, 70:10, 70:21,
70:22, 70:23, 72:1,
72:7, 72:13, 72:15,
73:9, 73:10, 73:11,
73:14, 73:15, 73:25,
75:18, 75:20, 75:21,
75:22, 75:23, 76:19,
76:21, 77:7, 77:11,
77:16, 78:12, 80:1,
80:10, 82:3, 82:21,
82:22, 82:23, 83:22,
83:23, 83:24, 84:1,
84:23, 84:24, 85:9,
85:25
  **It's** [2] - 71:1, 73:22
  **it's** [41] - 8:9, 10:3,
10:4, 10:6, 12:14,
13:9, 13:20, 26:8,
38:22, 40:9, 40:10,
41:12, 42:12, 46:23,
48:14, 48:15, 53:14,
54:15, 56:2, 56:24,

61:5, 61:13, 62:12,
68:19, 69:25, 73:20,
74:1, 74:23, 78:15,
79:22, 79:25, 81:5,
81:16, 81:25, 85:13,
87:2, 87:4, 87:25,
89:13
  **its** [2] - 79:11, 88:6
  **itself** [2] - 12:11,
72:22

## J

  **jail** [1] - 86:14
  **James** [2] - 74:5,
74:7
  **Jennifer** [4] - 29:24,
57:6, 57:9, 57:12
  **Jersey** [2] - 27:2,
27:4
  **Joanne** [1] - 80:6
  **job** [1] - 14:5
  **jointly** [2] - 7:21,
88:8
  **jointly-undertaken**
[1] - 7:21
  **JUDGE** [1] - 1:10
  **judge** [1] - 25:20
  **judgment** [2] - 84:13,
87:4, 88:6, 89:17
  **JUDGMENT** [1] - 2:7
  **July** [1] - 21:19
  **jump** [1] - 11:10
  **June** [1] - 21:19
  **just** [47] - 4:2, 4:22,
7:6, 7:23, 8:16, 8:20,
8:25, 12:16, 24:16,
25:24, 26:6, 26:11,
29:2, 30:15, 38:12,
38:18, 38:25, 39:11,
39:19, 41:13, 41:14,
41:16, 41:22, 42:1,
42:25, 44:21, 46:6,
47:4, 47:7, 48:15,
48:20, 54:6, 54:15,
62:2, 64:12, 74:1,
76:10, 77:19, 77:20,
77:21, 79:22, 82:24,
82:25, 85:17, 85:19
  **justice** [1] - 12:1

## K

  **K** [3] - 34:16, 34:23,
38:22
  **Kapla** [3] - 57:5,
67:10, 80:4
  **keep** [2] - 46:24, 54:6
  **keeping** [2] - 39:15,
40:6

  **Kennedy** [1] - 58:9
  **Kennedy's** [2] -
58:12, 58:14
  **Kenosha** [6] - 14:22,
22:2, 35:15, 67:11,
67:12, 67:16
  **kid** [1] - 86:14
  **kids** [3] - 86:13,
86:14, 86:17
  **kinds** [1] - 37:25
  **knew** [12] - 8:22,
10:7, 10:15, 13:4,
14:24, 15:7, 76:13,
78:18, 80:18, 80:19,
80:20
  **knocked** [1] - 78:8
  **know** [37] - 3:25,
7:15, 8:19, 12:7,
14:19, 22:19, 23:12,
23:25, 26:17, 26:22,
27:3, 27:22, 28:23,
29:1, 33:18, 35:10,
35:24, 38:21, 41:11,
44:22, 45:1, 45:6,
47:6, 47:7, 49:15,
52:13, 53:14, 57:24,
59:25, 63:22, 65:14,
73:9, 73:12, 73:14,
73:21, 73:25, 86:13
  **knowing** [1] - 76:11
  **knowledge** [16] -
23:22, 35:5, 40:21,
49:18, 57:17, 57:19,
58:1, 58:3, 59:2,
60:12, 71:21, 72:7,
72:8, 72:9, 72:21,
75:4
  **known** [10] - 7:24,
8:3, 9:1, 24:7, 24:11,
34:9, 35:18, 41:25,
42:7, 78:18

## L

  **L** [6] - 34:16, 35:3,
35:7, 38:22, 70:23,
71:5
  **lack** [1] - 70:2
  **lacking** [1] - 69:7
  **Land** [1] - 21:8
  **large** [8] - 6:4, 51:13,
53:9, 53:19, 53:24,
54:3, 64:1, 78:21
  **last** [4] - 4:14, 8:23,
70:14, 76:15
  **later** [2] - 21:19, 25:8
  **launder** [4] - 10:12,
18:23, 31:5, 49:15
  **Laundering** [1] -
45:19

**laundering** [1] - 8:1, 10:8, 18:13, 18:21, 19:18, 25:2, 32:13, 46:16, 46:19, 47:18, 77:16

**law** [22] - 11:24, 14:4, 23:14, 23:15, 24:3, 24:8, 35:11, 35:18, 35:23, 36:1, 38:5, 52:1, 56:24, 73:11, 73:16, 74:13, 74:21, 85:6, 87:8, 87:21, 89:9

**Law** [1] - 1:17

**lawyer** [1] - 16:8

**lay** [1] - 68:21

**lead** [2] - 68:3, 76:13

**leader** [1] - 78:2

**leads** [3] - 44:21, 45:1, 45:4

**learn** [2] - 30:4, 31:19

**learned** [4] - 22:15, 26:18, 30:9, 32:1

**least** [1] - 64:1

**leave** [2] - 9:24, 39:8

**left** [9] - 12:12, 13:7, 14:10, 16:21, 28:2, 28:14, 35:9, 38:16, 39:3

**legal** [3] - 22:18, 22:23, 41:18

**legally** [1] - 50:11

**less** [1] - 80:10

**lesser** [2] - 52:10, 52:12

**lesser-quality** [2] - 52:10, 52:12

**let** [8] - 4:22, 13:25, 14:2, 53:10, 61:11, 71:9, 73:2, 74:2

**let's** [4] - 4:14, 10:25, 45:8, 54:6, 60:21, 67:25, 75:15

**level** [6] - 16:5, 78:8, 78:12, 78:22, 78:24, 79:2

**levels** [1] - 78:17

**liable** [2] - 77:5, 88:8

**license** [2] - 31:13, 85:21

**licenses** [1] - 83:9

**lie** [2] - 12:24, 15:5

**life** [4] - 37:24, 45:15, 81:19, 82:9

**like** [20] - 23:10, 27:14, 44:21, 52:19, 53:20, 55:6, 57:13, 59:14, 60:8, 69:6, 76:7, 82:1, 82:24,

82:25, 85:17, 85:19, 86:7, 89:8

**likelihood** [1] - 85:4

**likes** [1] - 31:3

**limiting** [1] - 59:8

**line** [1] - 62:20

**linked** [1] - 62:7

**liquidate** [1] - 45:14

**liquidated** [4] - 31:20, 32:12, 34:4, 34:12

**liquidating** [4] - 28:6, 31:7, 31:23, 32:2

**liquidation** [2] - 30:6, 30:18

**list** [2] - 46:6, 76:13

**listed** [6] - 35:9, 38:25, 39:25, 59:12, 64:16, 89:15

**lists** [3] - 44:21, 45:1, 45:4

**literally** [1] - 58:20

**little** [4] - 18:9, 72:20, 79:8, 86:13

**live** [1] - 84:25

**living** [4] - 21:5, 28:4, 40:9, 82:8

**local** [2] - 27:1, 87:19

**locals** [1] - 19:11

**locate** [1] - 64:5

**located** [1] - 26:21

**location** [1] - 11:15

**locations** [1] - 62:6

**Lois** [2] - 37:8, 80:11

**long** [1] - 81:18

**longer** [5] - 15:7, 15:12, 24:13, 24:15, 24:16

**look** [25] - 5:16, 6:22, 11:18, 30:14, 34:15, 37:25, 39:5, 41:7, 42:22, 45:18, 46:13, 53:24, 54:6, 54:16, 55:21, 57:3, 58:9, 61:1, 63:10, 63:20, 66:20, 78:16, 82:25, 84:10, 84:15

**looking** [6] - 27:4, 27:5, 38:22, 41:13, 43:1, 56:7

**looks** [2] - 68:5, 68:18

**loss** [56] - 4:8, 6:13, 8:17, 10:3, 16:22, 35:1, 36:8, 37:23, 38:9, 38:10, 38:11, 38:14, 38:15, 38:17, 39:12, 41:22, 41:24, 42:1, 42:4, 42:7, 42:8,

42:12, 42:13, 42:18, 48:25, 51:24, 52:10, 53:3, 54:1, 55:11, 55:17, 55:24, 56:25, 57:5, 58:10, 59:14, 59:15, 64:8, 64:9, 67:6, 67:25, 68:6, 68:8, 69:20, 69:22, 69:24, 69:25, 70:3, 70:24, 71:7, 80:8, 81:15, 84:24

**Loss** [1] - 35:3

**losses** [7] - 34:22, 51:23, 53:25, 62:5, 64:3, 66:23, 88:15

**lost** [11] - 35:4, 35:7, 38:24, 53:5, 53:6, 55:4, 55:13, 55:17, 70:24, 80:9, 80:12

**lot** [18] - 6:23, 6:25, 11:5, 11:6, 18:11, 20:8, 22:6, 36:16, 38:18, 79:19, 79:21, 79:22, 79:23, 81:14, 81:17, 81:18

**loud** [1] - 83:11

**loudly** [1] - 77:9

**Louisiana** [1] - 1:14

**loved** [1] - 37:24

**low** [4] - 44:2, 76:7, 79:17, 82:15

### M

**M** [1] - 54:17

**ma'am** [1] - 44:6

**made** [22] - 5:9, 5:11, 7:6, 23:6, 33:4, 38:6, 48:2, 49:11, 49:20, 49:22, 52:22, 58:3, 64:4, 64:12, 67:3, 80:10, 86:21, 88:12, 88:24, 89:1, 89:3

**Madeline** [2] - 55:10, 67:10

**mail** [3] - 25:2, 34:14, 47:5

**mailed** [32] - 19:19, 20:1, 20:4, 20:14, 20:18, 22:16, 22:24, 24:11, 30:1, 33:22, 33:25, 35:5, 36:5, 37:8, 37:18, 38:1, 38:13, 38:23, 39:2, 41:20, 43:4, 43:13, 47:2, 47:4, 47:5, 47:8, 54:22, 56:18, 59:13, 59:17

**mailing** [1] - 22:22

**maintained** [1] -

33:15

**Major** [1] - 17:25

**majority** [4] - 20:5, 21:6, 21:25, 23:8

**make** [7] - 5:1, 7:19, 15:6, 15:22, 46:13, 51:17, 59:15

**makes** [3] - 62:25, 71:5, 75:22

**making** [8] - 5:25, 6:16, 7:7, 11:24, 18:24, 73:24, 74:17, 77:17

**Maknojiya** [24] - 13:13, 19:5, 20:23, 24:22, 26:4, 26:20, 26:23, 27:1, 27:4, 27:6, 27:16, 27:24, 28:16, 29:16, 32:15, 32:21, 33:1, 33:4, 39:18, 74:14, 77:14, 77:22, 84:19, 88:10

**Malvi** [24] - 13:3, 13:4, 13:5, 13:8, 13:14, 13:16, 13:17, 13:20, 14:7, 14:23, 15:25, 20:20, 25:12, 29:7, 29:8, 29:12, 29:20, 30:5, 31:6, 51:5, 58:25, 76:25, 84:8, 88:9

**Malvi's** [2] - 13:15

**Man** [1] - 73:4

**manage** [3] - 77:19, 77:20, 77:21

**managed** [6] - 41:20, 43:14, 47:2, 76:18, 77:18, 77:22

**MANAGER** [1] - 3:19

**manager** [1] - 76:23

**mandatory** [1] - 87:21

**manipulated** [1] - 63:18

**many** [22] - 7:9, 12:4, 15:4, 19:8, 19:11, 23:10, 34:6, 36:14, 37:22, 38:6, 43:11, 43:15, 45:16, 46:6, 46:15, 46:18, 47:3, 47:9, 48:12, 70:2, 81:2, 82:1

**mark** [2] - 39:3, 39:8

**marked** [2] - 8:9, 70:11

**MARSHAL** [1] - 3:2

**match** [1] - 67:6

**math** [1] - 79:8

**matter** [2] - 89:20, 90:9

**matters** [1] - 18:1

**may** [13] - 3:3, 4:4, 9:25, 24:2, 54:11, 54:12, 61:16, 62:14, 62:15, 67:22, 71:12, 78:9, 88:4

**maybe** [1] - 74:20

**McCarthy** [1] - 39:6

**me** [22] - 3:13, 4:22, 24:2, 34:11, 37:15, 53:10, 58:13, 61:11, 69:10, 69:21, 70:6, 71:9, 71:14, 73:2, 74:2, 76:14, 78:15, 80:10, 86:15, 86:19, 89:6

**mean** [3] - 33:18, 45:12, 52:16

**meaning** [2] - 70:16, 70:17

**means** [1] - 38:12

**measure** [1] - 87:13

**mechanical** [1] - 1:24

**medical** [1] - 72:25

**Medicare** [8] - 48:13, 48:16, 82:22, 82:25, 83:3, 83:7, 83:16, 85:19

**meet** [1] - 28:19

**member** [2] - 45:2, 47:5

**members** [4] - 19:18, 19:23, 38:7, 67:4

**memo** [4] - 8:11, 48:17, 48:21, 48:24

**memorandum** [1] - 41:3

**memory** [1] - 66:6

**men** [1] - 25:1

**mental** [3] - 59:25, 60:7, 74:24

**mentally** [1] - 75:16

**mention** [1] - 24:2

**mentioned** [18] - 8:5, 8:12, 8:15, 8:22, 8:23, 19:10, 20:10, 20:13, 20:20, 20:22, 23:1, 27:7, 27:13, 28:2, 40:6, 48:5, 64:20, 89:9

**mercy** [2] - 86:18, 86:19, 86:20

**messages** [2] - 10:11, 73:14

**met** [1] - 13:5

**methamphetamine** [1] - 9:14

**metro** [1] - 21:8

**Metzger** [4] - 61:2,

61:13, 62:5, 80:13
**Mexico** [4] - 9:13,
9:15, 9:17
**microphone** [1] -
56:11
**middle** [1] - 13:14
**midnight** [1] - 13:14
**might** [3] - 70:25,
76:12, 76:14
**million** [5] - 42:5,
42:18, 42:20, 70:1,
70:7
**millions** [3] - 50:21,
50:22, 83:11
**mind** [3] - 36:20,
46:24, 73:10
**minute** [1] - 61:11
**Miranda** [1] - 14:25
**misrepresenting** [1]
- 7:8
**mission** [1] - 18:2
**Missouri** [2] - 37:8,
37:12
**mistakes** [2] - 86:21
**mobile** [1] - 21:24
**modified** [2] - 45:23,
45:24
**Moin** [20] - 14:21,
20:21, 21:10, 21:16,
21:23, 22:1, 24:23,
25:8, 27:9, 27:11,
29:10, 32:15, 35:13,
35:15, 67:13, 73:10,
74:6, 88:9
**mom** [1] - 80:6
**Money** [1] - 45:19
**money** [54] - 5:2,
5:13, 5:19, 5:20, 5:22,
8:1, 9:11, 9:16, 10:8,
13:15, 18:13, 18:21,
19:18, 25:2, 30:24,
31:5, 35:6, 37:14,
37:17, 37:21, 46:16,
46:19, 47:18, 49:15,
50:20, 50:23, 51:2,
53:5, 54:2, 57:20,
59:18, 61:9, 61:24,
62:3, 63:3, 65:7,
71:23, 72:12, 73:13,
73:16, 73:18, 73:19,
73:24, 74:7, 75:13,
77:16, 80:10, 80:19,
80:20, 81:8, 81:24,
83:17, 89:11
**money's** [1] - 53:5
**monitors** [1] - 17:11
**monthly** [3] - 48:12,
48:15, 89:2
**months** [8] - 82:16,
84:11, 84:14, 84:16,

84:17, 84:20, 86:4,
87:7
**Montrose** [1] - 1:18
**Moore** [1] - 8:19
**more** [28] - 7:16,
14:14, 24:11, 31:4,
31:20, 37:5, 43:21,
44:8, 47:3, 49:25,
68:15, 69:3, 69:17,
70:7, 71:18, 72:21,
74:21, 76:2, 76:3,
76:6, 76:8, 77:6,
77:17, 78:3, 79:23,
81:9, 85:10, 86:5
**morning** [4] - 3:6,
3:8, 51:11, 51:12
**most** [4] - 28:15,
34:12, 34:13, 44:23
**mother** [1] - 85:6
**mother-in-law** [1] -
85:6
**motion** [6] - 79:11,
79:14, 79:15, 82:12,
87:3, 89:20
**move** [3] - 45:8,
47:16, 85:12
**moved** [1] - 75:9
**movers** [1] - 73:19
**moving** [3] - 15:14,
81:7, 81:24
**Mr** [217] - 1:17, 2:5,
3:9, 3:13, 3:17, 3:21,
3:22, 3:24, 4:5, 4:19,
4:24, 5:1, 5:2, 5:6,
5:15, 5:24, 5:25, 6:11,
7:11, 7:19, 7:23, 7:25,
8:5, 8:12, 8:15, 8:20,
9:3, 9:7, 10:6, 10:15,
10:20, 11:1, 11:14,
12:16, 12:19, 12:22,
12:25, 13:4, 13:5,
13:8, 13:9, 13:11,
13:14, 13:15, 13:16,
13:17, 13:20, 13:23,
13:25, 14:3, 14:5,
14:6, 14:7, 14:9,
14:10, 14:12, 14:16,
14:23, 14:25, 15:1,
15:2, 15:3, 15:4,
15:12, 15:17, 15:20,
15:23, 15:25, 16:1,
16:3, 16:10, 16:11,
17:5, 19:3, 20:20,
25:23, 26:18, 26:23,
26:24, 27:3, 27:4,
27:6, 27:8, 27:10,
27:11, 27:13, 27:16,
28:10, 28:18, 28:19,
28:20, 28:21, 28:23,
28:25, 29:1, 29:5,

29:6, 29:7, 29:8,
29:12, 29:13, 29:16,
29:20, 30:4, 30:5,
31:3, 31:17, 31:23,
32:13, 32:16, 32:21,
32:22, 32:24, 33:4,
33:23, 34:4, 34:12,
39:10, 39:23, 41:20,
43:14, 47:2, 49:15,
49:19, 49:20, 49:21,
49:22, 49:24, 50:1,
50:5, 50:14, 50:19,
51:1, 51:7, 51:20,
55:13, 55:16, 55:23,
56:9, 56:12, 57:15,
58:3, 58:25, 59:25,
60:6, 60:15, 60:18,
62:6, 62:13, 62:23,
64:11, 64:18, 65:1,
65:2, 65:11, 65:24,
67:20, 68:1, 68:3,
68:19, 68:22, 69:7,
70:25, 71:1, 72:14,
72:19, 72:24, 73:4,
73:12, 74:6, 74:13,
75:4, 76:17, 76:25,
77:8, 77:11, 77:18,
78:4, 79:12, 80:15,
81:6, 81:10, 81:15,
81:23, 82:1, 82:11,
82:17, 82:18, 82:19,
83:13, 84:6, 84:8,
84:17, 84:19, 84:21,
84:23, 85:3, 85:15,
85:24, 86:5, 86:7,
89:25
**MR** [47] - 3:8, 4:1,
4:10, 4:16, 4:18, 9:4,
10:21, 11:12, 14:13,
14:15, 15:19, 16:17,
17:1, 26:6, 26:13,
30:13, 36:19, 37:2,
45:7, 50:12, 51:8,
51:10, 54:11, 54:13,
56:14, 61:6, 61:8,
61:16, 61:18, 62:1,
62:4, 66:1, 67:21,
68:4, 69:16, 69:24,
71:12, 71:14, 71:17,
74:19, 75:7, 75:11,
76:17, 78:6, 79:3,
82:18, 90:1
**MS** [55] - 3:6, 4:4,
4:8, 7:4, 10:5, 10:23,
11:2, 11:5, 11:9,
12:18, 14:14, 14:16,
16:18, 16:20, 16:24,
17:4, 17:8, 17:10,
17:14, 17:18, 19:12,
19:13, 26:12, 33:12,
33:14, 44:18, 46:12,

46:14, 51:6, 61:3,
65:20, 66:3, 66:5,
67:19, 69:1, 69:11,
69:13, 69:19, 69:23,
70:9, 70:14, 70:17,
70:22, 71:4, 73:2,
75:3, 75:20, 75:22,
76:2, 76:6, 77:4, 79:8,
89:7, 89:20, 89:23
**Ms** [19] - 1:13, 2:4,
2:6, 17:13, 17:14,
37:12, 44:17, 62:5,
62:25, 63:11, 68:25,
74:15, 75:15, 77:3,
79:6, 80:3, 80:4,
86:22, 89:6
**much** [7] - 32:25,
37:4, 39:1, 56:17,
80:10, 80:16, 80:17
**mule** [4] - 50:20,
50:23, 51:2, 65:7
**multilayered** [1] -
68:20
**multiple** [13] - 7:24,
25:14, 26:3, 26:14,
39:20, 46:15, 46:18,
47:2, 47:4, 51:17,
59:12, 59:13
**multiply** [1] - 42:17
**my** [31] - 16:21,
17:20, 19:3, 23:22,
44:12, 49:18, 57:17,
57:19, 58:1, 59:2,
60:12, 68:13, 76:19,
77:22, 78:5, 79:14,
80:6, 80:9, 80:12,
80:13, 86:12, 86:13,
86:14, 86:15, 86:17,
90:8
**Myisha** [1] - 84:15

# N

**N** [1] - 3:1
**name** [13] - 8:18,
11:20, 13:6, 17:20,
22:20, 24:14, 29:24,
30:1, 37:7, 38:22,
43:3, 43:6, 57:9
**names** [7] - 20:19,
32:19, 34:20, 45:2,
73:14, 89:17
**narrow** [1] - 82:8
**nation** [1] - 9:12
**national** [1] - 18:13
**naturally** [1] - 24:16
**nature** [6] - 12:8,
12:16, 12:17, 23:5,
52:22, 79:24
**necessarily** [5] -

4:16:4, 5:16:6, 61:3,
65:20, 66:3, 66:5,
6:25, 7:1, 11:23, 12:1,
12:3
**necessary** [1] - 86:5
**need** [4] - 3:14, 3:16,
77:20, 82:5
**needed** [2] - 5:13,
41:24
**needs** [7] - 62:20,
68:14, 71:19, 77:7,
77:19, 81:23, 86:14
**nefarious** [1] - 5:12
**never** [9] - 33:4,
57:15, 57:18, 57:20,
58:3, 58:7, 60:11,
64:24, 72:15
**new** [5] - 14:5, 45:17,
48:8, 79:15, 82:9
**New** [2] - 27:2, 27:4
**newspaper** [1] - 72:9
**next** [10] - 6:3, 9:3,
9:4, 10:20, 10:21,
11:1, 16:15, 70:23,
71:8, 71:10
**nice** [2] - 17:13,
17:14
**night** [2] - 13:14,
37:18
**nine** [1] - 74:9
**no** [55] - 13:19, 14:8,
15:7, 15:12, 16:18,
17:6, 24:9, 24:13,
24:15, 24:16, 35:5,
38:19, 38:25, 40:20,
42:7, 42:8, 42:11,
44:10, 44:18, 53:10,
53:22, 53:25, 54:21,
54:25, 55:2, 55:8,
55:12, 55:16, 55:19,
56:19, 57:12, 57:13,
57:21, 57:24, 58:10,
58:16, 58:19, 59:23,
60:2, 60:4, 60:10,
60:12, 63:16, 65:2,
66:7, 66:10, 66:13,
66:16, 67:21, 71:24,
75:11, 75:13, 81:11,
88:13
**nor** [1] - 6:16
**normal** [2] - 16:6,
16:8
**normally** [4] - 5:16,
52:19, 76:19, 76:21
**not** [130] - 3:14, 5:7,
5:15, 5:24, 6:8, 6:11,
6:15, 7:5, 7:19, 7:23,
8:16, 8:20, 8:23, 8:24,
8:25, 9:21, 9:24, 9:25,
10:6, 11:6, 11:16,
11:23, 11:24, 11:25,
12:3, 12:17, 13:10,

13:21, 14:2, 14:4,
15:2, 15:5, 16:11,
20:13, 23:22, 26:7,
26:9, 28:2, 29:14,
29:17, 32:24, 36:7,
38:18, 40:18, 43:6,
44:10, 44:24, 46:7,
47:17, 48:15, 49:18,
53:5, 53:19, 53:22,
54:4, 56:2, 56:17,
56:21, 57:17, 57:19,
57:22, 57:25, 58:1,
58:17, 58:19, 59:2,
60:12, 61:12, 61:20,
62:5, 62:7, 62:14,
63:8, 63:22, 63:23,
64:8, 64:15, 65:1,
65:14, 65:24, 66:16,
68:2, 68:7, 68:21,
69:5, 69:7, 69:20,
70:22, 71:1, 71:8,
71:23, 71:25, 72:17,
72:18, 72:24, 72:25,
73:12, 74:4, 75:9,
76:8, 77:24, 79:13,
81:16, 82:3, 82:7,
82:8, 82:14, 82:21,
82:22, 84:4, 84:24,
85:3, 85:4, 85:9,
85:13, 85:15, 85:16,
85:17, 85:21, 86:1,
86:5, 87:14, 87:18,
87:23, 88:1, 88:11,
88:16

**Not** [1] - 81:21
**Note** [1] - 12:15
**note** [1] - 11:18
**notes** [1] - 6:23
**Notes** [1] - 11:19
**nothing** [8] - 55:5,
55:19, 60:13, 60:18,
67:19, 72:16, 89:23,
90:1
**notice** [2] - 48:1,
74:17
**notified** [1] - 37:13
**November** [6] -
13:24, 24:5, 24:8,
24:23, 73:7, 73:9
**NOVEMBER** [1] - 1:7
**now** [10] - 5:15,
39:10, 40:10, 45:5,
55:10, 56:7, 57:3,
64:17, 72:5, 80:24
**nuance** [1] - 85:16
**Number** [11] - 54:9,
54:16, 55:10, 55:13,
56:8, 57:4, 58:9, 61:1,
62:25, 84:12
**number** [22] - 14:6,

18:12, 22:23, 35:8,
35:13, 41:12, 43:2,
43:7, 47:7, 48:7, 48:9,
48:14, 53:9, 54:22,
63:25, 67:14, 69:4,
70:5, 71:7, 78:22
**numbered** [1] - 90:9
**numbers** [8] - 25:4,
45:2, 48:25, 49:2,
51:23, 52:25, 69:2,
83:6
**numerous** [4] - 59:6,
68:6, 68:17

## O

**O** [1] - 3:1
**oath** [4] - 3:12, 3:20,
11:17, 11:24
**object** [3] - 26:6,
36:19, 65:20
**objection** [23] - 4:7,
4:8, 4:13, 4:19, 9:2,
9:3, 9:4, 9:5, 10:17,
10:20, 10:21, 10:24,
16:14, 16:15, 16:22,
16:23, 65:23, 71:6,
76:10, 76:16, 78:11,
78:13, 78:20
**objections** [13] -
3:24, 4:5, 4:15, 11:5,
16:22, 33:8, 45:21,
49:9, 68:1, 78:1, 78:5,
79:13, 87:2
**obligation** [1] - 88:11
**obstruction** [9] -
11:8, 11:9, 11:10,
11:24, 12:1, 12:3,
13:22, 14:11, 15:13
**obtain** [7] - 22:7,
34:24, 50:10, 60:13,
60:18, 65:2, 83:12
**obtained** [4] - 25:23,
50:5, 50:19, 60:15
**obviously** [4] - 3:17,
16:12, 79:10, 81:13
**occasion** [2] - 14:8,
76:25
**occupied** [1] - 81:6
**occur** [1] - 72:8
**occurred** [1] - 12:5
**occurring** [2] - 9:6,
38:6
**October** [1] - 21:6
**OF** [4] - 1:1, 1:4, 1:9,
2:7
**of** [378] - 1:17, 1:22,
3:4, 3:9, 4:6, 4:20,
4:24, 5:7, 5:8, 5:10,
5:19, 6:2, 6:6, 6:23,

6:25, 7:2, 7:8, 7:17,
7:20, 7:21, 7:22, 8:1,
8:6, 8:13, 8:22, 9:6,
9:8, 9:13, 9:15, 9:18,
9:25, 10:24, 11:5,
11:6, 11:22, 12:1,
12:9, 12:10, 12:16,
12:17, 12:22, 13:10,
13:14, 13:15, 13:17,
13:21, 13:25, 14:22,
14:23, 15:4, 15:6,
15:8, 15:9, 16:6, 17:3,
17:23, 18:2, 18:7,
18:9, 18:11, 18:12,
18:23, 19:4, 19:17,
19:18, 19:23, 19:24,
20:5, 20:8, 20:16,
21:6, 21:10, 21:17,
21:21, 21:25, 22:8,
22:13, 22:20, 22:21,
22:22, 22:23, 23:2,
23:5, 23:8, 23:17,
23:19, 23:25, 24:5,
24:8, 24:11, 24:23,
24:24, 25:1, 25:2,
25:9, 25:11, 25:14,
25:20, 25:24, 26:2,
26:7, 26:18, 26:23,
27:11, 27:21, 28:6,
28:7, 28:15, 29:3,
30:3, 30:5, 30:11,
30:15, 30:21, 31:25,
32:13, 32:19, 33:2,
33:22, 34:9, 34:10,
34:12, 34:13, 34:15,
35:6, 35:9, 35:13,
35:14, 36:16, 36:18,
36:21, 37:7, 37:23,
37:25, 38:2, 38:7,
38:10, 39:16, 39:17,
39:23, 40:2, 40:18,
41:3, 41:4, 41:6, 41:8,
41:12, 41:17, 41:21,
42:18, 42:25, 43:1,
43:2, 43:5, 43:7, 43:9,
43:11, 43:12, 43:13,
43:15, 43:16, 43:18,
43:19, 43:21, 44:4,
44:5, 44:8, 44:21,
44:25, 45:3, 45:19,
45:20, 46:3, 46:6,
46:13, 47:5, 47:6,
47:16, 47:17, 47:22,
48:3, 48:5, 48:6,
48:21, 49:17, 49:19,
49:24, 50:1, 50:2,
50:4, 50:14, 50:17,
50:18, 50:20, 50:21,
50:22, 51:1, 51:13,
51:23, 51:24, 52:3,
52:4, 52:20, 52:22,

53:9, 53:19, 53:21,
53:24, 54:2, 54:3,
54:15, 54:23, 55:11,
56:8, 56:19, 57:9,
57:15, 58:3, 58:21,
58:22, 58:25, 59:8,
59:18, 59:25, 60:13,
60:18, 60:21, 61:21,
62:7, 62:9, 62:15,
63:6, 63:25, 64:2,
64:13, 64:20, 65:17,
65:21, 67:9, 67:14,
67:16, 68:1, 68:6,
68:7, 68:15, 69:12,
69:14, 69:17, 70:2,
70:12, 70:17, 71:2,
71:20, 72:3, 72:12,
73:2, 73:4, 73:7, 73:9,
73:13, 74:3, 74:4,
74:14, 74:16, 75:5,
75:12, 75:15, 76:2,
76:3, 76:4, 76:17,
77:1, 77:8, 77:11,
77:15, 77:16, 77:21,
78:2, 78:12, 78:18,
78:22, 79:2, 79:8,
79:17, 79:21, 79:22,
79:23, 79:24, 80:6,
80:7, 80:8, 80:13,
80:17, 80:21, 81:3,
81:13, 81:14, 81:15,
81:17, 81:18, 81:19,
81:23, 82:6, 82:7,
82:14, 82:15, 82:20,
82:25, 83:10, 83:11,
83:12, 83:14, 83:19,
83:24, 84:11, 84:16,
84:17, 84:20, 84:24,
85:17, 86:12, 87:2,
87:4, 87:6, 87:7, 87:9,
87:12, 87:13, 87:14,
87:16, 87:17, 87:25,
88:3, 88:7, 88:14,
88:18, 88:20, 88:22,
88:23, 88:25, 89:2,
89:3, 89:4, 89:5, 89:6,
89:20, 90:8, 90:8,
90:9
**off** [4] - 44:25, 64:24,
68:3, 78:8
**offense** [16] - 11:14,
11:23, 12:4, 12:9,
15:25, 16:2, 16:5,
16:6, 68:16, 68:24,
71:22, 78:8, 78:19,
78:21, 78:22, 79:2
**offenses** [1] - 10:19
**offered** [1] - 12:8
**Office** [4] - 1:14,
1:17, 17:23, 88:5

**office** [5] - 83:15,
87:15, 88:2, 88:4,
89:4
**officer** [1] - 52:16
**OFFICER** [4] - 78:9,
78:16, 79:1, 79:4
**officers** [2] - 11:25,
14:25
**offices** [1] - 29:23
**Official** [4] - 1:20,
1:21, 90:7, 90:11
**oh** [1] - 26:5
**OIG** [1] - 18:10
**okay** [22] - 11:4,
14:15, 22:11, 26:10,
26:12, 36:25, 42:25,
43:12, 53:17, 54:6,
54:8, 56:5, 56:23,
59:3, 59:8, 63:17,
63:25, 64:17, 64:20,
69:18, 69:21, 70:13
**old** [5] - 43:19,
43:23, 48:24, 86:14
**on** [89] - 3:9, 3:15,
4:5, 5:10, 5:21, 6:8,
6:24, 6:25, 7:2, 8:14,
9:12, 11:13, 13:5,
14:22, 15:25, 16:2,
16:8, 17:12, 18:23,
19:6, 19:15, 21:9,
23:8, 23:9, 23:11,
25:9, 25:11, 26:7,
26:11, 27:19, 28:11,
28:14, 29:3, 29:22,
31:7, 31:25, 32:4,
34:5, 34:11, 36:4,
41:16, 42:12, 42:23,
43:2, 43:3, 43:6, 44:7,
44:15, 47:16, 48:12,
50:17, 54:9, 55:10,
55:13, 55:21, 56:7,
58:25, 59:18, 59:22,
61:13, 63:5, 68:22,
68:23, 69:3, 70:1,
70:2, 70:7, 70:14,
72:3, 73:9, 74:11,
74:12, 74:16, 75:20,
75:22, 76:24, 76:25,
79:18, 81:8, 83:12,
86:1, 86:18, 86:19,
87:12, 87:18, 89:17
**once** [2] - 13:4,
15:11
**one** [37] - 4:3, 4:14,
5:8, 5:21, 5:24, 6:23,
7:5, 8:6, 8:13, 11:1,
19:4, 22:22, 24:3,
24:11, 37:6, 37:7,
37:24, 39:22, 50:17,
53:16, 55:21, 56:24,

59:12, 59:16, 61:25, 68:1, 68:20, 69:14, 69:17, 71:8, 71:10, 73:3, 74:15, 77:19, 77:21

**one-by-one** [1] - 4:3
**ones** [3] - 4:10, 4:16, 36:17
**only** [13] - 5:16, 15:5, 17:13, 30:4, 40:18, 59:19, 62:21, 62:23, 65:4, 69:8, 71:5, 77:15
**open** [3] - 32:17, 37:15, 61:5
**opened** [4] - 32:19, 33:5, 37:4, 37:16
**openly** [1] - 8:1
**operate** [3] - 12:14, 58:25, 62:14
**operating** [1] - 16:6
**opposed** [1] - 7:17
**opposition** [1] - 16:18
**or** [90] - 4:21, 5:5, 5:11, 6:12, 6:14, 6:24, 7:1, 9:6, 9:8, 9:17, 11:20, 11:22, 12:11, 16:5, 19:24, 20:8, 21:19, 22:19, 23:2, 23:6, 23:11, 23:14, 24:10, 24:11, 27:8, 27:23, 27:25, 28:9, 28:15, 29:4, 30:25, 35:6, 35:25, 36:10, 37:7, 38:15, 39:2, 39:3, 39:8, 39:16, 41:23, 43:5, 43:16, 47:22, 48:2, 48:10, 51:24, 52:2, 52:20, 52:21, 53:8, 54:2, 54:23, 56:3, 58:21, 59:9, 59:17, 59:25, 60:6, 60:7, 61:20, 62:7, 62:8, 63:9, 63:20, 64:14, 65:7, 69:8, 71:14, 72:11, 74:18, 74:24, 75:14, 77:6, 78:18, 79:3, 84:2, 84:3, 85:6, 85:21, 85:23, 87:19, 87:24, 88:6, 88:22
**order** [5] - 50:10, 57:23, 69:6, 85:18, 89:5
**organization** [2] - 8:3, 9:9
**organizations** [3] - 9:20, 58:22, 58:23
**organize** [1] - 76:23

**organized** [2] - 18:13, 62:12
**organizer** [1] - 78:2
**originally** [1] - 26:20
**originate** [1] - 18:3
**other** [50] - 4:10, 4:14, 4:16, 6:25, 7:17, 9:20, 11:18, 12:12, 12:23, 15:15, 15:21, 15:24, 16:1, 19:6, 22:19, 32:14, 35:5, 35:23, 36:11, 38:5, 40:21, 44:19, 44:24, 47:7, 48:6, 49:5, 55:17, 59:3, 59:6, 61:22, 62:2, 62:3, 68:19, 72:3, 72:13, 74:15, 74:16, 77:19, 77:20, 80:8, 81:2, 81:5, 81:13, 83:15, 83:19, 84:10, 87:24, 88:8, 88:12
**others** [3] - 11:11, 73:1, 76:24
**otherwise** [2] - 74:24, 82:14
**our** [6] - 4:18, 9:4, 9:12, 10:1, 12:15, 69:25
**out** [25] - 10:12, 13:4, 13:10, 13:15, 15:6, 22:5, 23:2, 41:21, 43:9, 52:20, 53:21, 54:15, 54:23, 67:4, 67:9, 72:6, 72:11, 74:6, 75:12, 75:17, 83:12, 83:23, 85:18
**outline** [1] - 68:6
**outside** [3] - 9:6, 9:25, 47:6
**over** [33] - 3:21, 7:9, 18:10, 19:6, 28:23, 40:7, 41:5, 42:2, 42:20, 43:15, 43:16, 43:19, 43:20, 44:4, 44:13, 45:15, 45:16, 45:25, 46:2, 46:3, 47:20, 47:21, 47:22, 48:10, 59:8, 74:11, 76:3, 77:8, 85:23
**Over** [1] - 73:5
**overbroad** [1] - 10:4
**overlap** [1] - 58:23
**overly** [1] - 82:21
**overnight** [1] - 37:18
**overpayment** [2] - 6:24
**overrule** [4] - 10:17, 16:14, 71:6, 78:1
**overruling** [2] - 9:2,

78:3
**overwhelming** [1] - 80:14
**owed** [1] - 89:14
**own** [7] - 5:23, 8:1, 12:20, 53:24, 58:25, 80:7, 81:25
**owner** [1] - 43:5

## P

**P** [1] - 3:1
**P.C** [1] - 1:18
**Package** [3] - 38:19, 59:19, 69:4
**package** [54] - 6:24, 8:7, 10:10, 13:25, 14:3, 22:4, 22:5, 22:8, 22:12, 22:13, 22:16, 27:3, 29:4, 30:1, 34:6, 34:23, 35:8, 35:10, 36:5, 37:4, 37:7, 37:8, 37:9, 37:11, 37:14, 37:15, 37:16, 38:1, 38:10, 38:11, 38:12, 38:13, 38:15, 38:19, 38:23, 38:25, 41:22, 41:24, 42:2, 42:4, 42:9, 42:15, 42:16, 43:3, 50:18, 52:20, 59:18, 62:21, 63:11, 70:17, 70:20, 89:6
**packages** [76] - 19:18, 19:21, 19:23, 20:1, 20:3, 20:6, 20:7, 20:8, 20:10, 20:12, 20:14, 20:15, 20:18, 21:1, 21:4, 21:7, 21:12, 21:17, 21:22, 21:25, 22:1, 22:10, 22:19, 22:21, 23:2, 23:20, 23:23, 23:24, 24:1, 24:7, 24:10, 28:24, 29:14, 29:18, 31:22, 32:12, 33:21, 33:25, 34:20, 35:5, 35:16, 35:24, 40:10, 41:17, 41:20, 41:21, 41:25, 42:1, 42:5, 42:7, 42:8, 42:17, 43:7, 43:13, 46:15, 46:18, 46:24, 47:2, 47:4, 47:6, 47:9, 59:12, 59:13, 59:14, 59:21, 59:22, 61:20, 62:23, 70:18, 73:1, 73:15, 77:1, 77:23, 81:18, 84:9, 89:8
**PAGE** [1] - 2:2
**page** [3] - 30:15,

63:1, 70:14
**Page** [3] - 31:25, 34:15, 39:5
**paid** [3] - 31:16, 65:11, 88:14
**Pajay** [3] - 28:2, 28:4, 77:13
**pandemic** [1] - 23:9
**panic** [1] - 48:9
**paper** [2] - 72:6, 83:18
**paperwork** [3] - 83:16, 83:21, 85:20
**part** [12] - 4:20, 21:10, 26:7, 29:3, 30:5, 51:1, 61:21, 62:7, 64:20, 65:17, 77:1, 77:15
**participant** [1] - 77:4
**participants** [2] - 68:19, 78:3
**participate** [2] - 32:24, 65:16
**participated** [2] - 8:21, 62:13
**participating** [1] - 58:21
**particular** [6] - 12:20, 18:6, 38:18, 70:24, 71:4, 75:24
**particularly** [3] - 48:2, 74:24, 75:2
**parties** [1] - 63:8
**partner** [1] - 50:17
**parts** [2] - 78:12, 78:15
**party** [2] - 53:6, 56:2
**pass** [2] - 51:6, 66:2
**passports** [6] - 32:16, 32:17, 32:19, 33:3, 33:5
**Pat** [1] - 80:3
**Patel** [15] - 27:25, 28:1, 28:2, 28:4, 28:10, 50:15, 51:5, 59:3, 64:21, 65:10, 68:19, 77:13, 82:10
**pavements** [1] - 88:24
**pay** [4] - 30:24, 82:3, 88:17, 88:19
**payment** [3] - 88:13, 88:20, 88:21
**payments** [5] - 6:7, 88:12, 88:14, 88:22, 89:3
**penalty** [1] - 88:20
**pending** [1] - 47:10
**people** [32] - 5:20, 12:23, 15:5, 16:6,

18:4, 18:24, 26:15, 45:5, 49:24, 50:9, 57:15, 58:21, 59:21, 60:21, 71:23, 71:25, 72:15, 72:18, 73:13, 76:20, 76:22, 77:8, 77:17, 77:18, 77:20, 80:8, 80:16, 81:7, 81:9, 82:3, 83:18, 83:19
**per** [2] - 42:2, 88:22
**percent** [11] - 43:21, 44:4, 44:8, 47:20, 47:21, 47:22, 76:2, 76:4, 76:6, 76:8, 88:23
**percentage** [1] - 47:17
**perception** [1] - 62:10
**perfect** [1] - 66:6
**perfectly** [1] - 75:16
**performed** [1] - 83:4
**perhaps** [1] - 74:21
**period** [1] - 21:21
**permission** [1] - 3:18
**perpetrated** [1] - 8:21
**perpetrators** [1] - 83:1
**person** [18] - 8:14, 31:16, 43:3, 45:13, 57:14, 59:18, 71:20, 73:17, 75:16, 75:22, 77:19, 83:9, 85:19, 85:21, 85:22, 86:1, 87:15
**person's** [1] - 71:21
**personal** [1] - 81:25
**personally** [4] - 18:18, 25:10, 47:15, 47:24
**personnel** [1] - 35:22
**perspective** [1] - 23:3
**phone** [12] - 7:7, 8:14, 14:6, 14:23, 18:3, 23:11, 25:22, 26:21, 57:13, 72:4, 82:22, 86:1
**phones** [1] - 25:24
**physical** [3] - 60:7, 64:3, 74:24
**physically** [1] - 9:7
**pick** [13] - 5:2, 6:1, 20:3, 27:2, 50:21, 65:11, 71:23, 72:12, 74:6, 74:14, 75:13, 76:25, 77:23
**picked** [18] - 13:25,

20:6, 20:8, 20:16, 21:7, 21:25, 22:1, 22:5, 22:12, 22:13, 24:7, 32:12, 50:22, 62:23, 83:16, 83:18, 84:8

**picking** [13] - 6:17, 8:6, 20:9, 21:1, 21:3, 21:6, 21:12, 21:17, 23:20, 23:23, 24:1, 28:24, 73:1

**pickup** [1] - 6:6

**picture** [1] - 30:3

**pieces** [1] - 15:11

**Pinjara** [27] - 14:21, 14:25, 15:1, 15:2, 20:21, 21:10, 21:16, 21:23, 22:1, 24:23, 25:8, 27:9, 27:11, 27:13, 29:5, 29:6, 29:10, 32:15, 32:22, 32:24, 35:13, 35:15, 67:13, 73:10, 74:6, 88:9

**place** [3] - 10:14, 15:11, 18:14

**placed** [3] - 28:12, 32:9, 87:12

**places** [3] - 15:15, 25:25, 83:22

**Plaines** [2] - 84:25, 85:7

**plan** [1] - 51:1

**planned** [1] - 50:20

**planning** [1] - 65:5

**plans** [1] - 51:3

**plate** [1] - 31:13

**play** [6] - 13:2, 14:19, 15:5, 29:12, 29:15, 79:19

**playbook** [1] - 14:7

**playing** [1] - 13:22

**plea** [3] - 76:18, 77:1, 89:21

**please** [9] - 3:19, 17:19, 44:18, 55:22, 61:25, 86:18, 86:19, 86:20

**pled** [4] - 6:13, 12:5, 50:2, 72:15

**plug** [1] - 41:24

**plus** [1] - 70:16

**pocket** [1] - 5:20

**point** [10] - 5:14, 6:15, 24:3, 29:19, 33:4, 42:9, 52:17, 74:2, 77:24

**pointed** [1] - 67:9

**pointing** [1] - 27:24

**points** [3] - 78:8,

78:17, 78:25

**police** [13] - 12:24, 13:1, 14:25, 23:17, 34:24, 41:2, 50:10, 52:1, 52:15, 52:16, 65:2, 65:11, 67:17

**politician** [1] - 5:17

**population** [2] - 48:25, 75:6

**portion** [7] - 9:6, 19:17, 50:18, 53:19, 53:24, 54:3, 64:2

**position** [5] - 10:2, 12:15, 68:13, 69:25, 79:6

**possess** [1] - 87:23

**possession** [5] - 28:6, 33:2, 35:13, 35:16, 67:14

**possibility** [1] - 85:13

**possible** [1] - 17:11

**possibly** [2] - 5:10, 5:18

**Postal** [1] - 19:8

**potential** [2] - 64:17, 81:20

**potentially** [1] - 16:11

**poxes** [1] - 74:9

**predominant** [1] - 10:14

**predominantly** [1] - 20:2

**prefers** [1] - 15:13

**prepare** [1] - 41:7

**preparing** [1] - 53:3

**present** [2] - 9:7, 61:6

**presentation** [1] - 17:11

**presented** [3] - 9:16, 66:20, 86:3

**presentence** [3] - 3:22, 70:6, 87:1

**pretty** [1] - 83:25

**previous** [1] - 32:5

**previously** [8] - 29:21, 30:4, 31:23, 36:13, 40:2, 48:5, 64:1, 65:4

**prey** [1] - 7:10

**price** [1] - 81:24

**primarily** [2] - 30:24, 45:6

**primary** [1] - 29:8

**printed** [1] - 54:15

**printed-out** [1] - 54:15

**prior** [5] - 21:20,

24:1, 31:24, 34:11, 45:3

**priority** [1] - 37:18

**prison** [1] - 88:23

**Prisons** [3] - 87:6, 87:17, 88:25

**probable** [1] - 85:13

**probably** [1] - 44:13

**PROBATION** [4] - 78:9, 78:16, 79:1, 79:4

**probation** [5] - 78:10, 83:13, 87:15, 88:2, 88:4

**problem** [3] - 12:18, 61:12, 81:15

**procedure** [1] - 85:18

**procedures** [2] - 83:4, 83:24

**PROCEEDINGS** [1] - 1:9

**proceedings** [2] - 90:4, 90:9

**Proceedings** [1] - 1:24

**proceeds** [3] - 9:25, 28:7, 32:18

**process** [5] - 22:18, 22:23, 23:11, 41:18, 83:20

**processing** [2] - 73:18, 85:20

**produce** [1] - 22:23

**produced** [1] - 1:25

**product** [2] - 9:16, 85:23

**proffer** [1] - 65:17

**profile** [1] - 68:18

**program** [1] - 63:13

**Program** [1] - 88:25

**programs** [1] - 18:2

**promote** [1] - 87:7

**proof** [1] - 69:8

**prosecution** [1] - 11:22

**protect** [3] - 82:6, 87:9, 87:13

**provide** [7] - 31:1, 38:3, 61:5, 65:16, 68:15, 88:2, 88:6

**provided** [12] - 25:17, 25:21, 29:25, 49:3, 53:9, 55:2, 57:5, 58:16, 67:7, 70:1, 75:4, 79:18

**provides** [1] - 58:10

**providing** [2] - 11:19, 11:20

**province** [1] - 65:21

**PSR** [8] - 5:8, 28:3, 49:9, 69:2, 72:12, 72:14, 74:8, 78:23

**psychologist** [1] - 72:24

**public** [3] - 82:6, 87:9, 87:13

**punish** [1] - 86:5

**punished** [3] - 84:2, 84:3, 84:22

**punishment** [6] - 6:12, 6:15, 68:13, 84:22, 85:8, 85:9

**punitive** [1] - 16:9

**purchase** [2] - 30:25, 85:23

**purchased** [3] - 35:6, 45:1, 54:23

**purported** [1] - 68:16

**purpose** [2] - 5:23, 27:11

**purposes** [8] - 4:6, 5:12, 5:20, 39:13, 39:22, 39:23, 40:1, 41:8

**pursuant** [1] - 89:21

**put** [10] - 4:5, 9:18, 39:4, 59:15, 59:19, 64:9, 68:18, 72:6, 80:15, 81:9

**putting** [1] - 81:8

## Q

**qualifies** [1] - 76:8

**qualify** [1] - 75:19

**quality** [5] - 52:4, 52:9, 52:10, 52:12, 52:15

**quarter** [1] - 88:22

**question** [9] - 7:11, 37:1, 39:3, 39:8, 44:17, 60:16, 63:23, 65:21, 73:3

**questioned** [5] - 23:12, 23:13, 24:3, 24:8, 26:21

**questioning** [3] - 12:21, 26:11, 61:4

**questions** [2] - 53:16, 67:2

**quick** [1] - 60:22

## R

**R** [2] - 3:1, 63:13

**r** [2] - 63:14, 63:15

**raise** [1] - 3:19

**raises** [1] - 58:20

**Rayhan** [7] - 12:25,

13:2, 14:20, 21:10, 31:10, 31:13, 31:15

**reach** [1] - 23:6

**reached** [1] - 67:4

**read** [2] - 61:11, 76:12

**reading** [2] - 14:25, 74:22

**real** [4] - 7:16, 23:14, 23:17, 60:22

**realize** [1] - 29:20

**realized** [1] - 36:17

**really** [3] - 23:13, 23:14, 86:9

**reason** [7] - 6:19, 7:13, 7:18, 17:6, 43:23, 52:24, 81:6

**reasonably** [1] - 7:23

**reasons** [1] - 82:12

**recall** [1] - 65:14

**receipt** [2] - 6:6, 83:14

**receipts** [6] - 38:3, 56:4, 56:6, 56:9, 56:13, 56:15

**receive** [6] - 19:23, 20:1, 77:24, 81:8, 85:10, 88:24

**received** [15] - 19:18, 20:12, 28:15, 31:22, 40:10, 40:13, 66:11, 66:17, 79:21, 84:11, 84:13, 84:16, 84:17, 84:19, 89:10

**receiving** [2] - 10:11, 40:11

**recent** [1] - 69:17

**recently** [1] - 84:12

**recommend** [2] - 79:16, 82:13

**record** [5] - 4:6, 26:7, 44:2, 89:14, 90:9

**recorded** [1] - 1:24

**records** [24] - 24:13, 24:14, 25:22, 25:23, 25:24, 30:2, 34:25, 38:2, 38:4, 38:8, 41:23, 52:13, 53:14, 53:22, 56:21, 58:12, 58:14, 63:11, 64:15, 66:8, 66:11, 67:5

**recruit** [1] - 28:21

**red** [1] - 46:2

**redemption** [1] - 31:1

**REDIRECT** [1] - 66:4

**Redirect** [1] - 2:6

**reduced** [1] - 70:4

**reelection** [2] - 5:18, 5:19

**reenter** [1] - 88:1

**refer** [1] - 17:10

**referring** [2] - 57:7, 57:14

**refers** [1] - 77:4

**reflect** [1] - 31:25

**regard** [1] - 4:7

**regarding** [20] - 4:5, 4:19, 5:11, 6:20, 9:5, 15:22, 16:13, 22:15, 24:20, 26:4, 30:17, 32:5, 41:19, 48:25, 52:10, 60:7, 68:18, 75:7, 75:13, 79:6

**regards** [2] - 39:12, 41:17

**related** [2] - 47:10, 68:13

**relating** [3] - 30:6, 47:8, 63:11

**relaying** [1] - 28:9

**release** [6] - 87:11, 87:12, 87:18, 88:3, 89:1, 89:3

**released** [3] - 26:25, 87:16

**relentless** [1] - 80:2

**relevant** [2] - 7:6, 7:19

**reliability** [1] - 25:20

**reliable** [1] - 25:17

**reload** [1] - 83:18

**reloaded** [16] - 45:10, 45:13, 45:25, 46:15, 46:20, 47:1, 47:4, 47:17, 47:18, 47:22, 47:23, 72:24, 73:2, 73:12, 74:2, 76:4

**Reloaded** [1] - 45:19

**relocate** [2] - 11:14, 85:12

**relocated** [1] - 12:2

**rely** [1] - 36:4

**relying** [1] - 48:12

**remain** [2] - 83:11, 85:4

**remained** [1] - 13:18

**remaining** [2] - 89:1, 89:21

**remember** [3] - 54:18, 66:8, 66:11

**remission** [1] - 83:24

**remorse** [1] - 81:11

**remote** [1] - 13:17

**removed** [2] - 13:22, 86:6

**repeatedly** [5] - 45:14, 49:20, 57:22, 73:17, 75:18

**repentant** [1] - 85:15

**repenting** [2] - 86:12, 86:13

**report** [8] - 3:22, 8:19, 22:3, 22:22, 52:15, 70:7, 87:2, 87:15

**reported** [5] - 8:17, 27:22, 53:6, 54:1, 55:25

**reportedly** [2] - 28:6, 50:20

**Reporter** [4] - 1:20, 1:21, 90:7, 90:11

**REPORTER'S** [1] - 90:6

**reporting** [3] - 36:18, 37:22

**reports** [12] - 34:24, 38:5, 41:2, 41:3, 41:4, 49:6, 49:12, 50:10, 52:1, 65:2, 65:12

**reprehensible** [1] - 7:16

**represent** [3] - 27:20, 32:4, 34:18

**representation** [2] - 49:23, 67:3

**representations** [5] - 4:20, 5:9, 6:16, 6:21, 6:23

**request** [4] - 81:4, 82:15, 89:10, 89:11

**requested** [1] - 88:2

**required** [2] - 87:21, 88:14

**requires** [1] - 72:20

**resided** [1] - 20:20

**resolved** [2] - 68:2, 78:4

**resources** [1] - 83:12

**respect** [6] - 19:4, 26:5, 29:14, 41:25, 80:12, 87:8

**response** [7] - 12:21, 29:2, 32:21, 33:7, 45:21, 49:8

**responses** [1] - 32:23

**Responsibility** [1] - 88:25

**responsibility** [9] - 12:6, 72:16, 72:19, 82:19, 83:5, 86:11, 86:15, 86:17, 86:22

**responsible** [6] - 7:12, 11:14, 71:2, 77:5, 85:16, 85:17

**restate** [2] - 37:1, 60:15

**restitution** [10] - 39:13, 69:19, 88:7, 88:11, 88:12, 89:5, 89:10, 89:11, 89:13, 89:14

**result** [2] - 37:23, 79:1

**results** [1] - 11:21

**retained** [1] - 24:13

**retrieve** [1] - 36:2

**return** [3] - 37:13, 72:13, 85:11

**review** [2] - 66:18, 66:25

**reviewed** [4] - 33:7, 48:17, 49:8, 66:8

**Reviewing** [1] - 61:13

**revise** [1] - 79:10

**revised** [3] - 40:12, 48:21, 79:15

**right** [35] - 3:19, 3:21, 4:2, 4:12, 10:20, 16:19, 21:9, 22:18, 24:22, 29:3, 41:13, 42:21, 43:18, 46:21, 46:22, 52:7, 60:11, 60:24, 61:13, 61:17, 61:22, 62:20, 63:21, 64:6, 67:25, 69:23, 71:4, 71:8, 76:1, 76:15, 78:5, 79:5, 86:25, 89:16, 89:18

**rise** [1] - 3:2

**risk** [1] - 32:25

**Rita** [1] - 74:8

**Rizzi** [3] - 37:8, 37:12, 80:11

**rob** [1] - 51:1

**robberies** [1] - 50:9

**Robinson** [1] - 29:24

**role** [19] - 6:6, 10:25, 11:3, 14:10, 16:23, 17:24, 29:12, 29:15, 58:6, 65:2, 68:21, 68:23, 72:11, 76:16, 77:9, 81:7, 83:1, 83:25, 84:23

**roll** [1] - 6:3

**Room** [1] - 1:22

**routinely** [3] - 37:22, 62:13, 62:15

**Row** [3] - 38:21, 38:22, 39:5

**RPR** [2] - 1:20, 90:7

**run** [3] - 15:1, 15:2, 18:21

**runner** [1] - 8:23, 13:3, 13:10, 13:13, 13:23, 14:17, 14:18,

20:21, 20:23, 28:22, 29:12, 29:15, 38:14, 74:6, 74:14, 81:20, 83:14

**runners** [41] - 5:2, 6:1, 8:1, 8:6, 8:13, 8:14, 8:22, 10:12, 15:9, 19:5, 19:24, 20:3, 20:9, 25:9, 25:11, 29:4, 31:3, 31:22, 32:11, 32:13, 33:23, 34:4, 34:12, 35:5, 39:21, 39:23, 41:19, 41:20, 43:14, 47:2, 47:9, 58:25, 59:25, 62:24, 73:4, 77:18, 80:22, 81:1, 81:9, 82:7

**running** [2] - 5:17, 63:25

**Rusk** [1] - 1:22

**S**

**S** [5] - 1:10, 1:20, 3:1, 90:7, 90:11

**said** [11] - 23:10, 27:9, 37:14, 51:20, 55:4, 56:12, 64:3, 64:5, 64:7, 64:8, 80:1

**sales** [1] - 44:21

**same** [15] - 8:24, 13:23, 14:7, 14:20, 27:14, 31:22, 32:4, 45:16, 47:8, 63:1, 73:17, 77:13, 80:22, 82:11, 85:21

**sample** [1] - 87:25

**Satish** [1] - 51:5

**save** [1] - 4:14

**savings** [2] - 45:14, 45:15

**saw** [4] - 13:5, 36:18, 40:15, 50:17

**say** [14] - 5:18, 11:15, 12:7, 14:19, 28:20, 51:16, 53:4, 58:22, 62:19, 68:9, 72:5, 84:1, 86:7, 89:13

**saying** [6] - 47:1, 70:4, 71:4, 72:17, 72:18, 83:4

**says** [3] - 54:19, 55:13, 55:15, 63:3, 69:14, 70:11, 73:22, 84:7

**scam** [5] - 18:24, 36:17, 50:23, 77:17, 82:2

**scammed** [4] - 36:15, 37:13, 43:20, 46:1

**scammer** [1] - 45:13

**scammers** [1] - 23:12

**Scamming** [1] - 73:5

**scams** [2] - 18:3, 48:3

**scared** [1] - 80:4

**scene** [1] - 21:10

**scheme** [30] - 8:8, 8:12, 14:9, 29:25, 30:6, 30:21, 32:24, 33:22, 35:4, 35:7, 45:16, 45:17, 48:6, 50:6, 50:8, 52:22, 62:16, 62:17, 64:21, 64:24, 65:3, 65:6, 72:10, 73:17, 74:18, 77:6, 82:21, 82:22

**schemer** [1] - 75:17

**schemes** [10] - 7:10, 8:3, 8:20, 18:12, 44:14, 44:23, 45:5, 80:20, 80:21

**scope** [6] - 6:2, 7:21, 9:23, 36:21, 62:9, 68:15

**screen** [1] - 19:24

**searching** [1] - 8:14

**seated** [2] - 3:3, 17:9

**second** [2] - 55:21, 63:1

**securities** [6] - 82:21, 82:24, 83:8, 84:4, 85:19, 85:20

**Security** [13] - 7:9, 13:24, 17:22, 18:2, 18:10, 19:10, 44:1, 45:2, 48:6, 48:7, 48:9, 48:11, 48:14

**security** [4] - 22:6, 22:7, 37:10, 37:11

**see** [11] - 8:13, 24:22, 30:8, 38:23, 39:24, 62:13, 62:15, 73:20, 73:23, 76:12, 81:23

**seeking** [1] - 16:4

**seen** [4] - 8:6, 31:7, 33:10, 37:19

**sees** [1] - 81:19

**seized** [1] - 44:24

**seizures** [1] - 5:11

**self** [3] - 15:23, 55:25, 80:12

**self-esteem** [1] - 80:12

**self-reported** [1] -

55:25
**self-serving** [1] - 15:23
**send** [3] - 5:13, 54:25, 61:9
**sending** [8] - 10:9, 62:6, 73:13, 73:16, 73:23, 74:7, 80:19, 83:23
**Senger** [1] - 80:3
**sense** [2] - 10:4, 71:5
**sensitive** [1] - 61:4
**sent** [17] - 22:4, 22:10, 23:15, 37:21, 46:15, 46:18, 46:24, 56:20, 59:21, 74:5, 74:6, 74:9, 74:11, 74:13, 77:23, 83:7
**sentence** [8] - 79:17, 81:5, 82:5, 82:15, 84:16, 84:17, 84:19, 87:7
**sentenced** [3] - 18:15, 87:5, 87:6
**sentences** [3] - 82:4, 83:12, 84:11
**SENTENCING** [1] - 1:9
**sentencing** [7] - 8:11, 41:8, 45:23, 48:17, 48:21, 48:24, 79:7
**separate** [2] - 40:1, 40:2
**separately** [1] - 32:22
**September** [4] - 74:10, 74:11
**series** [2] - 56:8, 81:19
**Series** [2] - 83:9, 84:5
**serious** [1] - 79:20
**Service** [1] - 19:8
**serving** [1] - 15:23
**set** [1] - 72:11
**settled** [1] - 71:15
**several** [2] - 35:16
**severally** [1] - 88:8
**shadow** [1] - 80:7
**shadows** [2] - 15:13, 81:7
**shall** [16] - 58:21, 87:11, 87:14, 87:18, 87:19, 87:21, 87:23, 87:24, 88:1, 88:2, 88:11, 88:13, 88:20, 88:21, 88:24, 89:1
**shame** [3] - 36:16, 37:20, 37:22

**Shank** [1] - 80:6
**share** [1] - 88:4
**shared** [2] - 40:23, 40:25
**she** [26] - 29:24, 29:25, 30:1, 37:8, 37:13, 37:14, 37:15, 37:17, 39:2, 55:4, 55:10, 55:12, 57:5, 57:6, 57:7, 57:9, 58:10, 61:9, 63:2, 63:3, 63:5, 74:11, 84:16
**she's** [1] - 57:13
**sheets** [1] - 53:8
**Shetsky** [1] - 78:10
**shipped** [2] - 5:3, 5:4
**shippers** [1] - 23:2
**shipping** [3] - 43:4, 43:5, 43:6
**shirk** [1] - 85:16
**shop** [1] - 83:11
**short** [1] - 21:21
**should** [12] - 6:11, 12:7, 46:12, 56:25, 59:10, 72:2, 72:7, 77:24, 78:18, 84:2, 84:3, 85:18
**shouldn't** [1] - 72:18
**show** [5] - 26:2, 55:5, 56:15, 56:17, 72:16
**showing** [1] - 27:22
**shown** [4] - 27:7, 27:9, 69:7, 69:8
**shows** [1] - 54:16
**side** [1] - 77:16
**significant** [3] - 11:22, 37:23, 82:20
**similar** [6] - 9:22, 83:15, 83:20, 83:25, 84:2
**similarly** [1] - 84:10
**simply** [16] - 5:25, 6:17, 7:3, 12:8, 14:10, 53:5, 72:12, 72:25, 75:12, 81:1, 81:9, 81:17, 81:21, 83:16, 83:18, 83:22
**since** [4] - 3:15, 12:4, 40:9, 48:21
**single** [4] - 56:21, 64:15, 75:7, 75:8
**sir** [6] - 17:1, 17:9, 51:13, 53:16, 67:22, 86:24
**sit** [1] - 32:8
**site** [1] - 25:23
**sitting** [2] - 74:22, 85:22
**situated** [1] - 84:10

**situation** [5] - 5:17, 16:3, 16:11, 77:10, 85:21
**six** [3] - 46:9, 47:16, 80:3
**size** [1] - 77:21
**slide** [2] - 25:9, 25:11
**slides** [1] - 50:17
**slowly** [1] - 46:6
**Smith** [3] - 1:20, 90:7, 90:11
**snapshot** [1] - 77:12
**snapshots** [1] - 77:7
**so** [67] - 4:8, 5:20, 6:10, 7:18, 10:12, 11:6, 12:18, 13:10, 15:4, 15:15, 18:12, 20:7, 21:6, 21:20, 22:11, 22:22, 23:23, 24:16, 24:22, 26:2, 26:14, 26:19, 27:16, 28:14, 34:6, 35:4, 35:13, 35:18, 37:25, 39:3, 39:8, 40:1, 41:2, 43:4, 43:5, 43:6, 43:12, 44:23, 46:2, 47:1, 47:9, 48:24, 51:1, 53:18, 54:9, 56:19, 57:15, 57:21, 58:14, 62:8, 62:18, 69:6, 70:8, 70:10, 70:18, 70:23, 73:8, 75:17, 78:3, 78:6, 78:23, 79:13, 79:14, 83:24, 85:12, 89:8, 89:9
**Social** [12] - 7:9, 13:24, 17:22, 18:2, 18:10, 43:25, 45:2, 48:6, 48:7, 48:9, 48:11, 48:14
**software** [2] - 6:24, 63:13
**Sohil** [9] - 3:5, 3:13, 18:16, 18:21, 28:1, 31:21, 32:11, 77:14, 87:5
**SOHIL** [1] - 1:7
**solidify** [1] - 52:21
**some** [40] - 4:23, 6:25, 10:24, 17:10, 20:14, 20:20, 23:15, 23:17, 24:16, 25:14, 25:24, 29:19, 34:3, 35:10, 35:21, 36:4, 36:10, 37:23, 38:2, 38:10, 39:16, 42:13, 43:3, 45:16, 47:13, 48:5, 48:24, 52:1, 56:4, 60:21, 61:4,

64:13, 69:8, 71:20, 72:21, 81:16, 82:3, 89:8
**somebody's** [1] - 71:18
**somehow** [2] - 11:15, 72:10
**someone** [12] - 27:7, 31:10, 54:3, 56:23, 56:24, 68:12, 73:16, 73:23, 76:12, 77:5, 80:7, 84:5
**something** [19] - 11:23, 11:25, 14:24, 15:17, 34:25, 36:11, 48:14, 52:21, 55:23, 58:7, 68:15, 71:17, 71:19, 72:22, 73:24, 74:1, 74:17, 75:23, 82:23
**sometimes** [3] - 5:14, 5:15, 45:14
**soon** [2] - 14:3, 48:13
**sorry** [24] - 10:23, 11:5, 14:14, 30:11, 46:17, 54:10, 55:23, 56:12, 60:15, 61:11, 61:17, 62:1, 72:22, 84:13, 86:9, 86:10, 86:11, 86:15, 86:16, 86:22, 86:23
**sort** [2] - 18:9, 71:20
**sorts** [1] - 41:4
**source** [3] - 10:9, 40:18, 84:2
**sources** [1] - 36:11
**south** [1] - 9:13
**South** [1] - 9:17
**southern** [2] - 1:22, 9:12
**SOUTHERN** [1] - 1:1
**Southern** [4] - 25:1, 50:16, 89:4, 90:7
**speak** [1] - 3:14
**speaks** [2] - 77:9, 80:24
**special** [2] - 17:22, 88:18
**specific** [13] - 7:18, 8:4, 18:6, 35:8, 38:15, 38:24, 41:24, 46:20, 59:12, 59:14, 59:17, 62:17, 69:6
**specifically** [14] - 19:4, 20:22, 24:20, 30:6, 30:22, 32:15, 44:20, 45:4, 46:25, 47:18, 61:23, 62:11, 63:10, 74:3

**speculation** [2] - 36:20, 36:23
**spent** [2] - 51:13, 58:2
**spoke** [4] - 57:6, 57:7, 57:9, 57:18
**spouse** [1] - 37:24
**spreadsheet** [28] - 33:15, 33:17, 33:18, 34:5, 34:19, 35:9, 39:13, 39:15, 39:16, 39:19, 40:7, 40:12, 40:15, 40:19, 40:22, 41:11, 41:14, 42:10, 48:20, 52:7, 52:9, 63:19, 63:21, 64:9, 66:14, 66:25, 69:3, 70:9
**spreadsheets** [4] - 39:20, 40:1, 40:2, 40:6
**stage** [1] - 65:5
**staged** [1] - 50:9
**stand** [2] - 17:7, 90:3
**standard** [4] - 7:20, 8:24, 10:5, 87:20
**standby** [1] - 3:15
**stands** [1] - 84:7
**Starbucks** [1] - 13:7
**start** [1] - 56:7
**started** [7] - 19:3, 20:22, 21:17, 21:19, 23:21, 28:9, 39:17
**state** [6] - 19:11, 36:20, 46:20, 55:11, 60:1, 87:19
**stated** [4] - 4:20, 59:15, 65:4, 82:12
**statement** [15] - 49:21, 53:12, 53:23, 54:5, 54:7, 54:16, 55:1, 55:6, 55:17, 55:19, 57:5, 58:11, 58:15, 63:7, 67:11
**statements** [23] - 11:6, 11:16, 11:17, 11:24, 15:22, 34:24, 37:20, 38:6, 40:11, 40:13, 40:16, 40:18, 49:5, 49:11, 49:22, 53:9, 53:19, 54:9, 58:18, 66:15, 66:17, 69:9
**STATES** [3] - 1:1, 1:4, 1:10
**States** [20] - 1:21, 3:4, 3:7, 9:7, 9:8, 9:17, 9:19, 9:23, 9:24, 18:4, 18:25, 28:4, 51:17, 73:19, 85:2,

85:5, 85:11, 86:10, 88:1, 90:7
**stating** [1] - 62:2
**station** [1] - 52:15
**statistics** [1] - 48:24
**statute** [1] - 87:25
**stay** [1] - 50:11
**stenography** [1] - 1:24
**step** [1] - 67:22
**stepdaughter** [1] - 85:5
**Stephanie** [3] - 1:13, 3:7, 86:22
**stepsons** [2] - 63:2, 63:6
**still** [4] - 23:11, 23:16, 36:15, 73:9
**stolen** [1] - 14:4
**store** [6] - 8:24, 14:24, 22:11, 27:14, 35:22, 43:5
**stores** [7] - 20:5, 20:6, 20:8, 20:10, 20:13, 31:11, 31:14
**stories** [1] - 25:25
**story** [2] - 26:3, 36:24
**straight** [1] - 82:8
**strategically** [1] - 18:1
**stream** [1] - 9:18
**Street** [2] - 1:14, 1:22
**strongly** [1] - 77:7
**struggle** [1] - 80:13
**submit** [2] - 53:14, 53:22
**submits** [1] - 83:16
**submitted** [3] - 8:10, 56:9, 56:12
**subpoena** [2] - 24:10, 24:14
**Subsection** [1] - 78:23
**subsequently** [1] - 28:7
**substantial** [2] - 65:21, 71:7
**substantiate** [2] - 38:8, 52:25
**substantiated** [3] - 54:22, 64:2, 68:14
**substantiating** [4] - 53:10, 53:11, 53:20, 53:25
**such** [1] - 11:21
**sufficient** [3] - 72:9, 85:9, 86:5
**Sugar** [1] - 21:8
**suggest** [1] - 86:2

**suggestion** [1] - 13:16
**Suite** [2] - 1:15, 1:18
**sum** [1] - 88:14
**Sunasara** [9] - 14:16, 14:18, 14:19, 28:14, 28:20, 28:21, 28:23, 77:15, 81:20
**supervised** [2] - 87:12, 87:18
**supervision** [1] - 89:3
**support** [9] - 55:16, 58:10, 64:5, 64:7, 64:8, 67:6, 71:7, 82:2, 86:19
**supported** [1] - 68:7
**supposed** [4] - 6:7, 58:6, 60:23, 60:24
**supposedly** [1] - 9:14
**sure** [16] - 15:6, 16:11, 23:8, 29:6, 29:10, 34:19, 37:3, 39:11, 42:19, 44:19, 52:14, 52:22, 60:17, 61:12, 61:15, 69:11
**surprised** [1] - 44:7
**surveillance** [4] - 13:6, 22:8, 30:2, 31:7
**susceptibility** [1] - 75:14
**susceptible** [7] - 48:3, 73:24, 74:18, 74:23, 74:25, 75:2, 76:11
**sustain** [3] - 26:10, 36:22, 65:23
**swear** [1] - 3:10
**sworn** [1] - 17:16
**Syed** [20] - 12:25, 13:2, 14:20, 21:10, 21:16, 21:19, 21:23, 21:24, 22:1, 24:23, 25:8, 29:5, 29:6, 29:10, 31:10, 31:15, 49:16, 84:13, 88:10
**Syed's** [2] - 31:13, 37:9
**system** [1] - 76:9

## T

**table** [2] - 61:22, 68:5
**Table** [13] - 33:10, 33:13, 33:15, 33:19, 33:21, 34:3, 42:12, 45:20, 52:6, 53:24, 59:13, 70:12

**take** [20] - 4:2, 13:13, 30:14, 34:15, 39:5, 42:22, 42:23, 45:18, 46:13, 61:11, 63:19, 65:24, 66:20, 70:20, 75:15, 79:15, 86:11, 86:15, 86:21, 89:19
**taken** [5] - 7:20, 53:21, 54:2, 54:3, 56:3
**takes** [1] - 18:14
**taking** [4] - 15:14, 63:9, 75:5, 77:11
**talk** [7] - 14:18, 23:1, 32:13, 41:2, 67:25, 68:17, 74:3
**talked** [9] - 7:24, 8:1, 8:7, 8:11, 14:1, 29:18, 72:7, 73:10, 80:8
**talking** [11] - 15:10, 26:1, 27:11, 28:20, 39:6, 61:23, 62:16, 65:6, 65:7, 68:20, 69:21
**talks** [3] - 63:2, 63:5, 71:1
**target** [4] - 23:19, 45:4, 45:5, 56:6
**Target** [7] - 13:6, 30:25, 31:7, 31:11, 31:14, 83:22, 84:8
**targeted** [1] - 72:17
**targeting** [1] - 18:4
**task** [1] - 6:5
**Tax** [1] - 19:9
**tax** [1] - 30:10
**team** [1] - 81:1
**tell** [4] - 16:7, 26:19, 37:19, 78:15
**ten** [2] - 74:5
**tendered** [2] - 54:15, 56:15
**term** [8] - 33:17, 45:10, 77:4, 80:23, 86:4, 87:6, 87:12, 89:3
**terrible** [1] - 79:25
**testified** [5] - 17:16, 32:11, 69:5, 70:10, 70:19
**testify** [1] - 13:10
**testimony** [4] - 10:23, 11:2, 65:24, 79:22
**TEXAS** [2] - 1:1, 1:5
**Texas** [8] - 1:15, 1:19, 1:22, 1:23, 22:2, 25:2, 89:4, 89:8
**than** [20] - 34:6, 43:21, 44:8, 49:5,

52:15, 55:17, 68:15, 70:7, 71:18, 74:21, 76:2, 76:3, 76:6, 76:8, 77:17, 78:3, 80:1, 83:6, 85:10, 86:5
**thank** [3] - 55:9, 67:23, 86:24
**thanks** [1] - 8:19
**that** [497] - 3:14, 3:25, 4:9, 4:14, 4:20, 4:21, 4:22, 5:5, 5:8, 5:9, 5:11, 5:12, 5:14, 5:15, 5:18, 5:21, 6:5, 6:6, 6:7, 6:10, 6:19, 6:21, 6:23, 7:1, 7:2, 7:5, 7:6, 7:12, 7:18, 8:2, 8:4, 8:5, 8:6, 8:7, 8:8, 8:11, 8:13, 8:17, 8:20, 8:21, 9:2, 9:10, 9:13, 9:14, 9:22, 10:2, 10:9, 10:24, 11:6, 11:15, 11:16, 11:17, 11:18, 11:23, 11:25, 12:2, 12:5, 12:6, 12:7, 12:9, 12:10, 12:11, 12:15, 12:18, 12:19, 12:24, 13:5, 13:7, 13:8, 13:9, 13:10, 13:19, 13:20, 14:3, 14:8, 14:9, 14:10, 15:2, 15:6, 15:8, 15:11, 15:15, 15:21, 16:1, 16:4, 16:5, 16:18, 18:1, 18:3, 18:7, 18:9, 18:11, 18:14, 18:23, 19:14, 20:1, 20:3, 20:10, 20:12, 20:13, 20:17, 20:18, 20:19, 20:22, 22:3, 22:4, 22:8, 22:10, 22:16, 22:17, 22:20, 22:24, 23:1, 23:6, 23:17, 23:25, 24:1, 24:5, 24:7, 24:10, 24:12, 24:15, 24:17, 24:18, 25:18, 25:21, 25:23, 26:3, 27:3, 28:3, 28:6, 28:10, 28:16, 28:25, 29:8, 29:12, 29:15, 29:19, 29:20, 29:23, 30:2, 30:4, 30:15, 30:16, 30:17, 30:24, 31:3, 31:16, 31:19, 31:24, 31:25, 32:11, 32:18, 32:24, 32:25, 33:4, 33:10, 33:15, 33:18, 33:21, 33:25, 34:9, 34:10, 34:20, 34:23, 34:24, 34:25, 35:3, 35:5, 35:7,

35:21, 35:25, 36:7, 36:8, 36:11, 36:17, 36:20, 36:22, 36:23, 37:6, 37:15, 37:18, 38:11, 38:12, 38:13, 38:15, 38:17, 38:23, 38:24, 39:2, 39:3, 39:6, 39:9, 40:5, 40:6, 40:15, 40:19, 41:5, 41:17, 41:18, 41:20, 41:24, 41:25, 42:10, 42:13, 42:17, 42:18, 42:23, 43:19, 43:21, 43:23, 44:2, 44:8, 44:11, 44:17, 44:21, 45:1, 45:12, 45:13, 45:24, 45:25, 46:2, 46:7, 46:20, 46:23, 46:24, 47:4, 47:6, 47:7, 47:18, 47:23, 48:2, 48:3, 48:11, 48:20, 48:25, 49:2, 49:5, 49:11, 49:21, 49:22, 49:23, 49:24, 50:5, 50:14, 50:19, 50:22, 51:2, 51:4, 51:16, 51:17, 51:20, 51:23, 52:6, 52:9, 52:12, 52:14, 52:21, 52:24, 53:5, 53:9, 53:14, 53:20, 54:2, 54:3, 54:4, 54:5, 54:21, 54:22, 55:1, 55:5, 55:6, 55:17, 56:2, 56:3, 56:18, 56:19, 57:6, 57:7, 57:24, 57:25, 58:6, 58:15, 58:20, 58:21, 60:5, 60:6, 60:13, 60:18, 60:21, 61:4, 61:9, 61:10, 61:20, 61:22, 62:2, 62:5, 62:7, 62:9, 62:15, 62:20, 63:1, 63:6, 63:7, 63:8, 63:11, 63:17, 63:18, 64:4, 64:8, 64:12, 64:20, 64:21, 64:24, 65:3, 65:16, 65:17, 65:20, 65:23, 66:8, 66:11, 66:20, 66:23, 67:5, 67:6, 67:7, 67:9, 68:1, 68:7, 68:9, 68:10, 68:11, 68:13, 68:14, 68:18, 69:2, 69:7, 69:8, 69:9, 69:25, 70:3, 70:4, 70:8, 70:9, 70:12, 70:18, 70:23, 70:25, 71:4, 71:18, 71:20, 72:6, 72:7, 72:8, 72:9, 72:12,

72:14, 72:17, 72:18,
72:20, 72:23, 73:1,
73:7, 73:8, 73:9,
73:14, 73:16, 73:17,
73:18, 74:5, 74:7,
74:13, 74:17, 75:2,
75:3, 75:4, 75:5,
75:11, 75:19, 75:22,
76:8, 76:9, 76:13,
76:15, 76:18, 76:19,
76:21, 76:22, 76:23,
77:1, 77:6, 77:7, 77:8,
77:10, 78:2, 78:3,
78:13, 78:18, 78:20,
79:1, 79:4, 79:5,
79:16, 79:18, 79:23,
80:9, 80:19, 80:22,
80:23, 81:10, 81:11,
81:15, 81:17, 81:20,
81:23, 82:3, 82:4,
82:13, 82:23, 83:4,
83:5, 83:6, 83:13,
84:1, 84:2, 84:6,
84:12, 84:15, 84:21,
84:22, 85:1, 85:8,
85:10, 85:23, 85:24,
85:25, 86:1, 86:4,
86:13, 87:2, 87:4,
88:4, 88:7, 88:13,
89:9, 89:12, 89:14,
89:22, 90:8

**that's** [44] - 3:16,
13:11, 13:17, 13:21,
22:18, 28:17, 31:12,
32:7, 33:10, 36:23,
43:25, 44:2, 46:9,
47:14, 49:1, 49:25,
50:8, 52:17, 55:15,
55:25, 57:13, 58:7,
59:11, 59:12, 59:19,
60:20, 69:16, 69:19,
70:3, 74:1, 75:1,
75:23, 75:25, 76:1,
76:2, 76:7, 76:9,
76:23, 77:2, 77:15,
77:20, 79:19, 85:12

**THE** [87] - 1:10, 1:13,
1:17, 2:7, 3:2, 3:3,
3:10, 3:13, 3:16, 3:21,
3:23, 3:24, 4:2, 4:7,
4:12, 4:17, 9:2, 10:17,
10:25, 11:4, 11:8,
11:10, 15:17, 16:14,
16:19, 16:21, 16:25,
17:2, 17:5, 17:9,
17:13, 26:10, 30:9,
30:10, 36:22, 36:25,
44:15, 44:17, 44:19,
50:7, 50:8, 51:7,
54:12, 56:10, 56:12,
61:25, 64:7, 65:23,

67:20, 67:22, 67:23,
67:24, 68:25, 69:10,
69:12, 69:14, 69:18,
69:21, 70:6, 70:13,
70:16, 70:21, 71:3,
71:6, 71:13, 71:16,
74:20, 75:9, 75:15,
75:21, 75:25, 76:5,
76:10, 77:3, 78:1,
78:7, 78:15, 78:25,
79:5, 82:17, 86:7,
86:8, 86:24, 89:16,
89:22, 89:25, 90:3

**the** [928] - 3:7, 3:10,
3:16, 3:21, 3:25, 4:4,
4:6, 4:8, 4:9, 4:10,
4:13, 4:14, 4:16, 4:25,
5:6, 5:7, 5:8, 5:13,
5:16, 5:19, 5:20, 5:21,
5:22, 5:24, 5:25, 6:2,
6:3, 6:4, 6:6, 6:7, 6:8,
6:11, 6:12, 6:13, 6:15,
6:19, 6:20, 6:22, 6:23,
7:2, 7:5, 7:8, 7:11,
7:13, 7:16, 7:20, 7:21,
7:22, 7:24, 8:2, 8:7,
8:10, 8:11, 8:14, 8:17,
8:21, 8:23, 8:24, 9:3,
9:4, 9:5, 9:6, 9:7, 9:8,
9:11, 9:12, 9:15, 9:16,
9:17, 9:18, 9:19, 9:23,
9:24, 9:25, 10:3, 10:5,
10:7, 10:8, 10:9,
10:10, 10:13, 10:14,
10:15, 10:17, 10:18,
10:21, 10:24, 11:1,
11:6, 11:11, 11:13,
11:16, 11:17, 11:18,
11:22, 11:23, 12:1,
12:7, 12:8, 12:9,
12:10, 12:11, 12:12,
12:16, 12:17, 12:18,
12:22, 12:24, 13:1,
13:4, 13:5, 13:11,
13:14, 13:15, 13:18,
13:21, 13:22, 13:23,
14:9, 14:17, 14:18,
14:22, 14:24, 14:25,
15:7, 15:9, 15:10,
15:11, 15:13, 15:14,
15:15, 15:20, 15:21,
15:24, 16:1, 16:2,
16:4, 16:5, 16:6, 16:9,
16:12, 16:14, 16:15,
16:18, 16:20, 16:22,
16:23, 17:6, 17:8,
17:11, 17:19, 17:22,
17:23, 17:25, 18:1,
18:4, 18:15, 18:18,
18:24, 19:3, 19:6,
19:7, 19:14, 19:17,

19:18, 19:23, 19:24,
19:25, 20:1, 20:3,
20:5, 20:6, 20:9,
20:10, 20:13, 20:14,
20:15, 20:16, 20:17,
20:19, 20:21, 20:23,
20:25, 21:5, 21:6,
21:7, 21:9, 21:17,
21:25, 22:2, 22:5,
22:8, 22:9, 22:10,
22:11, 22:13, 22:15,
22:21, 23:1, 23:2,
23:5, 23:8, 23:9,
23:10, 23:11, 23:13,
23:16, 23:17, 23:19,
23:24, 23:25, 24:12,
24:13, 24:14, 24:15,
24:17, 25:1, 25:9,
25:11, 25:20, 25:24,
25:25, 26:1, 26:7,
26:8, 26:10, 26:17,
26:18, 26:21, 27:11,
27:14, 27:19, 27:21,
27:22, 28:2, 28:3,
28:4, 28:8, 28:11,
28:14, 28:21, 28:24,
29:3, 29:4, 29:5,
29:12, 29:15, 29:21,
29:23, 29:25, 30:1,
30:2, 30:7, 30:14,
30:15, 30:16, 30:21,
30:23, 31:1, 31:2,
31:5, 31:16, 31:22,
31:25, 32:1, 32:4,
32:5, 32:8, 32:14,
33:4, 33:7, 33:17,
33:18, 33:22, 33:25,
34:5, 34:10, 34:11,
34:12, 34:15, 34:19,
34:21, 34:22, 34:23,
34:25, 35:1, 35:3,
35:4, 35:6, 35:7, 35:8,
35:9, 35:18, 36:13,
36:16, 36:17, 36:19,
36:20, 36:21, 36:23,
37:1, 37:3, 37:7, 37:9,
37:11, 37:13, 37:14,
37:15, 37:16, 37:17,
37:18, 37:19, 38:3,
38:6, 38:7, 38:8,
38:10, 38:12, 38:13,
38:14, 38:21, 38:23,
38:25, 39:1, 39:9,
39:12, 39:15, 39:16,
39:17, 39:19, 39:20,
39:21, 39:22, 39:23,
39:24, 40:6, 40:7,
40:10, 40:12, 40:18,
40:21, 40:22, 40:23,
41:4, 41:6, 41:10,
41:11, 41:12, 41:13,

41:14, 41:16, 41:17,
41:18, 41:19, 41:22,
41:23, 41:25, 42:1,
42:3, 42:4, 42:10,
42:15, 42:16, 42:22,
42:23, 42:24, 42:25,
43:3, 43:5, 43:6, 43:9,
43:15, 43:16, 43:18,
43:19, 43:20, 43:25,
44:2, 44:4, 44:5, 44:8,
44:9, 44:13, 44:14,
44:15, 44:20, 45:3,
45:10, 45:13, 45:16,
45:19, 45:20, 45:24,
46:1, 46:2, 46:3, 46:7,
46:10, 46:12, 46:24,
47:3, 47:8, 47:22,
48:3, 48:5, 48:6,
48:15, 48:17, 48:20,
48:21, 48:24, 49:2,
49:3, 49:5, 49:6, 49:8,
49:9, 49:11, 49:12,
49:16, 49:21, 50:2,
50:16, 50:17, 50:18,
50:22, 50:23, 51:6,
51:17, 51:23, 51:24,
52:1, 52:4, 52:10,
52:17, 52:22, 52:24,
53:3, 53:4, 53:8,
53:12, 53:16, 53:18,
53:22, 54:2, 54:7,
54:9, 54:14, 54:16,
55:1, 55:4, 56:3, 56:9,
56:10, 56:15, 56:17,
56:19, 56:24, 56:25,
57:7, 57:9, 57:14,
57:25, 58:15, 58:17,
59:11, 59:13, 59:14,
59:19, 59:22, 59:25,
60:8, 60:15, 60:19,
60:21, 60:23, 61:6,
61:9, 61:17, 61:21,
61:22, 62:9, 62:10,
62:11, 62:14, 63:1,
63:3, 63:6, 63:7,
63:11, 63:13, 63:18,
63:20, 63:23, 64:1,
64:5, 64:9, 64:10,
65:2, 65:3, 65:4, 65:6,
65:9, 65:21, 66:2,
66:8, 66:11, 66:14,
66:17, 66:20, 66:23,
66:25, 67:2, 67:3,
67:4, 67:9, 67:16,
67:25, 68:5, 68:6,
68:9, 68:14, 68:15,
68:16, 68:17, 68:18,
68:20, 68:21, 69:2,
69:3, 69:4, 69:14,
69:17, 69:25, 70:1,
70:2, 70:4, 70:6, 70:9,

70:10, 70:12, 70:14,
70:17, 70:25, 71:5,
71:6, 71:7, 71:8,
71:10, 71:18, 71:20,
71:21, 72:3, 72:4,
72:5, 72:6, 72:10,
72:11, 72:12, 72:14,
72:17, 72:20, 72:23,
73:2, 73:3, 73:4,
73:13, 73:14, 73:15,
73:17, 73:19, 73:22,
74:2, 74:7, 74:8,
74:11, 74:12, 74:15,
74:18, 74:20, 74:21,
74:22, 75:3, 75:9,
75:15, 75:16, 75:25,
76:3, 76:4, 76:9,
76:10, 76:12, 76:13,
76:15, 76:18, 76:21,
76:22, 77:1, 77:4,
77:6, 77:7, 77:8,
77:13, 77:16, 77:18,
77:19, 77:21, 77:24,
78:1, 78:8, 78:11,
78:13, 78:17, 78:18,
78:19, 78:21, 78:22,
78:23, 79:5, 79:6,
79:10, 79:11, 79:13,
79:14, 79:15, 79:16,
79:17, 79:18, 79:20,
79:21, 79:22, 79:23,
79:24, 79:25, 80:1,
80:6, 80:12, 80:17,
80:22, 81:3, 81:4,
81:7, 81:8, 81:9,
81:10, 81:12, 81:13,
81:14, 81:15, 81:16,
81:17, 81:19, 81:24,
82:2, 82:4, 82:5, 82:6,
82:7, 82:8, 82:11,
82:12, 82:13, 82:14,
82:15, 82:25, 83:1,
83:3, 83:5, 83:6, 83:8,
83:9, 83:14, 83:15,
83:16, 83:18, 83:23,
83:24, 84:1, 84:2,
84:3, 84:24, 85:2,
85:4, 85:10, 85:11,
85:13, 85:14, 85:17,
85:19, 85:20, 85:21,
85:22, 85:23, 86:1,
86:2, 86:3, 86:10,
86:16, 86:25, 87:1,
87:2, 87:3, 87:4, 87:5,
87:6, 87:8, 87:9,
87:13, 87:14, 87:15,
87:16, 87:19, 87:21,
87:24, 88:1, 88:2,
88:3, 88:4, 88:5, 88:7,
88:11, 88:13, 88:14,
88:15, 88:16, 88:17,

22

88:19, 88:20, 88:21, 88:22, 88:23, 88:24, 89:2, 89:3, 89:4, 89:5, 89:6, 89:11, 89:12, 89:13, 89:14, 89:15, 89:17, 89:19, 89:20, 89:21, 89:23, 90:1, 90:8, 90:8, 90:9

**The** [3] - 3:12, 3:20, 90:4

**theft** [1] - 63:9

**their** [42] - 12:2, 15:11, 16:7, 23:3, 24:22, 25:22, 25:24, 29:8, 30:11, 31:24, 32:21, 32:22, 37:24, 44:22, 45:14, 45:15, 48:12, 57:23, 59:21, 59:22, 59:25, 60:3, 60:7, 67:4, 71:24, 72:11, 73:14, 74:4, 74:5, 75:13, 75:14, 78:14, 79:14, 80:8, 83:1, 84:3, 89:10, 89:11

**them** [31] - 4:2, 14:2, 15:15, 19:10, 20:8, 21:13, 31:10, 32:16, 33:5, 38:8, 41:21, 43:13, 43:19, 45:15, 50:11, 57:18, 57:20, 57:22, 66:18, 66:25, 70:18, 72:1, 72:3, 73:24, 73:25, 77:23, 81:8, 86:20

**themselves** [1] - 7:8

**then** [41] - 4:13, 4:18, 5:2, 5:3, 5:13, 5:20, 6:7, 9:19, 10:25, 13:4, 14:1, 14:21, 15:5, 19:11, 20:16, 22:8, 22:15, 22:20, 23:1, 24:1, 25:7, 25:24, 28:8, 30:25, 31:3, 34:21, 35:8, 35:21, 37:4, 37:22, 41:25, 52:3, 52:14, 62:20, 68:13, 70:6, 72:13, 78:21

**there** [73] - 4:22, 5:10, 5:14, 7:6, 7:9, 7:18, 8:2, 8:8, 9:10, 9:18, 11:5, 15:4, 17:6, 17:24, 20:12, 20:18, 23:5, 24:7, 27:24, 29:22, 30:11, 31:19, 32:25, 34:3, 34:6, 34:9, 34:17, 35:21, 37:4, 37:16, 37:17, 39:4, 39:6, 39:20,

41:21, 43:1, 43:9, 43:23, 45:9, 46:11, 47:1, 49:20, 51:3, 51:16, 52:12, 54:22, 55:2, 55:5, 55:16, 57:3, 57:12, 58:20, 59:16, 62:2, 63:25, 68:6, 70:23, 71:17, 71:19, 72:6, 73:15, 74:17, 77:1, 77:6, 77:17, 79:21, 81:17, 82:1, 83:19, 89:8, 89:18

**there's** [24] - 14:8, 34:5, 42:12, 43:7, 47:3, 54:3, 54:21, 55:5, 55:19, 56:4, 56:8, 56:19, 58:22, 61:10, 61:22, 63:8, 71:7, 72:16, 73:11, 75:11, 79:19, 79:23, 81:14, 82:5

**therefore** [3] - 34:13, 38:16, 38:19

**these** [54] - 6:16, 6:25, 7:10, 7:20, 9:21, 12:2, 12:15, 15:20, 16:8, 18:12, 23:2, 25:1, 25:14, 25:21, 29:14, 30:20, 31:3, 31:12, 31:14, 32:18, 34:17, 36:14, 40:1, 44:13, 44:14, 44:23, 45:4, 45:5, 46:7, 47:16, 50:17, 52:3, 57:3, 57:15, 58:22, 59:21, 61:19, 61:20, 64:2, 71:23, 71:25, 72:15, 72:18, 72:23, 73:15, 74:3, 74:14, 75:12, 79:17, 80:16, 81:1, 83:10, 83:18, 85:2

**they** [118] - 5:1, 5:9, 7:1, 7:2, 7:15, 9:19, 9:23, 9:24, 10:10, 11:15, 12:9, 12:14, 12:19, 13:6, 13:25, 14:1, 14:2, 14:24, 15:6, 15:7, 15:22, 16:7, 16:8, 20:7, 21:12, 21:14, 21:15, 21:22, 21:24, 22:10, 23:10, 23:11, 23:12, 24:14, 25:3, 25:4, 25:17, 25:19, 26:17, 26:18, 30:4, 30:20, 30:23, 30:24, 31:4, 31:6, 32:2, 32:22, 34:18, 35:5, 35:7, 36:1, 36:5, 36:15,

36:17, 38:24, 40:2, 43:4, 43:16, 43:20, 44:5, 44:15, 44:21, 44:22, 45:15, 46:1, 46:3, 46:7, 47:4, 47:5, 47:8, 48:10, 53:22, 56:25, 58:14, 58:15, 58:16, 58:17, 58:18, 59:13, 59:21, 59:24, 60:3, 60:5, 60:13, 60:14, 62:6, 62:7, 64:4, 67:10, 67:18, 70:24, 71:23, 71:24, 72:3, 72:7, 72:10, 74:22, 75:5, 75:12, 75:13, 75:18, 75:21, 76:13, 80:2, 80:3, 80:4, 80:17, 80:20, 84:9, 84:11, 85:2

**they're** [17] - 11:16, 11:17, 15:22, 39:22, 43:19, 44:25, 58:17, 58:19, 61:20, 71:21, 71:25, 72:3, 73:17, 74:4, 74:5, 75:2, 76:11

**they've** [2] - 45:1, 49:2

**thieving** [2] - 63:2, 63:5

**thing** [6] - 7:5, 13:23, 14:20, 48:6, 56:24, 56:25

**things** [3] - 16:8, 83:10, 83:13

**think** [27] - 10:18, 11:1, 11:9, 12:14, 16:15, 17:2, 27:13, 29:18, 36:20, 38:1, 46:9, 48:5, 56:4, 57:7, 61:5, 64:7, 71:3, 71:8, 71:10, 74:20, 76:1, 76:11, 76:16, 77:9, 78:4, 78:7, 80:24

**third** [3] - 53:6, 56:2, 63:8

**third-party** [1] - 56:2

**This** [2] - 62:19, 75:17

**this** [174] - 5:4, 5:13, 5:17, 5:21, 5:24, 6:1, 6:4, 6:10, 6:11, 6:14, 6:15, 7:7, 7:9, 7:15, 7:17, 8:9, 8:18, 9:5, 9:8, 9:9, 9:22, 10:1, 10:4, 10:14, 10:16, 10:24, 12:4, 12:16, 12:22, 13:18, 13:20, 13:21, 14:11, 15:8, 15:10, 15:25, 16:2,

16:3, 18:3, 19:7, 19:17, 20:2, 21:10, 23:5, 23:8, 23:19, 25:11, 26:2, 26:3, 26:14, 27:5, 27:7, 27:8, 27:9, 27:10, 27:12, 27:14, 27:15, 27:19, 27:23, 28:11, 29:3, 30:15, 31:21, 31:25, 32:4, 34:13, 35:1, 35:24, 36:21, 37:20, 38:2, 39:13, 39:21, 39:22, 40:2, 40:13, 40:16, 40:19, 41:5, 41:12, 41:17, 42:9, 42:10, 42:25, 43:21, 44:4, 44:24, 46:4, 46:6, 46:13, 46:16, 46:18, 46:20, 46:24, 46:25, 47:5, 47:6, 47:10, 47:13, 47:15, 47:18, 47:24, 48:18, 49:21, 50:2, 50:13, 52:18, 52:24, 55:7, 55:17, 55:19, 56:7, 57:4, 57:12, 58:2, 58:9, 58:10, 59:8, 59:17, 59:18, 60:23, 61:1, 61:11, 62:2, 62:7, 62:8, 62:9, 62:11, 62:12, 62:15, 62:19, 63:9, 64:1, 66:9, 66:12, 68:9, 68:10, 68:16, 68:19, 68:24, 69:3, 71:21, 73:3, 73:18, 74:8, 74:18, 75:17, 75:23, 76:3, 76:20, 76:24, 77:15, 79:20, 79:25, 80:13, 80:24, 81:18, 81:23, 82:2, 82:13, 82:20, 83:25, 84:18, 84:23, 85:17, 86:6, 87:7, 87:20

**those** [39] - 6:17, 9:21, 10:11, 12:13, 17:3, 18:14, 19:21, 20:4, 20:7, 22:21, 24:24, 25:6, 30:15, 30:16, 34:9, 34:16, 35:18, 41:4, 41:21, 42:1, 43:11, 43:12, 43:15, 45:4, 46:2, 53:9, 53:19, 53:25, 54:10, 56:3, 56:8, 64:13, 66:21, 66:23, 67:16, 69:5, 70:2, 72:2, 89:10

**though** [3] - 7:19, 16:9, 63:17

**thought** [1] - 36:12

**thousands** [1] - 74:16

**threaten** [2] - 12:12, 30:23

**threatening** [1] - 80:2

**three** [6] - 17:3, 25:1, 33:2, 78:14, 84:25, 87:12

**threshold** [1] - 76:7

**through** [24] - 11:19, 20:4, 20:11, 21:5, 22:23, 29:7, 38:2, 41:16, 41:18, 42:23, 44:12, 46:6, 48:1, 49:16, 50:10, 53:8, 56:8, 57:3, 65:10, 75:4, 80:20, 88:24, 89:4

**tie** [2] - 62:18, 68:7

**ties** [1] - 6:1

**TIGTA** [8] - 13:1, 13:3, 19:9, 29:21, 30:4, 30:12, 30:17, 31:12

**time** [41] - 5:6, 5:7, 7:5, 9:8, 12:23, 13:11, 13:12, 18:11, 20:9, 20:20, 20:25, 21:17, 21:21, 23:19, 24:17, 25:25, 27:3, 28:8, 30:24, 31:21, 40:8, 40:10, 43:16, 43:19, 43:20, 44:5, 46:1, 46:3, 46:7, 51:13, 59:17, 59:19, 61:25, 65:17, 75:17, 76:20, 77:13, 81:18, 82:11, 82:20

**times** [9] - 23:10, 25:15, 35:24, 36:14, 38:7, 38:17, 59:13, 74:6, 80:3

**tip** [1] - 79:23

**to** [565] - 3:16, 3:25, 4:5, 4:7, 4:8, 4:9, 4:10, 4:14, 4:16, 4:18, 4:19, 4:25, 5:2, 5:4, 5:13, 5:18, 6:1, 6:3, 6:5, 6:7, 6:13, 6:14, 6:18, 7:8, 7:10, 7:11, 7:14, 7:16, 7:17, 7:23, 7:24, 7:25, 8:4, 8:10, 8:13, 8:15, 8:18, 8:19, 8:22, 8:23, 8:24, 9:5, 9:11, 9:12, 9:21, 10:1, 10:12, 10:17, 10:19, 10:25, 11:10, 11:11, 11:14, 11:15, 11:16, 11:17, 11:22, 11:24,

12:2, 12:7, 12:9, 12:10, 12:12, 12:14, 12:16, 12:17, 12:19, 12:21, 12:24, 12:25, 13:2, 13:3, 13:4, 13:16, 13:20, 14:1, 14:6, 14:18, 14:19, 14:25, 15:1, 15:5, 15:6, 15:10, 15:13, 15:18, 15:23, 15:24, 16:4, 16:5, 16:7, 16:9, 16:14, 16:18, 16:22, 16:23, 17:2, 17:7, 17:10, 17:11, 17:13, 17:14, 17:16, 17:19, 17:25, 18:6, 18:24, 19:4, 19:25, 20:14, 20:15, 20:19, 21:20, 22:4, 22:7, 22:9, 22:11, 22:16, 22:17, 22:18, 22:24, 23:1, 23:2, 23:6, 23:16, 23:18, 23:22, 24:1, 24:10, 24:11, 24:14, 24:15, 24:17, 25:18, 25:20, 26:1, 26:5, 26:6, 26:7, 26:10, 26:23, 27:2, 27:3, 27:4, 27:5, 27:11, 27:14, 27:15, 27:18, 27:19, 27:22, 27:24, 28:8, 28:10, 28:19, 28:21, 28:22, 28:23, 29:4, 29:14, 29:24, 30:1, 30:4, 30:6, 30:22, 30:25, 31:2, 31:3, 31:4, 31:10, 31:14, 31:24, 32:13, 32:17, 33:3, 33:4, 33:6, 33:7, 33:10, 33:18, 33:23, 33:25, 34:11, 34:13, 34:14, 34:19, 34:20, 34:24, 34:25, 35:4, 35:5, 35:7, 35:8, 36:1, 36:4, 36:7, 36:8, 36:10, 36:12, 36:13, 36:17, 36:19, 36:20, 36:22, 37:8, 37:14, 37:15, 37:25, 38:6, 38:8, 38:13, 38:14, 39:2, 39:5, 39:9, 39:10, 39:11, 39:12, 39:19, 40:10, 40:19, 40:21, 40:22, 41:20, 41:22, 41:24, 41:25, 42:3, 42:10, 42:13, 42:15, 42:17, 43:8, 43:14, 43:18, 44:14, 44:23, 45:4, 45:8, 45:12, 45:14, 45:15, 45:21,

45:24, 46:10, 46:13, 46:16, 46:18, 46:20, 46:23, 46:24, 46:25, 47:2, 47:5, 47:8, 47:9, 47:13, 47:18, 48:3, 48:8, 49:3, 49:8, 49:9, 49:18, 50:2, 50:10, 50:11, 50:21, 51:1, 51:3, 51:16, 51:18, 51:20, 51:24, 52:2, 52:3, 52:4, 52:14, 52:15, 52:16, 52:19, 52:20, 52:24, 52:25, 53:3, 53:4, 53:14, 54:2, 54:9, 54:21, 54:25, 55:4, 55:5, 55:6, 55:10, 55:13, 55:16, 55:19, 55:21, 56:23, 56:24, 56:25, 57:4, 57:7, 57:14, 57:17, 57:18, 57:19, 57:20, 57:22, 57:23, 57:24, 58:1, 58:2, 58:6, 58:10, 58:15, 58:17, 58:25, 59:2, 59:14, 59:15, 59:16, 59:18, 59:25, 60:12, 60:13, 60:18, 60:23, 60:24, 61:3, 61:4, 61:5, 61:6, 61:10, 61:11, 61:19, 61:21, 61:24, 62:3, 62:6, 62:7, 62:13, 62:17, 62:18, 62:19, 62:20, 62:23, 63:1, 63:10, 63:20, 63:22, 64:5, 64:11, 64:20, 65:2, 65:6, 65:11, 65:15, 65:17, 65:18, 65:20, 65:24, 67:4, 67:9, 68:3, 68:8, 68:9, 68:12, 68:13, 68:14, 68:15, 68:21, 68:23, 69:6, 70:10, 70:23, 70:25, 71:1, 71:3, 71:6, 71:7, 71:14, 71:17, 71:19, 71:21, 71:22, 71:24, 72:1, 72:5, 72:9, 72:10, 72:11, 72:12, 72:13, 72:16, 72:21, 72:23, 73:1, 73:5, 73:8, 73:10, 73:11, 73:15, 73:17, 73:20, 73:23, 73:25, 74:2, 74:6, 74:7, 74:11, 74:14, 74:18, 74:23, 75:13, 75:23, 76:7, 76:12, 76:15, 76:21, 76:22, 76:24, 76:25, 77:5, 77:6, 77:7, 77:9,

77:12, 77:19, 77:20, 77:21, 77:23, 78:1, 78:11, 78:20, 78:25, 79:8, 79:10, 79:13, 79:15, 79:16, 79:17, 80:3, 80:4, 80:13, 80:15, 80:19, 80:21, 80:22, 80:23, 80:24, 80:25, 81:1, 81:5, 81:8, 81:23, 82:4, 82:5, 82:23, 83:1, 83:7, 83:10, 83:11, 83:15, 83:16, 83:18, 83:19, 83:20, 83:21, 83:22, 83:23, 84:1, 84:2, 84:22, 85:4, 85:11, 85:12, 85:15, 85:18, 85:23, 86:5, 86:7, 86:18, 86:19, 87:5, 87:6, 87:7, 87:8, 87:13, 87:15, 88:2, 88:17, 88:19, 89:2, 89:3, 89:5, 89:12, 89:15, 89:17, 89:20, 89:21, 90:8
   **today** [7] - 18:15, 32:8, 41:8, 49:3, 79:22, 81:14, 86:4
   **together** [1] - 62:18
   **told** [18] - 12:23, 13:2, 13:3, 14:5, 14:16, 14:19, 15:5, 26:22, 27:8, 27:13, 36:4, 36:23, 37:3, 37:15, 48:7, 48:14, 49:24, 81:20
   **too** [3] - 32:25, 44:2, 56:13
   **took** [1] - 10:14
   **top** [3] - 34:15, 41:17, 70:12
   **Total** [1] - 35:3
   **total** [19] - 35:4, 35:7, 38:11, 38:17, 41:12, 42:4, 43:1, 43:9, 46:15, 46:18, 70:10, 70:24, 78:12, 79:1, 88:7, 88:20, 89:13
   **tough** [1] - 23:10
   **towards** [1] - 59:11
   **track** [3] - 34:20, 34:21, 73:15
   **tracking** [2] - 22:21, 35:8
   **tracks** [1] - 70:24
   **trafficking** [1] - 9:15
   **training** [5] - 18:6, 18:13, 44:7, 44:12, 72:25
   **traits** [1] - 48:2

   **trans** [1] - 18:13
   **trans-national** [1] - 18:13
   **transaction** [7] - 38:5, 41:2, 41:3, 59:16, 68:8, 84:24
   **transactions** [4] - 53:4, 61:10, 64:14, 81:19
   **TRANSCRIPT** [1] - 1:9
   **transcript** [2] - 1:25, 90:8
   **transfer** [4] - 5:14, 54:23, 61:17, 62:23
   **transferred** [1] - 5:3
   **transfers** [5] - 53:21, 61:19, 62:22, 70:21, 70:22
   **transmitting** [1] - 6:17
   **transnational** [1] - 62:12
   **transpired** [2] - 26:1, 26:22
   **traveled** [2] - 27:3, 50:21
   **travelled** [1] - 28:19
   **Treasury's** [2] - 19:9, 30:10
   **treated** [1] - 81:3
   **tried** [3] - 24:14, 24:17, 36:8
   **Troiani** [20] - 1:17, 1:17, 3:8, 3:22, 3:24, 9:3, 10:20, 11:1, 12:19, 15:17, 17:5, 51:7, 65:24, 67:20, 68:3, 69:7, 70:25, 78:4, 82:17, 89:25
   **TROIANI** [42] - 3:8, 4:1, 4:10, 4:16, 4:18, 9:4, 10:21, 11:12, 14:13, 14:15, 15:19, 16:17, 17:1, 26:6, 36:19, 51:8, 51:10, 54:11, 54:13, 56:14, 61:6, 61:8, 61:16, 61:18, 62:1, 62:4, 66:1, 67:21, 68:4, 69:16, 69:24, 71:12, 71:14, 71:17, 74:19, 75:7, 75:11, 76:17, 78:6, 79:3, 82:18, 90:1
   **Troiani............** [1] - 2:5
   **Troiiani's** [4] - 3:17, 4:5, 68:1, 77:11
   **true** [3] - 11:6, 13:20,

90:8
   **try** [3] - 17:14, 36:7, 36:10
   **trying** [9] - 11:16, 11:17, 12:19, 14:18, 62:17, 68:11, 70:25, 80:25, 81:1
   **turn** [3] - 56:10, 57:4, 85:23
   **turned** [3] - 17:11, 41:5, 80:6
   **twice** [1] - 8:24
   **two** [13] - 4:19, 5:22, 8:13, 8:22, 21:9, 27:24, 74:3, 74:11, 76:20, 76:21, 77:24, 78:12, 78:15
   **two-point** [1] - 77:24
   **Type** [1] - 85:1
   **type** [7] - 7:17, 18:7, 22:20, 44:21, 60:13, 60:18, 62:15
   **types** [3] - 7:17, 48:3, 58:22
   **typically** [2] - 36:1, 71:19

## U

   **U** [8] - 50:6, 50:8, 50:10, 64:21, 65:7, 65:8, 65:9, 65:25
   **U.S** [3] - 1:14, 19:8, 88:5
   **uh** [1] - 69:13
   **uh-huh** [1] - 69:13
   **ultimately** [1] - 39:10
   **unable** [6] - 23:16, 38:13, 38:14, 39:2, 41:22, 43:8
   **under** [16] - 6:20, 7:11, 7:13, 8:24, 11:16, 11:24, 20:18, 30:16, 32:19, 36:18, 56:23, 65:21, 69:25, 77:19, 78:23
   **under-reporting** [2] - 36:18
   **undermines** [1] - 63:6
   **understand** [10] - 9:10, 9:11, 51:20, 62:10, 62:15, 63:23, 65:18, 68:8, 76:6
   **understanding** [3] - 6:2, 76:19, 90:9
   **understands** [2] - 84:21, 85:9
   **understood** [2] - 8:20, 51:16

**undertaken** [1] - 7:21
**unfairly** [1] - 81:3
**unfounded** [1] - 83:24
**uniformed** [1] - 23:15
**unique** [1] - 43:13
**United** [20] - 1:21, 3:4, 3:7, 9:6, 9:7, 9:17, 9:19, 9:23, 9:24, 18:4, 18:24, 28:4, 51:17, 73:19, 85:2, 85:5, 85:11, 86:10, 88:1, 90:7
**UNITED** [3] - 1:1, 1:4, 1:10
**unknown** [1] - 31:24
**unless** [2] - 11:25, 69:5
**unlike** [1] - 21:24
**unnecessary** [1] - 10:2
**unpaid** [1] - 88:21
**unsubstantiated** [1] - 68:22
**until** [4] - 4:5, 13:18, 21:17, 71:14
**unverifiable** [1] - 64:13
**unwieldy** [1] - 70:5
**unwilling** [1] - 64:10
**unwillingness** [1] - 36:13
**up** [67] - 4:22, 5:2, 6:1, 6:17, 8:7, 8:14, 12:8, 13:25, 15:10, 16:8, 20:3, 20:6, 20:8, 20:9, 20:16, 21:1, 21:3, 21:6, 21:7, 21:12, 21:17, 21:25, 22:1, 22:5, 22:12, 22:13, 23:20, 23:23, 24:1, 24:7, 27:2, 28:5, 28:24, 32:12, 32:19, 39:5, 41:17, 43:18, 45:6, 50:21, 50:22, 57:22, 60:22, 62:20, 62:24, 64:12, 65:11, 67:6, 67:24, 68:18, 70:18, 71:23, 72:12, 73:1, 73:8, 74:6, 74:14, 75:13, 76:25, 77:23, 83:16, 83:18, 84:8, 85:2, 85:3, 89:19
**updated** [4] - 39:19, 40:7, 40:10, 49:2
**upon** [1] - 87:11
**upper** [1] - 28:2

**UPS** [8] - 20:2, 20:6, 20:7, 20:8, 22:19, 24:10, 33:21, 43:4
**us** [7] - 26:19, 26:22, 31:24, 42:23, 49:24, 52:2, 76:15
**use** [16] - 5:23, 9:12, 9:15, 11:16, 11:17, 19:25, 20:16, 33:4, 33:17, 38:4, 42:16, 42:17, 44:22, 48:6, 63:22, 80:22
**used** [20] - 4:21, 5:12, 24:12, 28:6, 33:18, 38:4, 38:5, 38:14, 39:13, 40:19, 40:22, 41:19, 42:9, 43:23, 45:3, 48:3, 48:7, 69:2, 85:18
**useful** [1] - 25:18
**using** [6] - 5:19, 30:11, 32:16, 44:21, 45:4, 77:12
**USMANGANI** [1] - 1:7
**Usmangani** [2] - 3:5, 87:5

**V**

**VAHORA** [1] - 1:7
**Vahora** [132] - 3:5, 3:9, 3:21, 4:24, 5:1, 5:2, 5:6, 5:15, 5:24, 5:25, 6:11, 7:11, 7:23, 7:25, 8:5, 8:12, 8:15, 8:20, 9:7, 10:6, 10:15, 11:14, 12:22, 13:8, 13:9, 13:11, 13:23, 14:3, 14:12, 14:16, 14:23, 15:4, 15:12, 15:20, 15:23, 16:1, 16:3, 16:10, 18:16, 18:21, 19:3, 25:23, 26:18, 26:24, 27:3, 27:8, 27:10, 27:11, 28:1, 28:10, 28:18, 28:19, 28:21, 28:25, 29:7, 29:20, 30:5, 31:3, 31:17, 31:21, 31:23, 32:11, 32:13, 32:16, 33:17, 39:10, 39:15, 40:7, 40:22, 41:20, 43:14, 45:19, 47:2, 49:15, 49:19, 49:21, 49:22, 49:24, 50:1, 50:5, 50:14, 50:19, 51:1, 51:20, 57:15, 58:3, 59:25, 60:6, 60:15, 60:18,

6:2, 6:13, 62:23, 64:11, 64:18, 65:1, 65:11, 68:22, 71:1, 72:14, 72:19, 72:24, 73:4, 73:12, 74:6, 74:13, 75:4, 76:17, 77:8, 77:14, 77:18, 79:12, 80:15, 81:6, 81:10, 81:15, 81:23, 82:1, 82:11, 82:18, 82:19, 83:13, 84:6, 84:21, 84:23, 85:3, 85:15, 85:24, 86:5, 86:7, 87:5
**Vahora's** [14] - 4:19, 7:19, 12:16, 13:16, 14:10, 15:1, 15:3, 29:1, 33:23, 34:4, 34:12, 39:23, 49:20, 65:2
**value** [1] - 69:5
**values** [1] - 34:17
**variety** [1] - 20:5
**various** [2] - 31:14, 63:20
**vast** [2] - 21:6, 21:25
**vehicles** [1] - 5:11
**verify** [1] - 56:25
**verifying** [1] - 56:19
**version** [4] - 39:16, 45:20, 54:15, 77:11
**versions** [3] - 69:12, 69:14, 69:17
**versus** [1] - 3:4
**very** [11] - 8:4, 9:22, 12:8, 21:24, 38:7, 38:24, 52:22, 70:14, 79:20, 81:6, 81:24
**vetted** [1] - 26:9
**via** [4] - 1:25, 25:7, 25:22, 34:14
**victim** [84] - 6:4, 8:7, 8:17, 13:25, 16:22, 18:23, 22:3, 22:22, 29:18, 29:22, 29:23, 29:24, 31:7, 32:12, 32:14, 32:17, 33:17, 34:24, 35:1, 35:4, 35:16, 36:8, 36:17, 37:3, 37:20, 38:1, 38:17, 38:21, 38:23, 39:1, 39:15, 40:7, 40:11, 40:12, 40:16, 40:18, 40:22, 41:14, 41:23, 43:8, 44:14, 45:10, 45:13, 48:20, 48:25, 53:8, 53:12, 53:22, 54:7, 54:9, 54:16, 55:19, 56:21, 58:11, 58:15,

58:17, 59:9, 59:12, 63:7, 64:10, 64:16, 66:14, 66:17, 66:25, 67:3, 67:4, 67:10, 68:10, 69:3, 69:8, 71:11, 72:20, 75:19, 78:18, 78:19, 81:8, 81:10
**victim's** [3] - 27:2, 43:6, 70:24
**victimize** [1] - 72:11
**victimized** [4] - 43:17, 44:5, 46:3, 46:8
**victims** [91] - 6:9, 7:10, 7:15, 18:11, 19:19, 20:1, 22:9, 23:1, 23:6, 23:7, 23:10, 23:17, 30:23, 31:1, 33:22, 34:1, 34:3, 34:5, 34:6, 34:7, 34:9, 34:13, 34:22, 36:4, 36:15, 36:16, 36:23, 37:7, 37:19, 37:22, 38:3, 38:7, 41:6, 42:22, 42:24, 43:1, 43:7, 43:9, 43:11, 43:12, 43:13, 43:15, 43:21, 44:4, 44:8, 44:14, 44:15, 45:5, 45:24, 46:2, 46:7, 46:15, 46:18, 46:20, 47:1, 47:3, 47:4, 47:8, 47:13, 47:15, 47:17, 47:22, 47:24, 48:1, 48:2, 51:24, 58:4, 60:8, 60:19, 61:22, 62:2, 66:12, 67:9, 73:12, 74:3, 76:3, 78:11, 78:22, 79:25, 80:4, 80:17, 86:11, 86:16, 86:22, 89:10, 89:15
**Victims** [1] - 45:19
**victims'** [4] - 10:13, 34:21, 36:20, 37:20
**video** [3] - 22:7, 30:3, 31:7
**views** [1] - 81:10
**visa** [6] - 50:6, 50:8, 50:10, 64:21, 65:7, 65:8, 65:9, 65:25
**VS** [1] - 1:5
**vulnerable** [13] - 6:4, 16:22, 44:23, 71:10, 72:20, 74:18, 74:23, 75:5, 75:19, 75:23, 78:11, 78:19, 78:22

**W**

**wages** [1] - 88:23
**wait** [1] - 71:14
**waiting** [1] - 86:17
**waives** [1] - 88:17
**Walgreens** [3] - 20:6, 22:7, 30:3, 35:25, 37:10
**walked** [1] - 29:23
**want** [8] - 4:10, 11:10, 36:10, 53:4, 56:23, 68:3, 71:14, 73:8
**wanted** [2] - 13:3, 15:18
**wanting** [1] - 12:17
**wants** [1] - 16:9
**Ware** [1] - 62:25
**Ware's** [1] - 63:11
**warranted** [1] - 10:16
**was** [238] - 3:12, 3:20, 4:20, 4:21, 4:24, 5:4, 5:6, 5:14, 5:15, 5:24, 5:25, 6:2, 6:5, 6:6, 6:7, 6:23, 6:24, 7:2, 7:6, 7:14, 7:15, 7:20, 7:22, 7:23, 7:24, 8:3, 8:6, 8:10, 8:12, 8:16, 8:25, 9:1, 9:7, 10:7, 10:8, 10:9, 10:11, 12:4, 12:9, 13:1, 13:18, 13:22, 13:24, 14:4, 14:17, 14:18, 14:21, 14:22, 14:24, 15:1, 15:2, 15:12, 15:14, 16:16, 19:21, 20:17, 20:19, 20:25, 21:2, 21:3, 21:20, 22:8, 22:12, 22:16, 23:2, 23:5, 23:10, 23:18, 23:20, 23:23, 23:24, 23:25, 24:2, 24:4, 24:5, 24:8, 24:16, 25:7, 25:18, 25:21, 26:8, 26:23, 26:25, 27:1, 27:4, 27:7, 27:9, 27:11, 27:16, 28:4, 28:7, 28:8, 29:2, 29:4, 29:8, 29:22, 29:23, 29:24, 30:21, 30:22, 31:6, 31:10, 31:13, 31:15, 31:24, 32:21, 32:22, 32:25, 33:1, 33:2, 33:18, 34:10, 34:19, 35:10, 35:11, 35:13, 35:15, 35:25, 36:8, 36:11, 36:12, 36:16,

37:4, 37:13, 37:16, 37:17, 38:13, 38:18, 39:13, 40:12, 40:19, 40:21, 40:25, 41:1, 41:5, 43:9, 45:8, 45:20, 45:24, 48:6, 48:7, 48:21, 49:16, 50:5, 50:13, 50:19, 50:22, 51:1, 51:4, 51:21, 52:6, 52:24, 54:2, 54:19, 54:22, 55:5, 55:6, 55:24, 56:17, 56:18, 58:6, 59:11, 60:1, 60:6, 62:2, 64:10, 65:2, 65:9, 65:11, 66:14, 66:16, 67:7, 67:11, 67:14, 67:15, 68:1, 68:18, 70:20, 72:6, 73:3, 73:7, 73:9, 73:14, 73:15, 74:7, 74:16, 74:17, 75:4, 75:5, 75:12, 76:19, 76:20, 76:21, 76:22, 76:24, 77:1, 77:9, 78:2, 78:12, 78:19, 78:24, 79:13, 79:20, 79:21, 79:23, 80:18, 80:19, 81:7, 81:11, 81:21, 82:8, 82:9, 83:1, 83:13, 83:21, 84:12, 85:25, 86:1

**Waseem** [19] - 13:13, 19:5, 20:23, 21:5, 21:25, 25:7, 26:4, 26:20, 27:1, 27:24, 27:25, 28:16, 32:15, 33:1, 39:18, 74:14, 77:14, 77:22, 88:10

**wasn't** [7] - 6:25, 13:8, 27:4, 58:6, 83:22, 83:24

**waves** [1] - 77:8

**way** [10] - 13:10, 15:6, 20:13, 22:2, 32:14, 43:18, 56:19, 73:15, 81:16, 81:20

**ways** [1] - 82:3

**We** [1] - 64:5

**we** [187] - 3:10, 4:1, 4:2, 4:12, 4:18, 4:21, 5:16, 6:3, 6:19, 7:5, 8:4, 8:13, 8:19, 9:12, 9:13, 9:14, 11:9, 11:18, 16:21, 17:7, 18:1, 18:11, 19:12, 20:14, 22:6, 22:9, 22:18, 23:15, 23:17, 23:18, 24:13, 24:22, 25:23, 26:2, 26:20,

27:18, 28:24, 30:2, 30:3, 30:8, 30:14, 33:2, 33:12, 34:15, 34:24, 35:5, 36:8, 36:14, 36:15, 36:16, 36:18, 37:6, 37:9, 37:11, 37:12, 37:13, 37:15, 37:16, 38:4, 38:5, 38:7, 38:12, 38:13, 38:14, 38:16, 38:23, 38:25, 39:2, 39:3, 39:4, 39:5, 39:11, 39:17, 40:10, 41:2, 41:7, 41:13, 41:14, 41:18, 41:19, 41:21, 41:22, 41:23, 41:25, 42:22, 42:25, 43:1, 43:2, 43:7, 43:9, 43:18, 44:19, 45:8, 45:9, 45:18, 46:6, 46:10, 46:11, 47:10, 47:16, 48:20, 49:20, 49:24, 50:5, 50:17, 50:19, 53:8, 54:6, 54:9, 54:15, 54:25, 55:10, 55:13, 55:21, 56:7, 56:8, 56:11, 56:23, 57:3, 57:4, 58:9, 58:22, 59:15, 59:16, 59:19, 61:1, 61:6, 62:13, 62:22, 62:25, 63:1, 63:11, 64:3, 64:5, 64:8, 64:9, 64:10, 64:11, 64:12, 64:15, 65:6, 65:7, 66:19, 67:4, 68:1, 68:16, 68:17, 69:24, 71:8, 71:22, 73:8, 73:20, 76:13, 76:14, 76:22, 77:2, 78:7, 78:16, 82:23, 82:24, 82:25, 83:1, 83:25, 84:4, 84:5, 84:6, 84:10, 84:15, 86:2, 89:8, 89:9, 89:18, 89:20, 90:3

**we'd** [1] - 22:9

**we'll** [3] - 4:13, 7:14, 11:11

**we're** [14] - 6:10, 39:6, 47:1, 53:3, 62:16, 62:17, 62:21, 68:11, 68:12, 68:20, 68:23, 69:21, 70:3, 84:22

**we've** [6] - 29:18, 44:23, 47:7, 53:4, 62:21, 78:4

**weapon** [1] - 87:24

**weigh** [1] - 52:4

**welfare** [1] - 71:25

**well** [23] - 8:3, 11:3, 21:23, 22:6, 27:21, 34:10, 34:16, 34:19, 36:13, 36:21, 40:15, 41:6, 41:18, 42:20, 47:16, 53:16, 54:6, 58:2, 59:1, 76:2, 77:17, 79:14, 89:8

**went** [9] - 5:5, 9:11, 14:1, 22:11, 38:2, 58:25, 64:24, 80:24, 83:19

**were** [151] - 4:22, 4:25, 5:4, 5:9, 5:10, 5:11, 6:7, 6:23, 7:1, 7:2, 7:6, 8:2, 8:20, 9:10, 11:5, 11:6, 11:16, 12:9, 15:7, 15:21, 16:1, 18:18, 20:1, 20:3, 20:6, 20:8, 20:9, 20:12, 20:18, 20:25, 21:7, 21:12, 21:14, 21:15, 21:22, 21:24, 23:9, 23:11, 23:12, 23:16, 23:17, 24:11, 24:16, 25:1, 25:3, 25:4, 25:6, 25:8, 25:20, 28:6, 29:6, 29:18, 30:16, 30:20, 30:24, 31:6, 31:19, 32:2, 32:18, 32:22, 33:21, 33:25, 34:12, 34:20, 34:24, 35:21, 36:14, 36:15, 38:12, 38:13, 38:14, 38:23, 39:2, 39:20, 40:1, 40:2, 40:13, 41:4, 41:13, 41:14, 41:20, 41:22, 42:15, 42:17, 42:25, 43:2, 43:4, 43:7, 43:11, 43:12, 43:13, 43:16, 43:19, 43:20, 44:4, 44:5, 44:9, 45:24, 45:25, 46:1, 46:3, 46:7, 46:24, 47:1, 47:18, 47:22, 47:23, 48:12, 51:3, 53:9, 53:21, 56:3, 56:19, 58:16, 58:17, 59:16, 63:25, 66:20, 66:23, 67:9, 67:16, 67:18, 72:10, 73:13, 75:5, 75:12, 77:1, 77:15, 77:17, 78:17, 79:12, 80:1, 80:4, 81:9, 82:8, 89:8, 89:9, 90:4

**weren't** [3] - 7:1, 59:15, 64:5

**what** [81] - 6:2, 6:7, 8:20, 10:10, 12:20, 12:21, 12:22, 13:4, 13:11, 14:10, 16:11, 16:21, 19:21, 20:9, 20:17, 22:15, 22:16, 23:2, 25:6, 26:22, 27:11, 27:19, 29:1, 30:20, 32:21, 32:22, 34:17, 35:10, 36:4, 36:15, 37:25, 38:1, 38:18, 44:19, 44:22, 45:12, 47:6, 47:17, 50:4, 50:7, 51:16, 51:20, 52:18, 52:25, 54:14, 55:15, 58:6, 59:25, 62:12, 62:13, 63:22, 67:2, 70:16, 70:20, 70:25, 71:22, 72:3, 73:13, 73:22, 73:25, 74:12, 75:1, 75:22, 75:25, 76:1, 76:7, 76:23, 76:24, 77:9, 78:7, 79:14, 80:10, 83:1, 85:16, 85:18, 85:24, 86:3, 86:6

**what's** [5] - 9:3, 17:24, 43:25, 70:11, 79:6

**when** [67] - 5:16, 6:3, 12:8, 12:25, 13:2, 13:7, 13:23, 14:17, 14:21, 15:4, 19:2, 21:3, 21:15, 22:3, 22:11, 22:14, 22:18, 23:20, 23:23, 24:14, 26:1, 26:21, 27:5, 28:25, 29:18, 30:1, 31:15, 32:1, 32:22, 33:2, 35:25, 36:14, 36:15, 37:16, 38:3, 39:15, 39:17, 41:2, 48:21, 53:8, 53:24, 56:7, 56:10, 56:23, 59:13, 59:21, 61:1, 63:8, 65:25, 66:17, 68:11, 68:12, 71:1, 71:19, 72:8, 72:11, 73:3, 73:8, 73:9, 73:10, 73:11, 73:16, 74:13, 79:11, 82:9, 82:25, 84:15

**where** [34] - 5:17, 11:21, 13:17, 15:7, 15:13, 17:21, 18:1, 20:3, 20:20, 21:3, 21:15, 21:22, 22:11, 23:23, 26:17, 32:17, 37:3, 41:10, 43:2, 43:23, 44:25, 50:9,

53:4, 55:23, 62:14, 62:17, 62:19, 64:8, 68:16, 70:8, 76:12, 76:24, 77:2, 88:8

**whether** [4] - 7:11, 7:20, 7:21, 35:4

**which** [26] - 4:7, 4:19, 5:3, 5:5, 5:23, 6:1, 6:3, 7:12, 19:18, 25:9, 26:23, 33:12, 42:16, 45:18, 50:2, 52:6, 59:9, 59:24, 62:12, 65:17, 68:6, 69:4, 73:19, 76:16, 83:13, 87:16

**while** [7] - 4:21, 10:17, 17:7, 21:12, 71:21, 87:18, 88:23

**who** [54] - 4:25, 5:17, 7:10, 7:15, 9:18, 9:22, 14:1, 14:16, 21:25, 22:5, 26:19, 27:22, 27:23, 28:3, 31:10, 31:15, 31:16, 31:20, 31:22, 32:11, 34:3, 43:13, 44:14, 45:5, 47:1, 50:13, 50:15, 50:20, 51:4, 62:3, 64:3, 67:11, 71:22, 72:2, 73:13, 73:19, 77:5, 80:7, 80:18, 82:1, 82:2, 83:4, 83:6, 83:14, 83:16, 83:20, 84:3, 84:6, 84:25, 85:6, 85:22, 89:10

**who's** [2] - 44:23, 85:20

**whole** [2] - 5:9, 52:17

**whom** [5] - 27:23, 30:1, 30:9, 74:4

**whose** [1] - 85:20

**why** [18] - 3:10, 4:2, 4:12, 13:21, 15:8, 17:5, 22:10, 27:24, 34:9, 36:10, 36:11, 38:11, 44:11, 46:23, 49:25, 59:11, 59:12, 70:3

**wife** [2] - 84:25, 85:5

**will** [20] - 10:23, 11:2, 15:9, 16:20, 17:8, 33:17, 45:13, 45:15, 79:15, 82:12, 82:15, 84:23, 85:3, 85:4, 85:10, 86:6, 88:6, 88:7, 89:16

**willingly** [1] - 8:21

**willingness** [1] - 8:19

**wire** [8] - 53:21,

54:23, 61:17, 61:19, 62:22, 62:23, 70:21, 70:22

**wired** [4] - 32:18, 35:6, 61:24, 62:3

**wires** [1] - 62:13

**Wisconsin** [3] - 14:22, 22:2, 67:11

**wit** [1] - 17:16

**with** [131] - 3:17, 3:22, 4:7, 6:8, 8:10, 9:9, 9:20, 10:3, 10:7, 10:9, 12:13, 12:18, 12:20, 12:23, 13:5, 13:11, 14:7, 14:20, 14:23, 15:25, 16:2, 16:16, 17:22, 18:10, 18:11, 18:15, 19:4, 19:6, 20:7, 20:21, 20:23, 22:6, 22:7, 22:9, 22:16, 22:19, 22:21, 23:11, 25:2, 26:5, 27:10, 27:23, 27:25, 28:18, 28:19, 29:8, 29:10, 29:12, 29:14, 30:23, 31:4, 32:19, 33:5, 34:13, 35:16, 37:10, 38:7, 38:15, 39:12, 40:23, 41:25, 42:7, 42:8, 45:10, 47:13, 48:11, 48:14, 49:2, 49:6, 49:12, 50:13, 52:23, 52:25, 53:15, 53:22, 54:5, 54:6, 57:6, 57:8, 57:9, 57:15, 58:3, 59:3, 59:10, 60:6, 60:8, 62:6, 63:13, 63:22, 63:24, 64:2, 64:13, 64:21, 65:1, 71:5, 71:23, 71:25, 72:1, 72:15, 73:19, 74:21, 75:3, 78:3, 78:10, 78:13, 79:3, 80:14, 80:19, 81:1, 81:3, 81:19, 82:10, 83:9, 83:19, 84:5, 85:5, 85:21, 85:22, 87:2, 87:19, 87:21, 88:2, 88:5, 88:6, 88:8, 89:17, 89:19

**withdrew** [2] - 13:14, 55:4

**within** [6] - 8:3, 9:7, 9:23, 68:20, 68:24, 87:16

**without** [3] - 20:16, 56:21, 79:3

**witness** [6] - 4:5, 4:13, 17:2, 17:7,

36:21, 66:2

**Witness** [1] - 51:6

**WITNESS** [7] - 30:10, 36:25, 44:17, 44:19, 50:8, 56:12, 67:23

**witnesses** [3] - 7:24, 12:23, 15:14

**Woman** [1] - 73:5

**word** [1] - 29:4

**work** [7] - 5:14, 5:15, 10:10, 10:11, 17:21, 49:25

**worked** [9] - 6:21, 14:2, 19:6, 22:6, 27:25, 31:23, 38:7, 59:3

**working** [5] - 28:9, 29:6, 37:10, 44:25, 77:8

**world** [3] - 61:21, 82:2, 85:8

**worthless** [1] - 85:23

**would** [65] - 4:18, 5:1, 5:2, 5:3, 5:14, 5:15, 5:18, 5:20, 5:23, 11:1, 11:13, 11:15, 11:23, 11:25, 12:3, 12:11, 12:15, 15:8, 19:25, 20:3, 20:15, 22:4, 22:9, 22:16, 22:18, 22:20, 23:1, 29:1, 31:1, 31:2, 31:4, 36:1, 37:25, 38:3, 39:8, 42:17, 42:20, 42:21, 43:2, 44:22, 52:12, 52:13, 52:14, 52:18, 56:2, 59:9, 59:19, 59:24, 60:5, 61:19, 67:5, 67:24, 68:7, 75:22, 76:22, 79:1, 79:14, 80:23, 81:21, 82:13, 83:25, 86:2, 86:7, 89:14

**written** [1] - 8:5

**wrong** [2] - 14:24, 48:14

## Y

**y'all** [1] - 67:24

**yeah** [8] - 31:12, 34:19, 38:21, 52:1, 53:12, 55:15, 65:11, 65:14

**years** [15] - 10:8, 10:16, 12:4, 12:8, 14:7, 18:10, 19:6, 24:11, 25:6, 43:19, 43:23, 58:2, 77:9,

86:14, 87:12

**yes** [109] - 3:23, 3:25, 4:17, 7:4, 9:25, 11:12, 16:17, 17:1, 18:5, 18:8, 18:17, 18:20, 18:22, 19:1, 19:16, 19:20, 20:14, 20:18, 20:24, 21:2, 21:11, 21:14, 22:14, 24:4, 24:21, 24:25, 25:5, 25:13, 25:16, 26:16, 27:9, 28:13, 29:11, 29:22, 30:19, 31:9, 31:22, 32:3, 32:7, 32:10, 32:15, 33:9, 33:11, 33:16, 33:20, 33:24, 34:2, 34:5, 35:12, 35:15, 35:23, 36:6, 36:8, 37:22, 39:14, 39:22, 40:9, 40:14, 40:17, 40:24, 41:1, 41:6, 42:6, 42:14, 42:19, 42:21, 43:22, 43:25, 44:6, 45:11, 45:22, 45:24, 47:1, 47:25, 48:5, 48:19, 48:23, 49:4, 49:7, 49:14, 50:3, 50:5, 51:3, 51:8, 51:15, 52:8, 54:18, 56:1, 58:24, 59:7, 60:25, 61:17, 64:19, 64:23, 64:25, 66:1, 66:19, 66:22, 66:24, 67:8, 68:4, 69:1, 71:13, 84:9, 85:24, 85:25, 86:8, 89:7

**Yes** [3] - 37:14, 53:13, 60:9

**yet** [1] - 33:5

**you** [229] - 3:3, 3:17, 3:21, 3:24, 4:10, 5:17, 6:22, 9:15, 9:22, 11:10, 11:24, 12:1, 12:7, 15:17, 17:2, 17:5, 17:6, 17:21, 18:6, 18:9, 18:15, 18:18, 19:6, 19:9, 20:10, 20:13, 20:22, 20:25, 21:9, 21:12, 22:3, 22:4, 22:11, 22:12, 22:15, 22:16, 22:19, 23:1, 23:6, 23:10, 23:12, 23:13, 23:14, 23:20, 23:25, 24:2, 24:10, 24:14, 24:16, 24:17, 25:9, 25:12, 25:14, 25:18, 25:20, 26:3, 26:14, 26:19, 26:22, 27:3, 27:7, 27:13, 27:18,

27:22, 28:3, 28:23, 29:1, 29:3, 29:19, 30:9, 30:15, 31:18, 31:19, 32:1, 32:8, 33:7, 33:10, 33:15, 33:18, 34:17, 35:10, 35:24, 36:4, 36:5, 36:7, 36:10, 36:12, 36:13, 36:23, 37:1, 37:3, 37:4, 37:19, 37:25, 38:1, 38:17, 38:18, 38:19, 38:22, 39:8, 39:9, 39:15, 39:19, 39:24, 40:6, 40:7, 40:15, 40:21, 41:7, 41:11, 41:16, 42:3, 42:9, 42:12, 42:15, 42:16, 42:23, 43:23, 43:24, 44:2, 44:7, 44:18, 45:1, 45:5, 45:10, 45:12, 46:23, 47:15, 47:24, 48:1, 48:8, 48:17, 49:8, 49:15, 49:19, 49:22, 50:1, 50:4, 50:14, 51:13, 51:16, 51:20, 51:23, 51:24, 52:3, 52:9, 52:10, 52:13, 52:17, 52:18, 52:21, 52:24, 52:25, 53:18, 53:24, 54:12, 54:14, 55:1, 55:9, 56:10, 56:21, 58:2, 60:15, 61:19, 62:10, 62:15, 63:13, 63:17, 63:19, 63:20, 64:4, 64:17, 64:20, 65:4, 65:15, 65:17, 65:18, 66:8, 66:11, 66:17, 66:20, 66:25, 67:2, 67:9, 67:22, 67:23, 68:3, 70:12, 70:18, 71:14, 72:21, 73:23, 73:25, 75:1, 79:20, 80:6, 83:4, 83:8, 83:9, 84:7, 86:7, 86:24

**you'd** [2] - 43:5, 52:19

**you'll** [1] - 53:25

**You'll** [1] - 29:2

**you're** [16] - 17:13, 27:15, 48:13, 50:4, 55:8, 57:24, 61:17, 62:18, 63:23, 75:1, 76:1, 83:3, 83:10, 83:11

**you've** [5] - 32:11, 49:2, 52:6, 64:1, 64:4

**Your** [67] - 3:6, 3:8, 3:13, 4:1, 4:4, 4:10,

4:16, 4:18, 4:22, 6:10, 6:19, 6:22, 7:4, 9:4, 9:9, 10:21, 10:22, 11:12, 11:13, 12:1, 12:14, 14:13, 15:19, 17:4, 26:6, 36:19, 48:7, 51:6, 51:8, 54:11, 61:3, 61:16, 65:20, 66:1, 66:2, 66:3, 67:21, 68:4, 69:24, 70:5, 70:10, 71:12, 71:17, 74:2, 74:19, 75:7, 76:17, 77:2, 77:4, 77:12, 78:6, 78:9, 78:23, 79:2, 79:8, 79:19, 82:18, 84:21, 85:9, 86:4, 86:8, 86:9, 86:12, 86:21, 89:7, 89:23, 90:1

**your** [33] - 3:19, 17:2, 17:5, 17:24, 19:2, 19:14, 19:24, 20:22, 22:17, 25:17, 25:18, 28:11, 29:19, 31:18, 40:21, 44:7, 48:14, 48:15, 48:16, 49:6, 49:12, 53:14, 53:24, 56:10, 58:2, 62:10, 63:17, 63:19, 63:21, 63:25, 65:18, 66:6, 78:4

**yourself** [2] - 17:19, 64:4

## Z

**Zaheem** [7] - 13:3, 25:12, 29:7, 30:5, 31:6, 51:5, 88:9

**zero** [2] - 39:4, 41:22